# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Winford Dallas Jones
Plaintiff(s)

Civil Action No.: 7:06-CV-00547

V.

Loretta M. D'Souza, Personal Representative of the
Defendant(s)

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

ONLY ONE FORM NEED BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

Pursuant to Standing Order entered May 15, 2000.

C. H. Robinson Worldwide, Inc.  who is  defendant
(Name of party you represent)  (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☒ YES    ☐ NO

2. Does the party have any parent corporations?
   ☐ YES    ☒ NO

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3. Is 10 percent or more of party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ YES    ☒ NO

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ YES    ☒ NO

   If yes, identify entity and nature of interest:

5. Is the party a trade association?
   ☐ YES    ☒ NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of a party's stock:

_____     1/8/07
         (Signature)                  (Date)