# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

WINFORD DALLAS JONES
Plaintiff(s)

Civil Action No.: 7:06-CV-00547

V.

LORETTA M. D'SOUZA, PERSONAL REPRESENTA´
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

Pursuant to Standing Order entered May 15, 2000.

WINFORD DALLAS JONES                      who is   PLAINTIFF
(Name of party you represent)                                (Plaintiff/Defendant)

makes the following disclosure:

1.  Is the party a publicly held corporation or other publicly held entity?
    ☐ YES          ☒ NO

2.  Does the party have any parent corporations?
    ☐ YES          ☒ NO

    If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3.  Is 10 percent or more of party's stock owned by a publicly held corporation or other publicly held entity?
    ☐ YES          ☒ NO

    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
    ☐ YES          ☒ NO

    If yes, identify entity and nature of interest:

5.  Is the party a trade association?
    ☐ YES          ☒ NO

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of a party's stock:

_____          1/10/07
(Signature)                                              (Date)