UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WINFORD DALLAS JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:06-CV-00547 |
| | ) |
| LORETTA M. D'SOUZA, Personal | ) |
| Representative of the ESTATE OF KRISTINA | ) |
| MAE ARCISZEWSKI, deceased, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **Thursday, July 12, 2007**, beginning at **10:00 a.m.,** or as soon thereafter as the same may be heard, the undersigned, by counsel, will bring on for hearing their Motion to Dismiss before the U. S. District Court for the Western District of Virginia, Roanoke Division.

You should be present if you wish to be heard.

Respectfully submitted,

C.H. ROBINSON WORLDWIDE, INC.,
C.H. ROBINSON COMPANY,
C.H. ROBINSON COMPANY INC.,
C.H. ROBINSON COMPANY LP,
C.H. ROBINSON INTERNATIONAL, INC.,
C.H. ROBINSON OPERATING COMPANY LP,
and
C.H. ROBINSON TRANSPORTATION COMPANY INC.,

By counsel,

/s://Paul C. Kuhnel, Esq.

Paul C. Kuhnel (VSB #28151)
Robert Michael Doherty (VSB #43997)
**WOOTENHART PLC**
707 S. Jefferson Street, Suite 300
P. O. Box 12247
Roanoke, VA  24024-2247
(540)343-2451
(540)345-6417 (facsimile)

**Counsel for the Robinson Defendants**

## CERTIFICATE

I hereby certify that I electronically filed the foregoing with John F. Corcoran, Clerk, U. S. District Court, using the CM/ECF system which will send notification of such filing to the following on this **11th** day of **April, 2007**:

Gary C. Hancock, Esq.
Timothy E. Kirtner, Esq.
Gilmer, Sadler, Ingram, Sutherland & Hutton
65 East Main Street
P. O. Box 878
Pulaski, VA  24301

Byron R. Shankman, Esq.
P. O. Box 1859
Dublin, VA  24084

**Co-Counsel for the Plaintiff**

/s:// Paul C. Kuhnel, Esq.

s:\robinson_ch\19765\noh - re mtd1.doc4/11/07bbc