GILMER, SADLER, INGRAM, SUTHERLAND & HUTTON, L.L.P.
ATTORNEYS AND COUNSELLORS AT LAW
MIDTOWN PROFESSIONAL OFFICE BUILDING
65 EAST MAIN STREET
POST OFFICE BOX 878
PULASKI, VIRGINIA 24301

GARY C. HANCOCK
Extension 15
ghancock@gsish.com

TELEPHONE (540) 980-1360
FACSIMILE NO. (540) 980-5264

June 1, 2007

Paul C. Kuhnel, Esquire
Wooten Hart PLC
P. O. Box 12247
Roanoke, VA 24024-2247

Re: *Jones v. D'Souza, et al.*

Dear Paul:

Enclosed please find plaintiff's Interrogatories and Request for Production of Documents to your clients. By copy of this letter to the Clerk, we are notifying him that these discovery requests have been forwarded to you.

Best regards.

Sincerely yours,

Gary C. Hancock

bst
Enclosures
John F. Corcoran, Clerk (w/o enclosures)