

**WOOTEN**HART PLC

——————— *The Business of Law*

June 7, 2007

Gary C. Hancock, Esq.
Timothy E. Kirtner, Esq.
Gilmer, Sadler, Ingram, Sutherland & Hutton
65 East Main Street
P. O. Box 878
Pulaski, VA 24301

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 1 2007

JOHN F. CORCORAN, CLERK
BY:
 DEPUTY CLERK

Gentleman:

    RE:    Winford Dallas Jones
            v.
            Loretta M. D'Souza, Personal Representative of
             the Estate of Kristina Mae Arciszewski, deceased, *et al.*
            Case No.:  7:06-CV-00547

Enclosed please find for your files and response the following:

1. Robinson Defendants' Initial Interrogatories to Plaintiff; and

2. Robin Defendants' Initial Requests for Production of Documents to Plaintiff.

By copy of this letter, we are notifying the Clerk of this submission.

Should you have any questions, please do not hesitate to give me a call.

                Very truly yours,

                **WOOTENHART PLC**

                Paul C. Kuhnel

Enclosures
c w/o enc.:  John F. Corcoran, Clerk
s:\robinson_ch\19765\hancock ltr1.doc6/7/07bbc

P.O. Box 12247
Roanoke, VA 24024

707 S. Jefferson St.
Suite 300, 707 Bldg.
Roanoke, VA 24016
Tel: (540) 343-2451
Fax: (540) 345-6417
www.wootenhart.com