# L.A. Lynch & Associates
Forensic Economics & Financial Consulting

(540) 375-2413 Office  
(540) 389-6764 Home Office

49 Hawthorn Road  
Salem, VA 24153

(540) 375-2577 Office FAX  
(540) 389-4343 Home FAX

**EXHIBIT A**

August 17, 2006

Timothy E. Kirtner  
Gilmer, Sadler, Ingram, Sutherland & Hutton  
P.O. Box 878  
Pulaski, VA 24301

RE: Dallas Jones

Dear Mr. Kirtner:

I have reviewed the Information for Forensic Economic Appraisal of Financial Loss regarding Mr. Dallas Jones provided with your correspondence of August 12, 2006. Per your request in correspondence dated August 17, 2006, I have determined the present value of the lost earning capacity for Mr. Jones using the average weekly wage of $1,209.14 established on the Agreement to Pay Benefits form of the Virginia Worker's Compensation Commission.

Prior to the injury and cessation of work, Mr. Jones had earned $37,538 in 2004. At $1,209.14 per week, his annual income should have been $62,875. The loss in 2004 is therefore $25,337. Assuming that Mr. Jones will be unable to return to productive employment and projecting the loss through Mr. Jones social security retirement age of 67 yields a total loss of earning capacity of $3,384,730. Discounting back to present value yields a loss of $1,603,776 in 2006 dollars. The enclosed Table 1 illustrates this analysis.

I understand that there may be additional losses pertaining to benefits and 401K contributions from Mr. Jones' employer. I reserve the right to augment these findings with should additional information become available. Please call if you have any questions.

enc.

Sincerely,

Larry A. Lynch, Ph.D.

## TABLE 1

| CASE | Jones |
|---|---|
| BIRTHDATE | 1967 |
| FIRST YEAR OF LOSS | 2004 |
| INCOME GROWTH RATE | 3.50% |
| DISCOUNT RATE | 5.50% |
| PRESENT VALUE OF LOSS | 1,603,776 |

$1209.14 per Week

| | YEAR | AGE | LOST INCOME | PRESENT VALUE | CUMULATIVE LOSS |
|---|---|---|---|---|---|
| -2 | 2004 | 37 | 25,337 | 25,337 | 25,337 |
| -1 | 2005 | 38 | 65,076 | 65,076 | 90,413 |
| 0 | 2006 | 39 | 67,354 | 67,354 | 157,767 |
| 1 | 2007 | 40 | 69,711 | 66,077 | 223,843 |
| 2 | 2008 | 41 | 72,151 | 64,824 | 288,668 |
| 3 | 2009 | 42 | 74,676 | 63,595 | 352,263 |
| 4 | 2010 | 43 | 77,290 | 62,390 | 414,652 |
| 5 | 2011 | 44 | 79,995 | 61,207 | 475,859 |
| 6 | 2012 | 45 | 82,795 | 60,047 | 535,906 |
| 7 | 2013 | 46 | 85,693 | 58,908 | 594,814 |
| 8 | 2014 | 47 | 88,692 | 57,791 | 652,605 |
| 9 | 2015 | 48 | 91,796 | 56,696 | 709,301 |
| 10 | 2016 | 49 | 95,009 | 55,621 | 764,922 |
| 11 | 2017 | 50 | 98,334 | 54,567 | 819,489 |
| 12 | 2018 | 51 | 101,776 | 53,532 | 873,021 |
| 13 | 2019 | 52 | 105,338 | 52,517 | 925,539 |
| 14 | 2020 | 53 | 109,025 | 51,522 | 977,061 |
| 15 | 2021 | 54 | 112,841 | 50,545 | 1,027,606 |
| 16 | 2022 | 55 | 116,790 | 49,587 | 1,077,193 |
| 17 | 2023 | 56 | 120,878 | 48,647 | 1,125,839 |
| 18 | 2024 | 57 | 125,109 | 47,725 | 1,173,564 |
| 19 | 2025 | 58 | 129,487 | 46,820 | 1,220,384 |
| 20 | 2026 | 59 | 134,019 | 45,932 | 1,266,316 |
| 21 | 2027 | 60 | 138,710 | 45,062 | 1,311,378 |
| 22 | 2028 | 61 | 143,565 | 44,207 | 1,355,585 |
| 23 | 2029 | 62 | 148,590 | 43,369 | 1,398,954 |
| 24 | 2030 | 63 | 153,790 | 42,547 | 1,441,502 |
| 25 | 2031 | 64 | 159,173 | 41,741 | 1,483,242 |
| 26 | 2032 | 65 | 164,744 | 40,949 | 1,524,191 |
| 27 | 2033 | 66 | 170,510 | 40,173 | 1,564,364 |
| 28 | 2034 | 67 | 176,478 | 39,411 | 1,603,776 |
| | | | 3,384,730 | 1,603,776 | |