EXHIBIT B

# DR. LARRY ALLEN LYNCH
## VITAE

## Address

49 Hawthorn Road
Salem, Virginia 24153

(540) 389-6764 - Home
(540) 389-4343 - Home Fax
(540) 375-2413 - Office
(540) 375-2577 - Office Fax

## Education

Martinsville High School, 1965
B.S. Electrical Engineering, V.P.I. & S.U., 1970
M.B.A., Lynchburg College, 1978
Ph.D., V.P.I. & S.U., 1987 -   Major:  Finance
                               Minors:  Economics and Statistics

## Employment Record

Chair of the Department of Business Administration, Economics, and Computer Information Systems, 1992-Present.

Director of The Management Institute, Roanoke College, Salem, VA 1999-Present

Full Professor, Department of Business Administration and Economics, Roanoke College, Salem, Va., 1992-Present.

Associate Professor, Department of Business Administration and Economics, Roanoke College, Salem, Va., 1985-1991.

President, L.A. Lynch and Associates, 1987-present, consulting activity in the forensic economic, financial and statistical areas specializing in estimation of economic loss, corporate bankruptcy, and corporate valuation.

President, Sandridge, Stauffer and Lynch, Inc., 1979-1987, consulting activity concerning estimation of economic loss, wrongful death, disability and age discrimination cases.

Assistant Professor, Roanoke College, 1980-1985

Adjunct Professor of Business Administration, Lynchburg College MBA Program, Lynchburg, Va., 1979-1984.

Instructor, Roanoke College, 1978-1980.

Electrical Engineer, Appalachian Power Co., Roanoke, Va., 1970-1978.

## Associations

Association of Collegiate Business Schools and Programs
International Association of Financial Engineers
American Association of Economic and Financial Experts
National Association of Forensic Economics
Omicron Delta Epsilon (National Economics Honor Society)
Delta Mu Delta (National Business Honor Society)
Beta Gamma Sigma (National Management Honor Society)
Financial Management Association
Southern Finance Association
Midwestern Finance Association
Eastern Finance Association
The Institute for Operations Research and Management Science
The Decision Sciences Institute
Salem Rotary
Roanoke College Associates
Roanoke College Society of 1842

## Grants and Fellowships

Institutional Faculty and Administrative Loan Grant, Department for Higher Education, Division for Mission in North America, Lutheran Church in America, 1985.

Summer Sabbatical for the summer of 1988 to continue work on bankruptcy outcome.

Summer Sabbatical for the summer of 1990 to work on the psychological effects on the stock market.

Faculty Internship with Multimedia Design Corporation May 1992.

Sabbatical for the Spring Term of 1999 to work on Collaborative Learning Project

Sabbatical for the Spring Term of 2006 to work on Sarbanes-Oxley Project

## Administration/Service

Roanoke College Curriculum Committee, 1978-1981
Roanoke College Finance Committee for the Self-Study, 1978-1981
Faculty Morale Cluster, 1982-1984
Chair of Faculty Appeals Committee, 1986-1988
Roanoke Operations and Orientation Group, 1988-1990
Faculty Handbook Revision Team, 1988-1990
Roanoke College Associates Steering Committee, 1990-1993
Faculty Committee for the Self-Study, 1989-1990
Steering Committee for The Management Institute, 1991-Present
Director of Salem Rotary, 1992-1995
Search Committee for Academic Affairs V.P. & Dean of College 1993
Virginia Lutheran Homes/Virginia Lutheran Retirement Community Relationship Task Force, 1992-1993

