

**JOHN F. NEWMAN**
Vocational Rehabilitation Counselor
Vocational Expert

P. O. Box 21088
Roanoke, Virginia 24018
(540) 929-4352

**EDUCATION:**

Bachelor of Science, 1971
East Tennessee State University
Major Emphasis: Education and Commerce

·Corporate training, independent courses of study and continuing education in the areas of vocational assessment, vocational counseling and vocational rehabilitation, job analysis, job placement, medical case management, chronic pain management, and the assessment of lost earning capacity.

**PROFESSIONAL CERTIFICATIONS:**

Certified Rehabilitation Counselor
Certified Disability Management Specialist
Disability Analyst and Fellow - American Board of Disability Analysts
Vocational Expert - Social Security Administration, Office of Hearings and Appeals and Railroad Retirement Board

**EXPERIENCE:**

Company:    Vocational Rehabilitation Associates, Incorporated
Position:    Vocational Rehabilitation Counselor
Dates:    January, 1988 to present.
Description:    Currently established in proprietary rehabilitation practice providing professional and consulting services for Worker's Compensation insurance carriers, self-insureds and attorneys. Qualified as a Vocational Expert to provide testimony, by contract, to the Social Security Administration, Office of Hearings and Appeals and the Railroad Retirement Board. Vocational Expert testimony in Virginia Circuit and U.S. District Courts.

Company:    Intracorp, Division of CIGNA
Position:    Vocational Rehabilitation Specialist
Dates:    December, 1977 to December, 1987
Description:    Responsible for vocational counseling, medical care coordination and job placement.

Company:    Snelling and Snelling
Position:    Personnel Consultant
Dates:    September, 1972 to December, 1977.
Description:    Responsible for employment counseling and job placement of professionals in the areas of sales, administration and technical occupations.

**PROFESSIONAL APPOINTMENTS:**

Commonwealth of Virginia Department of Health Professions -
   Advisory Board on Rehabilitation Providers : 1994-present

**PROFESSIONAL AFFILIATIONS:**

National Association of Rehabilitation Professionals in the Private Sector
   Virginia Chapter - President: 1993-1994. Board of Directors: 1990-present.
Virginia Chapter - Rehabilitation Professional of the Year Award: 1995.

**JOHN F. NEWMAN**
**Vocational Rehabilitation Counselor**
**Vocational Expert**

P. O. Box 21088
Roanoke, Virginia 24018
(540) 929-4352

**EDUCATION:**
Bachelor of Science, 1971
East Tennessee State University
Major Emphasis: Education and Commerce

·Corporate training, independent courses of study and continuing education in the areas of vocational assessment, vocational counseling and vocational rehabilitation, job analysis, job placement, medical case management, chronic pain management, and the assessment of lost earning capacity.

**PROFESSIONAL CERTIFICATIONS:**

Certified Rehabilitation Counselor
Certified Disability Management Specialist
Disability Analyst and Fellow - American Board of Disability Analysts
Vocational Expert - Social Security Administration, Office of Hearings and Appeals and Railroad Retirement Board

**EXPERIENCE:**

Company: Vocational Rehabilitation Associates, Incorporated
Position: Vocational Rehabilitation Counselor
Dates: January, 1988 to present.
Description: Currently established in proprietary rehabilitation practice providing professional and consulting services for Worker's Compensation insurance carriers, self-insureds and attorneys. Qualified as a Vocational Expert to provide testimony, by contract, to the Social Security Administration, Office of Hearings and Appeals and the Railroad Retirement Board. Vocational Expert testimony in Virginia Circuit and U.S. District Courts.

Company: Intracorp, Division of CIGNA
Position: Vocational Rehabilitation Specialist
Dates: December, 1977 to December, 1987
Description: Responsible for vocational counseling, medical care coordination and job placement.

Company: Snelling and Snelling
Position: Personnel Consultant
Dates: September, 1972 to December, 1977.
Description: Responsible for employment counseling and job placement of professionals in the areas of sales, administration and technical occupations.

**PROFESSIONAL APPOINTMENTS:**

Commonwealth of Virginia Department of Health Professions -
Advisory Board on Rehabilitation Providers : 1994-present

**PROFESSIONAL AFFILIATIONS:**

National Association of Rehabilitation Professionals in the Private Sector
Virginia Chapter - President: 1993-1994. Board of Directors: 1990-present.
Virginia Chapter - Rehabilitation Professional of the Year Award: 1995.