

**EXHIBIT F**

**Susan Wirt**            **Qualification Profile**

**Wirt and Associates, LLC**         540-529-3631 (voice)
**Post Office Box 8**                     540-384-5162 (fax)
**Catawba, VA 24070**
     www.wirtandassociates.com
susan@wirtandassociates.com

## SUMMARY OF EXPERIENCE AND ACCOMPLISHMENTS

Twelve and one-half years as owner and primary case manager/life care planner for Wirt & Associates, LLC; providing comprehensive physical and psychosocial assessments, as well as problem identification in liability (auto, general, malpractice), worker's compensation, catastrophic, long-term care and high-dollar group health cases. Provide medical-legal consultative services to attorneys (plaintiff and defense) in matters of personal injury and select criminal cases to assist with defining injuries, causation, medical research and literature reviews, establishment of damages, and identification of appropriate experts.

Developed and implemented light-duty, return-to-work program for The Homestead Resort, Hot Springs, Virginia.

Elected to the Board of Directors, Association of Rehabilitation Nurses (ARN) for Region 2 (New York, Pennsylvania, New Jersey, Maryland, Delaware, Washington, DC, West Virginia and Virginia). Charged to govern, make policy, and establish goals for ARN's membership and the specialty practice of rehabilitation nursing (term includes 2003-2005, re-elected 2005 for term through 2007)

Co-authored ARN's position statement, "The Rehabilitation Nurse as Case Manager", January 2005.

Appointed Commissioner for Legal Nurse Consulting, Commission on Health Care Certification, to act as a liaison, educate qualified practitioners and promote the life care planning certification process. (term included March 2004 through December 2006)

Twenty-seven months experience as Marketing Coordinator of Rehabilitation Services for Lewis-Gale Hospital. Responsibilities included patient assessment for out-of-house referrals, as well as coordination of all marketing activities for the four divisions of the rehabilitation services - inpatient rehabilitation center, therapy services, sports and industrial medicine, and pain management center.

Seven years of case management experience with Resource Opportunities Inc. providing assessments and problem identification in liability (auto, general, malpractice) FELA, worker's compensation, LTD, catastrophic and high-dollar group health cases.

Four years supervision of the professional case management staff of the Roanoke and southwest Virginia ROI offices. Involved in the screening/hiring of new applicants and orientation and training. Developed and coordinated multiple staff education programs.

## SUMMARY OF EXPERIENCE AND ACCOMPLISHMENTS (cont'd)

Exclusive Virginia and Maryland Resource Opportunities Inc. provider for expert opinions addressing the impact of handicapping conditions and resultant damages including the development of Life Care Plans and consultations with the associated parties regarding settlement and legal proceedings.

Led the development of "Research & Review" services and became the primary provider and marketer of this service to ROI liability customers. Also assisted in the development and implementation of a specific liability training program for all ROI nurses in the Virginia, Maryland and North Carolina areas.

Served as educational program coordinator for insurance carriers and related industries, providing ongoing updates with regard to new diagnostic and treatment techniques as well as coordinating quarterly educational symposiums and presenting formal programs as requested.

Selected for inclusion in *Who's Who in American Nursing*, 6th edition, and 1996/1997, for outstanding achievements in the field for rehabilitation nursing.

Inducted into the Nursing Honor Society/Sigma Theta Tau of the Roanoke Valley, 2005.

First recipient of President's Initiative Award, Virginia Association of Rehabilitation Nurses, recognizing work as "an outstanding rehabilitation nurse and case manager, and exceptional leader and role model", presented May 2001

## PRESENTATIONS

### 2006
"Nurse Case Managers – Who, When, Where & What", Hunter-Douglas Corp., Risk Manager Training Program, Charlotte, NC

"Life Care Planning – A Basic Primer" – Association of Rehabilitation Nurses – 32nd Annual Educational Conference, Chicago, Il.