## Administration/Service (cont.)

Resource and Planning Committee, 1980-1982 and 1993-1996
Chair of the Department of Business Administration, Economics and Computer Information Systems 1992- Present
Member of the National Committee on Global Business for the Association of Collegiate Business Schools and Programs 1994-1999
Chair of the National Committee on Global Business for the Association of Collegiate Business Schools and Programs 1997-1999
Chair of the Committee on Global Business for the Eastern Region of the Association of Collegiate Business Schools and Programs 1996- 1997
Secretary and Vice President of Membership, Southern Finance Association, 1996-Present
Director of the Management Institute 1999-Present
President of Salem Rotary (July 1998-June 1999)
Secretary/Treasurer of Southern Finance Association (1996-Present).
Member of City of Salem Personnel Committee 2000-Present
Member of Board of Directors and Treasurer of the Margaret R. Baker Scholarship Fund 2002-Present
Member of Board of Directors of the New Century Venture Center 2002-Present
Member of National Board of Directors of the Association of Collegiate Business Schools and Programs 1999-2002 and 2003-present.
President of the Association of Collegiate Business Schools and Programs for 2004-2005.

## Professional Papers, Presentations and Publications

"Bankruptcy Outcome After the Point of Filing, "The Financial Management Association, October 1987.

"The State of the Stock Market - Nov. 1988." Dominion Bank at the Jefferson Club on November 1, 1988.

"The State of the Stock Market - March 1989." Roanoke College Faculty Forum on March 21, 1988.

"Business and Economics Expectations from Math Distribution Courses." Department of Mathematics, Computer Science, Statistics and Physics on November 1, 1988.

"Shareholder Wealth Effects From Investing in Bankrupt Firms Both Before and After the Filing Date." The Financial Management Association, October 1988.

Lynch, Larry A., "Bankruptcy Outcome After the Point of Filing, Working Paper, Nov. 1987. (Updated and presented at the annual meeting of the Southern Finance Association in November 1990)

Lynch, Larry A. and Dana Johnson, "Determinants of the Disposition of the Firm After Filing Bankruptcy," August 1990. Presented at the October 1991 SE-TIMS annual meeting. Published in the Proceedings.

# Professional Papers, Presentations and Publications (cont.)

Lynch, Larry A., Dana Johnson and Glenn Wolfe, "Shareholder Wealth Effects From Investing in Bankrupt Firm Both Before and After the Filing Date," Working Paper, Sept. 1988. (Presented at the Oct. 1988 annual meeting of the Financial Management Association).

Lynch, Larry A., Dana Johnson and Glenn Wolfe, "A Market Assessment of Bankruptcy Costs and Liquidation Costs," Invited Paper presented at New York University Bankruptcy Consortium, Feb. 1991. Published in the Proceedings.

Lynch, Larry A., Ali Nazemi, "Logit Versus MDA in Financial Studies," Presented at the annual meeting of Southeast Institute of Management Science, Oct. 1991. Published in the Proceedings.

Lynch, Larry A., Robert F. Stauffer, "A New Single Equation Model for Valuing Economic Loss," Presented at the annual meeting of Southeast Institute of Management Science, Oct. 1992. Published in the Proceedings.

Lynch, Larry A., John Keyser, "Allowing Students to Use Help Sheets In Financial Examinations," Presented at the annual meeting of the Southern Finance Association, Nov. 1992.

Lynch, Larry A., Robert F. Stauffer, "Problems with Net Discount Rate Models in Valuing Economic Loss," Working Paper presented at the annual meeting of the Financial Management Association, Oct. 1993.

Lynch, Larry A., Dana Johnson and Glenn Wolfe, "A Market Assessment of Bankruptcy Costs and Liquidation Costs," Published as a chapter in <u>Bankruptcy & Distressed Restructurings</u>, edited by Edward Altman, Irwin 1993.

Lynch, Larry A., Robert F. Stauffer, "Single Equation Models for Valuing Economic Loss," <u>Journal of Legal Economics</u>, Volume 3, Number 2, July 1993 pp. 53-59.

Lynch, Larry A., G. Rodney Thompson, "Internal Rate of Return: A Strength, A Weakness and an Enigma," Working Paper presented at the annual meeting of the Financial Management Association, Oct. 1994.

Lynch, Larry A., David R. Lange and Betty J. Simpkins, "Teaching Futures Using a Futures Trading Simulation: A Participatory Classroom Computing Application," Working Paper presented at the annual meeting of the Financial Management Association, Oct. 1994.