### 2005, 2004, 2003, & 2002
"The Role of the Nurse & Case Manager in Rehabilitation of the Spinal Cord Injured Patient", Sr.Nursing Students, Jefferson College of Health Sciences, Roanoke, VA

### 2004
"Life Care Planning: What can it do for you and your patient?" – Brain Injury Association of Southwest Virginia – 3rd Annual Conference, Roanoke, VA

"Medicare Set-Asides – a brief overview" – Roanoke Claims Association, Roanoke, VA

### 2001
"Life Care Planning 101", 2001- A Rehab Odyssey – 12th Annual IARP/VARN Conference, Charlottesville, VA

"The Role of the Nurse & Case Manager in Rehabilitation of the Spinal Cord Injured
Patient", Senior Nursing Students, College of Health Sciences, Roanoke, VA

**Susan Wirt** **Qualification Profile**
Page 3

## PRESENTATIONS (cont.)

**2001**
"The Role of the Independent Rehab Nurse/Case Manager in Catastrophically Injured
Clients", Greater NC Chapter of Association of Rehab Nurses, Fayetteville, NC

**2000**
"Coming Home – The Role of the External Case Manager with the SCI client/patient",
Virginia Commonwealth University-Medical College of Virginia Rehabilitation
and Research Center's 9th Annual SCI Symposium, Richmond, VA
"Analyzing Medical Records for the Virginia Paralegal", Institute for Paralegal
Education, Roanoke, VA
"The Role of the Case Manager", Thomas Rutherfoord Companies, Charlottesville, VA
"Life Care Planning – a Basic Overview", RT Career Education, Philadelphia, PA
"The Role of the Nurse in Rehabilitation of the Spinal Cord Injured Patient", Senior
Nursing Students, College of Health Sciences, Roanoke, VA
"HMOs, PPOs, PHOs, ETC - The ABCs of Managed Care", RT Career Education,
Biloxi, MS

**1999**
"Independent Living Services", Vocational Rehabilitation & Counseling Department,
Veteran Affairs, Roanoke, VA
"Life Care Planning – a Basic Overview", RT Career Education, Washington, DC

**1998**
"Early intervention of the Medical Rehabilitation Specialist-How to effectively use a
rehabilitation specialist to monitor medical and placement issues", <u>Strategies for
Effective Management of Employee Health and Safety Issues</u>, Lorman Education
Series, Roanoke, VA

**1997**
" Diversity in Case Management", Association of Rehabilitation Nurses 23rd Annual
Educational Conference-Celebrating Success In Rehabilitation, Baltimore, MD
"Maximizing Rehabilitation Benefits in the Injured Worker"
Salem/Roanoke Valley Chamber of Commerce, Roanoke, VA
"HMOs, PPOs, PHOs, ETC - The ABCs of Managed Care"
Virginia Association of Radiation Therapists, Charlottesville, VA

**1996**
"Rehabilitation for the Oncology Patient"
Virginia Association of Radiation Therapists, Wintergreen, VA
"Rehabilitation Issues in the Multiple Trauma Patient", RT-Career Education, Cincinnati,
OH
"Humor in Healthcare - How to keep yours and your patients", RT-Career Education,
Cincinnati, OH

**1995**
"Rehabilitation Issues in the Multiple Trauma Patient" RT-Career Education,
Philadelphia, PA

**1991**

## PRESENTATIONS (cont.)

### 1991
"Psycho-Social Aspects of Worker's Compensation", Virginia Insurance Reciprocal; Roanoke, Manassas, and Richmond, VA

### 1990
"Medical Overview for Assessing the Cardiac Claim" & "Issues in Acute Traumatic Brain Injury", Allstate Insurance Co., Roanoke, VA

"Traumatic Brain Injury Claims" & "Soft Tissue Injuries of the Cervical Spine" Nationwide Insurance Co., Lynchburg, VA

"Current Concepts in the Diagnosis, Treatment and Prognosis of Cancer" H.L. Duke and Co., Richmond, VA

"Case Management and other Medical Issues In Bodily Injury and Med-Pay Claims" State Farm Insurance Co., Inland Division Workshop, Pipestem, WV

### 1987-1988
"Medical Case Management" Low Back Forum, Lynchburg, VA

"Medical Issues in Worker's Compensation Claims", Allegheny Regional Hospital, Low Moor, VA

## PUBLICATIONS

Wirt, Susan, "Latex Allergies, When Protection becomes the Problem", Journal of Legal Nurse Consulting, January 2003

Wirt, Susan and McKinley, Linda, "Medical Literature Research 2000: Part 2", Journal of Legal Nurse Consulting, April 2000