Lynch, Larry A., David R. Lange and Betty J. Simpkins, "Price Discovery as a Basis for Teaching Futures: A Participatory Futures Trading Simulation," Working Paper presented at the annual meeting of the Southern Finance Association, Nov. 1994.

Lynch, Larry A., Lynn Schwehr, "An Accurate Prediction Model for Financial Distress," <u>Virginia Social Science Journal</u>, Vol. 31, Winter 1996, pp. 119-130.

# Professional Papers, Presentations and Publications (cont.)

Lynch, Larry A, ASocial Security and the Economy@ Presented to the Elderscholars on Roanoke College campus, September 1999.

Lynch, Larry A, AProblems with Net Discount Rate Models@ Presented at the International meeting of National Association of Forensic Economists, Cancun Mexico, Feb. 1999;

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2000.

Lynch, Larry A., ALeadership in the 21st Century,@ The Management Institute, March, 2000.

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2001.

Lynch, Larry A., and Robert F. Stauffer, ADetermining Spousal Support in Divorce Cases,@ Presented at the Family Law Seminar for the Lynchburg Bar Association, February, 2001.

Lynch, Larry A., AManagement versus Leadership,@ The Management Institute, March, 2001.

Lynch, Larry A., and Robert F. Stauffer, ADetermining Spousal Support in Divorce Cases,@ <u>Journal of Legal Economics</u>, Volume 10, Number 32, Winter 2000-01 pp. 37-51.

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2002.

Lynch, Larry A., ALeadership in the 21st Century,@ The Management Institute, March, 2002.

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2003.

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2004.

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2005.

Lynch, Larry A., AVisioning in the Current Business Environment,@ The Management Institute, January, 2006.

Lynch, Larry A., and Jan H. Lynch, ABusiness and Human Behavior", Seminar for European Institute of International Management, Paris, France, April, 2006.

Lynch, Larry A., and Tomasz Jemczura, "The Essence and Reality of the Sarbanes-Oxley Act",

Working Paper, 2006.

## Other Professional Development, Recognition and Leadership

Licensed Professional Engineer in the State of Virginia, 1976.

Selected as one of the "Outstanding Young Men in America" in 1978.

Discussant on a paper in the session on Multi-factor Models, at the annual meeting of the Southern Finance Association, November 1986.

Member of the selection committee for papers to be presented at the annual meeting of the Financial Management Association, October 1989.

Discussant on a paper in the session on Bankruptcy at the annual meeting of the Financial Management Association, October 1989.

Discussant on a paper in the session on Leveraged Buy-outs, at the annual meeting of the Eastern Finance Association, April 1990.

Chair of the session on Strategy: Classroom and the Real World at the annual meeting of the SE-TIMS, October 1990.

Chair of the session on Taxes at the annual meeting of the SE-TIMS, October 1990.

Discussant on a paper in the session on Taxes at the annual meeting of the SE-TIMS, October 1990.

Discussant on a paper in the session on Bankruptcy, at the annual meeting of the Southern Finance Association, November 1990.

Member of the selection committee for papers to be presented at the Eastern Finance Association annual meeting, April 1991.

Discussant on a paper on leverage buy-outs at the annual meeting of the Eastern Finance Association, April 1991.

Co-moderator of a panel on Financial Education at the annual meeting of the Eastern Finance Association, April 1991.

Track Chair for the Accounting and Finance Track for the annual meeting of the SE-TIMS, October 1991.

Chair of the session on Financial Distress at the annual meeting of the SE-TIMS, October 1991.

Member of the program committee for the Southern Finance Association annual meeting, November 1991.

# Other Professional Development, Recognition and Leadership (cont.)

Chair of the session on Financial Distress at the annual meeting of the Southern Finance Association, November 1991.

Member of the program committee for the Eastern Finance Association annual meeting, April 1992.

Chair of a session on Leveraged Buyouts at the annual meeting of the Eastern Finance Association, April 1992.