Wirt, Susan, Minter, Gail, and Heil, John, "Healing Art: Incorporating Visual Arts in the Healing Process", APS Bulletin, April/May 1994

## CLINICAL EXPERIENCE

Adult Cardiac Critical Care & Cardiac Surgery RN from 1977 to 1985. Hospital employers included Roanoke Memorial Hospitals, Roanoke, Virginia; Good Samaritan Hospital, Cincinnati, Ohio; and Baylor University Medical Center, Dallas, Texas

## EDUCATION

Bachelor of Science in Nursing 2004, West Haven University, Daisy M. Granahan School of Nursing, Cypress, CA

Associate of Applied Science in Nursing, 1977, Virginia Western Community College, Roanoke, VA

## LICENSES/CERTIFICATIONS/ASSOCIATION MEMBERSHIPS

RN - State of Virginia　# 001066308
Certified Rehabilitation Registered Nurse (**CRRN**)
Certified Rehabilitation Provider - State of Virginia - # 0715 000921 (**CRP**)
Certified Case Manager # M013449 (**CCM**)
Certified Life Care Planner # 0279 (**CLCP**)
2003-2007 Association of Rehabilitation Nurses (ARN) Region 2 Director
1995-1997 President of Virginia Association of Rehabilitation Nurses (VARN)
　　Executive Board Member for VARN 1993-2003
2004-2006 Commission for Legal Nurse Consulting, Commission on Health Care
　　Certification (CHCC)
Member Association of Rehabilitation Nurses (ARN)
Member International Association of Rehabilitation Professionals/International Academy
　　of Life Care Planners (IARP/IALCP)
Member Case Management Society of America (CMSA)
Member Nursing Honor Society of the Roanoke Valley/Sigma Theta Tau International
　　Honor Society of Nursing
Member Amputee Coalition of America
Member American Association of Legal Nurse Consultants (AALNC)
Member Brain Injury Association of Virginia
Member North American Brain Injury Society (NABIS)

## SPECIALIZED TRAINING

Numerous continuing education seminars and workshops including:
- Life Care Planning (University of Florida and Rehabilitation Training Institute)
    - Module 1 – Tenets and Methodology of Life Care Planning
    - Module 2 – Psychological Assessment Issues
    - Module 3 – Multiple Disabilities
    - Module 4 – Forensic Issues in Case Management & Life Care Planning
    - Module 5 – Spinal Cord Injuries
    - Module 6 – Acquired Brain Trauma and Pediatric Brain Injury
    - Module 7 – Vocational Issues in Life Care Planning
    - Module 8 – Practical Application of Life Care Planning
- Medicare Set-Asides – MediPro Seminars
- NRH Spinal Cord Injury training program
- MCV Post-Graduate course on rehabilitation of the brain injured adult and child
- Recent advances in care and treatment of spinal cord injuries
- Sexuality issues in the head injured and spinal cord injured patient

- ♦ Accessing funding sources for the brain-injured patient in the private and public sectors
- ♦ Alternative settings for rehabilitative care
- ♦ Understanding economic implications and life care planning for catastrophic injury