Chair of a session on Initial Public Offerings at the annual meeting of the Eastern Finance Association, April 1992.

Discussant on a paper on Initial Public Offerings at the annual meeting of the Eastern Finance Association, April 1992.

Discussant on a paper in the session on Financial Distress at the annual meeting of the SE-TIMS, October 1992.

Member of the program committee for the Southern Finance Association annual meeting, November 1992.

Chair of a session on Financial Distress at the annual meeting of the Southern Finance Association, November 1992.

Member of Panel on Financial Education at the annual meeting of the Southern Finance Association, November 1992.

Co-moderator of a panel on Financial Education at the annual meeting of the Financial Management Association, October 1992.

Member of the program committee for the Eastern Finance Association annual meeting, April 1993.

Chair of a session on Financial Distress at the annual meeting of the Eastern Finance Association, April 1993.

Discussant on a paper on Initial Public Offerings at the annual meeting of the Eastern Finance Association, April 1993.

Member of the selection committee for papers to be presented at the Eastern Finance Association annual meeting, April 1993.

## Other Professional Development, Recognition and Leadership (cont.)

Member of the program committee for the Southern Finance Association annual meeting, November 1993.

Chair of a session on Initial Public Offerings at the annual meeting of the Southern Finance Association, November 1993.

Discussant on a paper on Underpricing of Initial Public Offerings at the annual meeting of the Southern Finance Association, November 1993.

Discussant on a paper on The Value Line Enigma at the annual meeting of the Southern Finance Association, November 1993.

Chair of a session on Bankruptcy at the annual meeting of the Eastern Finance Association, April 1994.

Facilitator for Taxation Issues for the S.W. Virginia/Blue Ridge Regional Small Business Conference, October 27, 1994.

Member of the program committee for the Southern Finance Association annual meeting, November 1994.

Investments Track Chair for the Southern Finance Association annual meeting, November 1994.

Chair of Panel Session on Study Abroad at the annual meeting of the Southern Finance Association, November 1994.

Member of the program committee for the Eastern Finance Association annual meeting, April 1995.

Chair of a session on Financial Distress at the annual meeting of the Eastern Finance Association, April 1995.

Discussant on a paper on Financial Distress at the annual meeting of the Eastern Finance Association, April 1995.

Member of the program committee for the Southern Finance Association annual meeting, November 1995.

Discussant on a paper on Term Structure of Interest Rates at the annual meeting of the Southern Finance Association, November 1995.

Member of Panel Session on Case Study Method of Teaching Finance at the annual meeting of the Southern Finance Association, November 1995.

# Other Professional Development, Recognition and Leadership (cont.)

Chair of a session on Financial Distress at the annual meeting of the Eastern Finance Association, April 1996.

Discussant on a paper on Financial Distress at the annual meeting of the Eastern Finance Association, April 1996.

Member of Panel Session on Price Discovery as a Basis for Teaching Futures, at the annual meeting of the Financial Management Association, October 1996.

Discussant on a paper on Financial Distress at the annual meeting of the Eastern Finance Association, April 1997.

Member of the program committee for the Eastern Finance Association annual meeting, April 1997.

Discussant on a paper on Financial Distress at the annual meeting of the Southern Finance Association, November 1997

Discussant on a paper on Interest Rate Risk at the annual meeting of the Southern Finance Association, November 1997.

Reviewed two papers on Personal Finance for The Financial Services Review - 1997.

Member of the program committee for the Southern Finance Association annual meeting, November 1997.

Chaired a Panel on Collaborative Learning at the Decision Sciences Institute Annual Meeting, November 1999.

Reviewed two papers on Finance and Investments for The Financial Services Review - 1999.

Reviewed two papers on Finance for The Financial Services Review - 2000.

Member of the Editorial Board for the Journal of Applied Business Research - 2000-present.

Member of Panel Session on Personal Injury/Wrongful Death, at the annual meeting of the Eastern Finance Association, April 2001.

Discussant on a paper on Bankruptcy Cost Models at the annual meeting of the Eastern Finance Association, April 2001.