## SPECIALIZED TRAINING (contd.)

- ♦ Pulmonary rehabilitation issues, long term care and placement
- ♦ Traumatic hand injuries - Diagnosis, Treatment and Rehabilitation
- ♦ Rehabilitation of Compartment Syndrome
- ♦ Anatomy, physiology and radiographic testing of the spine
- ♦ Approaches for treatment of failed back syndrome including dorsal column implants and Steffee Fusion
- ♦ Reflex Sympathetic Dystrophy - Diagnosis, treatment, projecting long term outcomes
- ♦ Etiology, diagnosis, and treatment of Arthritis and similar conditions
- ♦ TMJ dysfunction; causation, treatment, and rehabilitation
- ♦ Ethical issues and dilemmas in case management
- ♦ Chronic pain syndromes, including Myofascial Pain Syndrome, Use of Narcotics in the long-term care of Chronic pain, pain "agreements" vs. contracts
- ♦ Post-traumatic stress disorder
- ♦ Forensic Psychiatry
- ♦ Chiropractic and Osteopathic treatment and standards of care
- ♦ Expert witness testimony and preparation
- ♦ Medical-legal consultation
- ♦ Managed care issues, HMOs, PPOs, PHOs, etc.
- ♦ Toxic exposure in the workplace
- ♦ Progression of disability – Short-term disability to Social Security disability
- ♦ Attention deficit disorder (ADD) and hyperactivity in the Adult – The distracted worker
- ♦ Ethical issues for the rehabilitation professional in patient care and insurance reimbursement
- ♦ Rehabilitation issues for patients/clients with facial injuries and reconstructive interventions
- ♦ Medical records confidentiality, HIPAA
- ♦ Hyperbaric oxygen therapy: applications and use, outcomes and financial considerations
- ♦ Living with implantable medical devices: implications for home, work and leisure time
- ♦ Vertebroplasty: treatment for compression fractures and spinal tumors
- ♦ Continuous Quality Improvement (CQI) training
- ♦ Life Expectancy – What Economic Damage Experts and Medical Legal Consultants need to know
- ♦ Sleeplessness in America – Diagnosing and treating Insomnia
- ♦ Toxic Anger and the impact in workplace injuries

- Middle-eastern cultural issues impacting rehabilitation and recovery from injury
- Neuropsychological testing and it's application for improving case management
- Diagnosis and treatment of injuries to the foot and ankle
- Cumulative trauma disorders of the foot and ankle
- Chronic wound care and treatments

Susan Wirt  **Qualification Profile**
Page 7

## SPECIALIZED TRAINING (contd.)

- Update on burn care, acute interventions, surgery and rehabilitation issues including reconstructive surgery vs. anaplastology
- Antibiotic resistant microorganisms – concerns for the rehabilitation professional
- Latex allergies – a crisis in the medical community
- Spasticity: appropriate diagnosis, benefits vs. drawbacks, and surgical vs. non-surgical interventions
- Improved IMEs and understanding the impairment ratings based on the American Medical Association's **Guides to the Evaluation of Permanent Impairment, 5th edition**
- Differential diagnosis: Brain injury vs. tumor, vs. CVA
- What's new with diagnosis, treatment and prognosis of Multiple Sclerosis
- Sleep disturbances including sleep apnea; diagnosis and treatment
- Using the internet to extend the continuum of care for persons with catastrophic injuries
- Stroke patient education materials on the Internet
- Legal issues in nursing practice and case management
- Aging with SCI and the impact on care providers
- Acquired brain injury; neuro-pathology, rehabilitation research and intervention options, post traumatic headaches, and accessing information via the Internet
- Suicide – causes, clinical management, historical, descriptive and epidemiological considerations
- NSAIDs, Coxibs, and Cardio-Renal Physiology: A Mechanism-Based Evaluation
- Symptomatic Treatment of Neuropathic Pain: A Focus on the Role of Anticonvulsants
- 12th Annual Holiday Total Knee Course
- Ethical and legal implications of chronic pain management
- Writing for publication
- Mediation – the role in claim dispute and resolution
- Dale Carnegie course
- Alternative therapies in pain management– Acupuncture, Chiropractic manipulation, and Nutrition
- Bariatric issues in rehabilitation and wound care
- New Frontiers in the treatment of Depression
- Neuraxial Analgesia by Intrathecal Drug Delivery for Chronic Noncancer Pain
- Lifestyle and behavior modification in the management of obesity
- Gender differences in response to analgesic opiods

- Saline injections vs. Prolotherapy for Chronic low back pain
- Gabapentin in the treatment of neuropathic pain following spinal cord injury
- Active interventions for treatment of whiplash
- News in the treatment of hot flashes
- Understanding chronic pain and the mind-body connection
- Medicare Set Aside Training

**Susan Wirt**  **Qualification Profile**
**Page 8**

## SPECIALIZED TRAINING (contd.)

- Bipolar disorder – American Psychiatric Association 2004 Annual Meeting
- Depression – American Psychiatric Association 156 Annual Meeting
- New Frontiers in the Treatment of Depression
- The use of botulinum toxin A (BoTN A) for neurogenic and non-neurogenic detrusor overactivity causing overactive bladder and urge urinary incontinence
- Research advances for neurorecovery after spinal cord injury