Chair of a session on Equity Underwriting at the annual meeting of the Eastern Finance Association, April 2001.

Chair of a session on Insights into Research Publication at the annual meeting of the Financial Management Association, October, 2002.

# FIVE YEAR CASE HISTORY

| Date | Law Firm | Attorney | Case |
|---|---|---|---|
| 29-Jan-01 | Gentry, Locke, Rakes & Moore | Moyers, Jason G. | Maxwell v. Snidow |
| 30-Jan-01 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Viar v. Price |
| 15-Feb-01 | Michael A. Cleary | Cleary, Michael A. | Elliot v. Casey |
| 26-Feb-01 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Hancock, Gary C. | Blackwell v. Jarvis & Jones Truckin |
| 15-Mar-01 | Helm & Helm | Helm, Steven | Don W. Shelton |
| 16-Mar-01 | Frith, Anderson & Peake | Anderson, Phillip | Rambo v. Family Community News |
| 28-Mar-01 | Penn, Stuart | Geisler, Byrum L. | Brown v. Klaussner |
| 11-Apr-01 | Gentry, Locke, Rakes & Moore | Moyers, Jason G. | Hawkins v. Ryder Truck |
| 23-Apr-01 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Barbour, Michael | Linkous v. Groseclose |
| 1-May-01 | Flippin, Densmore | Broughton, N. Reid | Ladd v. First Union |
| 1-May-01 | Frith, Anderson & Peake | Anderson, Phillip | Leach v. Curtis Tharpe Trucking |
| 1-May-01 | Jones & Glenn | Glenn, Jane S. | Beasley v. Alton |
| 7-May-01 | Jones & Glenn | Cathey, Mark K. | Muklevicz v. Cal Ark |
| 18-May-01 | Frith, Anderson & Peake | Londos, Katherine | Wheatley v. Buchanan |
| 24-May-01 | Gentry, Locke, Rakes & Moore | Uotinen, Karl, W. | Herb v. Oliver |
| 6-Jun-01 | Tremblay & Smith | Albro, Thomas E. | Peters |
| 31-Jul-01 | Young, Haskins, Mann, Gregory & Smith | Smith, Fred | Rimmer v. Hartz |
| 2-Aug-01 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Miller v. Central Health |
| 2-Aug-01 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Perdue v. Lewis Gale |
| 13-Aug-01 | Gentry, Locke, Rakes & Moore | Moyers, Jason G. | Warden v. Everidge |
| 22-Aug-01 | Hill, Peterson, Carper, Bee & Deitzler | Carper, Kent | Charles R. Williams, Jr. |
| 22-Aug-01 | Hill, Peterson, Carper, Bee & Deitzler | Carper, Kent | Donna D. Williams |
| 1-Oct-01 | John Edwards | Edwards, John | Wojeck v. J.M. Huber Corp. |
| 20-Oct-01 | Carter, Brown & Osborne | Fennel, Patrick | Tincher v. Holwick, MD |
| 28-Oct-01 | Woods Rogers | Casola, Chip | Brannock |
| 28-Oct-01 | Gentry, Locke, Rakes & Moore | Frankl, Daniel P. | Thomas v. Ellis & Underwood and \ |
| 20-Nov-01 | Jeffrey Krasnow | Lombart, D. Reed | Joseph Falls |
| 9-Jan-02 | Young, Haskins, Mann, Gregory & Smith | Smith, Fred | Whitlow v. Linville, M.D. |
| 14-Jan-02 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Kirtner, Tim | Cook v. Russell Stover |
| 18-Jan-02 | Young, Haskins, Mann, Gregory & Smith | Smith, Fred | Spencer v. Freimanis, M.D. |
| 21-Jan-02 | Carter, Brown & Osborne | Fennel, Patrick | Patterson v. Norfolk Trucking et al. |
| 14-Mar-02 | Caskie & Frost | Cochran, Gregory | Pickeral v. American Hoffman |
| 27-Mar-02 | Deborah Caldwell-Bono | Caldwell-Bono, Deborah | Shelton-Tilley |
| 28-Mar-02 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Barton v. Glover, et al. |
| 8-Apr-02 | Gentry, Locke, Rakes & Moore | Russell, Anthony | Neaves v. Sugarman |
| 9-Apr-02 | Gentry, Locke, Rakes & Moore | Robinson, Melissa | Edwards v. Innkeepers |
| 14-Apr-02 | Gentry, Locke, Rakes & Moore | Frankl, Daniel P. | Knight v. Sumstad & King |
| 18-Apr-02 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Kirtner, Tim | Saunders, James |
| 24-Apr-02 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Walker v. Bruce Cundiff Hauling |
| 25-Apr-02 | Scogin & Skolrood | Skolrood, Mark | Kenneth Houston |
| 7-Jun-02 | Strickland | Strickland, Art | Maglio v. Ryder |
| 7-Jun-02 | Gentry, Locke, Rakes & Moore | Skaff, III, Victor S. | Broughfman v. Wal-Mart |
| 13-Jun-02 | Gentry, Locke, Rakes & Moore | Broughton, Matt | Mays v. Galen-Med, Inc. |
| 23-Jul-02 | Allen, Guthrie & McHugh | Combs, Philip J. | Michael Vass |
| 2-Oct-02 | Gentry, Locke, Rakes & Moore | Frankl, Daniel P. | Trail v. Austin |
| 2-Oct-02 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Hancock, Gary C. | Kapala |
| 6-Nov-02 | Gentry, Locke, Rakes & Moore | Frankl, Daniel P. | Brewer v. Young |

| Date | Firm | Contact | Case |
|---|---|---|---|
| 15-Nov-02 | Gentry, Locke, Rakes & Moore | Broughton, Matt | Shelton v. Barreto, et al |
| 4-Jan-03 | Gentry, Locke, Rakes & Moore | Russell, Anthony | Mills v. VPI |
| 21-Jan-03 | Scogin & Skolrood | Skolrood, Mark | Alley v. Davis |
| 21-Mar-03 | William H. Cleaveland, PLC | Cleaveland, William H. | Young v. Twin Labs |
| 26-Mar-03 | Tremblay & Smith | Albro, Thomas E. | Dennis Wolff |
| 31-Mar-03 | Scogin & Skolrood | Skolrood, Mark | Porterfield v. Melvin |
| 10-Apr-03 | Scogin & Skolrood | Skolrood, Mark | Cartwright v. Reynolds and Viney |
| 17-Apr-03 | Gentry, Locke, Rakes & Moore | Weaver, David | Cofffman |
| 18-Apr-03 | Watson & Stephenson | Stephenson, Roscoe | Dew v. Clarke |
| 5-May-03 | Young, Haskins, Mann, Gregory & Smith | Smith, Fred | McGhee v. Rice Motors |
| 18-May-03 | Brown and Jennings | Brown, P. Brent | Shinn v. Greeness |
| 23-May-03 | Christian Barton | Hill, IV, R. Braxton | Gregory v. Ronile |
| 11-Aug-03 | Michie, Hamlett, Lowry, Rasmussen & Tweel | Thomson, III, Paul R. | Sheets v. GRTC |
| 20-Aug-03 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Blevins v, Brinegar |
| 5-Sep-03 | Young, Haskins, Mann, Gregory & Smith | Smith, Fred | Cole v.Jordan |
| 23-Sep-03 | Jeffrey Krasnow | Krasnow, Jeffrey | Schoenfeld |
| 5-Oct-03 | Gentry, Locke, Rakes & Moore | Frankl, Daniel P. | Rowe v. Masten |
| 15-Oct-03 | Brown and Jennings | Brown, P. Brent | McLaughlin |
| 15-Oct-03 | Brown and Jennings | Brown, P. Brent | Johnson |
| 6-Jan-04 | Gentry, Locke, Rakes & Moore | Nash, Mary Beth | Simmons v. Noland |
| 6-Apr-04 | Hunter, Smith & Davis | Humphreys, James | Reed v. The Rental Place |
| 6-Apr-04 | Brown and Jennings | Brown, P. Brent | Bentley |
| 9-Apr-04 | Strickland | Strickland, Art | Bussey Case |
| 9-Apr-04 | Glenn, Feldman, Darby & Goodlatte | Beers, Paul | Widener Case |
| 10-May-04 | Michie, Hamlett, Lowry, Rasmussen & Tweel | Thomson, III, Paul R. | Montgomery Case |
| 10-May-04 | George Todd East | East, George Todd | Amyx Case |
| 21-May-04 | Moody, Strople, Kloeppel, Basilond & Higginbotham | Anderson, Claude | Whitenack Case |
| 21-Jun-04 | Gentry, Locke, Rakes & Moore | Moyers, Jason G. | Polly v. Averitt |
| 21-Jul-04 | Lichtenstein, Fishwick & Johnson | Lichtenstein, John | George Case |
| 21-Jul-04 | Christian Barton | Hill, IV, R. Braxton | Valcom v. Bogen |
| 22-Jul-04 | Stone, Harrison & Turk | Turk, Jimmy | Griggs Case |
| 3-Aug-04 | Young, Haskins, Mann, Gregory & Smith | Smith, Fred | Brimmer v. Chang |
| 16-Aug-04 | Gentry, Locke, Rakes & Moore | Skaff, III, Victor S. | Dickinson v. Todd |
| 14-Sep-04 | Frankl, Miller & Webb | Moyers, Jason G. | O'Rourke |
| 14-Sep-04 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Rogers v. Williams |
| 21-Sep-04 | Brown and Jennings | Brown, P. Brent | Smith v. Wilson |
| 20-Nov-04 | Moody, Strople, Kloeppel, Basilond & Higginbotham | Anderson, Claude | Runion Case |
| 1-Dec-04 | Gentry, Locke, Rakes & Moore | Marston, K. Brett | Cruz/Sears v. Branch |
| 17-Dec-04 | Tremblay & Smith | Albro, Thomas E. | Pleasants v. Kern |
| 3-Jan-05 | Mundy, Rogers & Associates | Mundy, G. Marshall | Greene v. Capps |
| 15-Jan-05 | Gentry, Locke, Rakes & Moore | Marston, K. Brett | Ratliff v. Tolliver |
| 4-Feb-05 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Hancock, Gary C. | Stoots v. Werner |
| 18-Mar-05 | Randy Parker | Parker, Randy | Yates Case |
| 1-Apr-05 | Tremblay & Smith | Albro, Thomas E. | Samuels Case |
| 8-Apr-05 | Michie, Hamlett, Lowry, Rasmussen & Tweel | Slaughter, M. Bryan | Branham Case |
| 21-Jul-05 | Johnson, Ayers & Matthews | Brydges, Brian J. | Sasoski v. Brodie |
| 22-Aug-05 | Moody, Strople, Kloeppel, Basilond & Higginbotham | Anderson, Claude | Stowers v.NSC |
| 31-Aug-05 | Tremblay & Smith | Albro, Thomas E. | Pfaff v. May |
| 2-Sep-05 | Gilmer, Sadler, Ingram, Sutherland & Hutton | Kirtner, Tim | Capp v. Webb |
| 6-Oct-05 | John Edwards | Edwards, John | A. Minor |

| Date | Firm | Attorney | Case |
|---|---|---|---|
| 5-Nov-05 | Lichtenstein, Fishwick & Johnson | Lichtenstein, John | Squillaci |
| 20-Nov-05 | Ferris, Eakin | Eakin, Lenden | Long |
| 20-Nov-05 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Russow |
| 20-Nov-05 | Gentry, Locke, Rakes & Moore | Moore, S.D. Roberts | Walker v. Wilson |

- 101 Total 2001-2005

- 27 Total 2001
- 21 Total 2002
- 18 Total 2003
- 20 Total 2004
- 15 Total 2005