
EXHIBIT 6

Vita of: Thomas Corsi Last Modifed on 02/19/2007 at 12:03 PM
Department: Logistics Business and Public Policy    Rank: Full Professor
Created by: Thomas Corsi    Editors: Thomas Corsi
Note: The Editor field lists anyone you want to be allowed to edit this document. Click on the small arrow to select names.

## EDUCATION

B. A. Case Western Reserve University, 1971, Cleveland, Ohio, double major in Political Science and Sociology, graduated Summa Cum Laude with Departmental Honors in Political Science, Phi Beta Kappa.

M. A. Kent State University, Kent, Ohio, Department of Geography, 1974. M. A. Thesis: Development At Interchanges Along the Ohio Turnpike: A Multivariate Analysis.

Ph. D. University of Wisconsin-Milwaukee, Milwaukee, Wisconsin, Department of Geography, 1976. Ph. D. Dissertation: Household Response to Motor Fuel Shortages in Southeastern Wisconsin.

## TEACHING EXPERIENCE

## OTHER EXPERIENCE

Interstate Commerce Commission. Directed survey of owner-operator truck drivers that resulted in a report entitled: <u>The Independent Trucker: Nationwide Survey of Owner-Operators</u>, Bureau of Economics, Interstate Commerce Commission, May 1978.

Interstate Commerce Commission. Directed survey of government traffic that resulted in a report entitled: <u>Economic Impact of New Motor Carrier Entry for the Transportation of Government Traffic</u>, Office of Policy and Analysis, Interstate Commerce Commission, March 1979.

National Transportation Policy Study Commission. Worked with Merrill J. Roberts on a project concerning agricultural transportation that resulted in a report entitled: <u>Regulatory Change: Experimentation in Motor Carrier Entry Control</u>, National Transportation Policy Study Commission, May 1979.

Interstate Commerce Commission. Directed follow-up survey of owner-operator truck drivers that resulted in a report entitled: <u>The Independent Trucker: Follow-Up Survey of Owner-Operators</u>, Office of Policy and Analysis, Interstate Commerce Commission, November 1979.

Interstate Commerce Commission. Worked with Merrill J. Roberts on a project assessing the fuel efficiency consequences of motor carrier deregulation that resulted in a report entitled: <u>The Potential Fuel Efficiency Consequences of Motor Carrier Deregulation</u>, Office of Policy and Analysis, Interstate Commerce Commission, 1980.

Interstate Commerce Commission. Worked with Merrill J. Roberts on a project assessing the competition faced by the regular route common carrier segment of the motor carrier industry that resulted in a reported entitled: <u>Regular Common Carriers and Their Competitors</u>, Office of Policy and Analysis, Interstate Commerce Commission, 1980.

New York State Department of Transportation. Worked as part of a research team headed by Sydec, Inc. on a project proposing energy contingency planning alternatives for the State of New York, February-October 1980.

Office of Regulatory Policy, Office of Secretary, U.S. Department of Transportation. Worked as part of a research team put together by Trans-World Marketing Associates, Inc. on a project to identify the patterns of discrimination in motor carrier rates, March-October 1981.

Interstate Commerce Commission. Directed a survey of minority carriers that resulted in a report entitled <u>Minority Motor Carriers: Status and Prospects</u>, Office of Transportation Analysis, Interstate Commerce Commission, October 1981.

Interstate Commerce Commission. Directed a second follow-up survey of owner-operators, Office of Transportation Analysis, Interstate Commerce Commission, November 1981.

Bureau of Motor Carrier Safety, Federal Highway Administration, U.S. Department of Transportation. Worked as part of a research team put together by Trans-World Marketing Associates, Inc. to determine the impact of safety regulations on motor carrier safety performance, 1982.

Office of Policy, Urban Mass Transportation Administration. Worked as part of a research team put together by Trans-World Marketing Associates, Inc. to assess the impact of a proposed set of new policies, 1982.

American Movers Conference. Conducted (with Milton E. Harvey) a national survey of households to compare the use of a moving company with a self-move. Resulted in a report entitled <u>Self-Move vs. Moving Companies: A Comparative Evaluation</u>, 1983.

Bureau of Motor Carrier Safety, Federal Highway Administration, U.S. Department of Transportation. Worked as part of a research team put together by Trans-World Marketing Associates, Inc. to develop methodologies to evaluate safety regulations, 1983.

American Movers Conference. Prepared (with Philip Fanara, Jr.) a statistical handbook of the moving industry, 1985, 1986, and 1987.

U.S. Department of Transportation, Federal Highway Administration and Arizona Department of Transportation, Heavy Vehicle Electronic License Plate (HELP) Program, <u>Systems Design Study</u>, 1986. Worked as part of a research team headed by Sydec, Inc. on a project evaluating the potential needs and uses by the motor carrier industry of a heavy vehicle monitoring system.

American Movers Conference. Prepared with Philip Fanara, Jr. a forecasting model in a LOTUS-123 framework for the moving industry, 1987.

National Cooperative Highway Research Program, Transportation Research Board, National Research Council, <u>Feasibility of a National Heavy Vehicle Monitoring System</u>, 1986-1987. Worked as part of a research team headed by Sydec, Inc. on a project estimating the costs and benefits of employing a monitoring system to control overweight truck operators.

U.S. Department of Transportation, Federal Highway Administration <u>Truck Size and Weight and User Fee Policy Analysis</u>, 1988-1990. Worked as part of a research team headed by Sydec, Inc. on a project evaluating the productivity impacts of changes in federal truck size and weight limits.

Trucking Research Institute, The ATA Foundation, <u>Productivity and Consumer Benefits of Longer Combination Units, 1989-1990</u>. Worked as part of a research team headed by Sydec, Inc. on a project estimating the productivity impacts of changes in truck size and weight limits.

Vermont Legislative Council, <u>Highway Cost Allocation Study</u>, 1989-1990. Worked as part of a research team headed by Sydec, Inc. on a highway cost allocation study for Vermont.

U.S. Department of Transportation, Federal Highway Administration, Office of Motor Carriers, <u>Vehicle Out-of-Service Study</u>, 1990-1991. Worked as part of a research team headed by Jack Faucett Associates on a project to determine the adequacy of vehicle out-of-service criteria as well as the relationship between vehicle out-of-service performance and accident performance.

U.S. Department of Transportation, Federal Highway Administration, Office of Motor Carriers, <u>Roadside Inspection</u>, 1990-1994. Worked as part of a research team headed by Jack Faucett Associates on a project to assess the efficacy of the current roadside inspection activities of the Office of Motor Carriers.

U.S. Department of Transportation, Federal Highway Administration, Office of Motor Carriers, <u>Automated Carrier Compliance Monitoring Study</u>, 1991-1994. Worked as part of a research team headed by Jack Faucett Associates to develop and document the factors which influence the safe operation of commercial motor carriers and incorporate these factors into an automated system that uses available data to prioritize motor carriers for on-site reviews.

National Cooperative Highway Research Program, Transportation Research Board, National Research Council, <u>Characteristics and Changes in Freight Demand</u>, 1993-1995. Worked as part of a research team headed by Cambridge Systematics.

U.S. Department of Transportation, Volpe Transportation Center, Commercial Vehicle Information System. Served as a consultant on a pilot project to establish a motor carrier management information system to designate carriers with safety problems and monitor them until performance improves, 1994-1997.

U.S. Department of Transportation, Federal Highway Administration. Worked on Truck Size and Weight Policy Analysis. Wrote papers assessing the reaction of the motor carrier industry (less-than-truckload and truckload segments) to a series of policy changes with respect to truck size and weight legislation, 1995-1997.

National Association of Truck Stop Operators. Worked on project to estimate the economic impact of highway service establishments at interchange locations along the Interstate Highway System, 1996-1997.

PROF. AFFILIATIONS

Transportation Research Board.
    Chairperson, Freight Regulation Committee (1988-1994)

Transportation Research Board
    Member, Commercial Truck and Bus Safety Synthesis Program (2002 to present)

Transportation Research Board
    Member, National Cooperative Freight Research Program (2006 to present)

Member of the Following Organizations.
    Transportation Research Forum
    American Society of Transportation and Logistics
    Delta Nu Alpha/Propeller Club
    AEA Transportation and Public Utilities Group (Secretary)
    Council of Supply Chain Management Professionals

EDITORIAL BOARDS

Associate Editor, <u>The Logistics and Transportation Review</u>

Editorial Review Board, <u>Transportation Journal</u>

MAJOR SERVICE ACTIVITY

Member, Dean's Evaluation Committee, 2001 and 2006.

Member, Graduate Research Board, Summer and Semester Award Committee, 2004-present.

Co-Director, Supply Chain Management Center, 1998 to present.

Chairperson, Undergraduate Oversight Committee, Robert H. Smith School of Business, 1995-1997.

Member, Provost Promotion and Tenure Committee, 1994.

Group Chairperson, Transportation, Business and Public Policy, August 1986 to 1994.

Undergraduate Committee, College of Business and Management, 1977-1986 (Chairperson, 1984-1986).

Faculty Advisor, Transportation Club, College of Business and Management, 1979 to 1992.

Faculty Advisor, Society for Advancement of Management, College of Business and Management, 1979-1981.

## ARTICLES AND PAPERS

Corsi, Thomas M. "A Multivariate Analysis of Land Use Change: Ohio Turnpike Interchanges," Land Economics, Vol. 50, August 1974, pp. 232-241.

Corsi, Thomas M. "CAB Behavior in Airline Merger Cases," The Logistics and Transportation Review, Vol. 11, No. 3, 1975, pp. 229-248.

Corsi, Thomas M. and Harvey, Milton H. "The Socio-Economic Determinants of Crime in the City of Cleveland: The Application of Canonical Scores to Geographic Processes," Tijdschrift Voor Economische en Sociale Geograpfie, Vol. 66, No. 6, 1975, pp. 323-336.

Corsi, Thomas M. and Harvey, Milton H. "The Impact of the Energy Crisis Upon Travel Behavior: Some Implications for the Transportation Planning Process," Transportation Research Record, No. 648, 1977, pp. 30-36.

Corsi, Thomas M. and Harvey, Milton H. "Effect of Changes in Fuel Prices, Parking Fees, and Bus Fares on Journey to Campus," High Speed Ground Transportation Journal/Journal of Advanced Transportation, Vol 12, No. 2, 1978, pp. 1-13.

Corsi, Thomas M. and Harvey, Milton H. "Toward a Causal Model to Explain Differing Household Vacation Patterns," Journal of Leisure Research, Vol 10, No. 4, 1978, pp. 298-310.

Corsi, Thomas M. and Harvey, Milton H. "Toward a Causal Model for Differentiating Carpoolers and Auto Drivers to a Major University," The Logistics and Transportation Review, Vol. 14, No. 1, 1978, pp. 67-79.

Corsi, Thomas M. and Harvey, Milton H. "Changes in Vacation Travel in Response to Motor Fuel Shortages and Higher Prices," <u>Journal of Travel Research</u>, Vol. 17, No. 4, 1979, pp. 7-12.

Corsi, Thomas M. "The Impact of Multiple-Unit Fleet Owners in the Owner-Operator Segment on Regulatory Reform," <u>Transportation Journal</u>, Vol. 19, No. 2, 1979, pp. 44-59.

Boisjoly, Russell P. and Corsi, Thomas M. "The Economic Implications of Less-than-Truckload Motor Carrier Mergers," <u>Journal of Economics and Business</u>, Vol. 33, No. 1, 1980, pp. 18-26.

Corsi, Thomas M. and Roberts, Merrill J. "The Potential Fuel Efficiency Consequences of Motor Carrier Deregulation," <u>The Logistics and Transportation Review</u>, Vol. 16, No. 3, 1980, pp. 265-297.

Corsi, Thomas M. "Consequences of Regulatory Reform on the Owner-Operator Segment," <u>Transportation Research Record</u>, No. 758, 1981, pp. 56-62.

Bixby, Ronald H. and Corsi, Thomas M. "Framework for Analyzing the 1979 Summer Fuel Crisis: The New York State Experience," <u>Transportation Research Record</u>, No. 801, 1981, pp. 72-80.

Corsi, Thomas M. and Roberts, Merrill J. "Implications of Regulatory Reform for Intermodal Competition," <u>Transportation Research Record</u>, No. 804, 1981, pp. 27-32.

McGinnis, Michael A.; Corsi, Thomas M.; and Roberts, Merrill J. "A Multiple Criteria Analysis of Modal Choice," <u>Journal of Business Logistics</u>, Vol. 2, No. 2, 1981, pp. 48-68.

Corsi, Thomas M. and Martin, John C. "An Explanatory Model of Turnover Among Owner-Operators," <u>Journal of Business Logistics</u>, Vol. 3, No. 2, 1982, pp. 47-71.

Corsi, Thomas M.; Gardner, Leland L.; and Tuck, J. Michael. "Minority Motor Carriers and the Motor Carrier Act of 1980, <u>Transportation Journal</u>, Vol. 22, No. 3, 1982, pp. 42-55.

Corsi, Thomas M.; Gardner, Leland L.; and Tuck, J. Michael. "Owner-Operators and the Motor Carrier Act of 1980," <u>The Logistics and Transportation Review</u>, Vol. 18, No. 3, 1982, pp. 255-278.

Boisjoly, Russell P. and Corsi, Thomas M. "The Changing Nature of the Motor Carrier Acquisition Market," <u>Quarterly Journal of Business and Economics</u>, Vol. 22, No. 4, 1983, pp. 25-39.

Corsi, Thomas M.; Fanara, Jr., Philip; and Roberts, Merrill J. "Linkages Between Motor Carrier Accidents and Safety Regulation," <u>The Logistics and Transportation Review</u>, Vol. 20, No. 2, 1984, pp. 149-164.

Corsi, Thomas M.; Fanara, Jr., Philip; and Roberts, Merrill J. "Small Transit Insurance Programs: Current Status and the Group Purchase Alternative," <u>Transportation Research Record</u>, No. 1011, 1985, pp. 65-71.

Corsi, Thomas M. and Grimm, Curtis M. "Changes in Owner-Operator Use, 1977-1985: Implications for Management Strategy," <u>Transportation Journal</u>, Vol. 26, No. 3, 1987, pp. 4-16.

Corsi, Thomas M. and Grimm, Curtis M. "Mobility Barriers in the Motor Carrier Industry," <u>Journal of the Transportation Research Forum</u>, Vol. XXVIII, No. 1, 1987, pp. 302-309.

Murphy, Jr., Paul and Corsi, Thomas M. "Sales Force Management in a Deregulated Environment: General Freight Carriers," <u>Journal of the Transportation Research Forum</u>, Vol. XXVIII, No. 1, 1987, pp. 310-318.

Murphy, Jr., Paul and Corsi, Thomas M. "Current Status of Sales Force Management Practices Among LTL General Freight Carriers," <u>Transportation Journal</u>, Vol. 27, No. 1, 1987, pp. 23-35.

Corsi, Thomas M.; Fanara, Jr., Philip; and Jarrell, Judith L. "Safety Performance of Pre-MCA Motor Carriers: 1977 Versus 1984," <u>Transportation Journal</u>, Vol. 27, No. 3, 1988, pp. 30-36.

Corsi, Thomas M. and Fanara, Jr., Philip. "Driver Management Policies and Motor Carrier Safety," <u>The Logistics and Transportation Review</u>, Vol. 24, No. 2, 1988, pp. 153-164.

Murphy, Jr., Paul and Corsi, Thomas M. "Strategic Differentiation Among LTL General Freight Carriers: Sales Force Management Policies," <u>The Logistics and Transportation Review</u>, Vol. 24, No. 3, 1988, pp. 217-236.

Corsi, Thomas M. and Fanara, Jr., Philip. "Deregulation, New Entrants, and the Safety Learning Curve," <u>Journal of the Transportation Research Forum</u>, Vol. XXIX, No. 1, 1988, pp. 3-8.

Corsi, Thomas M. and Grimm, Curtis M. "ATLFs: Driving Owner-Operators into the Sunset," <u>Journal of the Transportation Research Forum</u>, Vol. XXIX, No. 2, 1989, pp. 285-290.

Corsi, Thomas M. and Scheraga, Carl A. "Pre- and Post-Deregulation Financial Strategies and Linkages to Performance in the Motor Carrier Industry: An Application of Canonical Scores," <u>Transportation Research Series A</u>, Vol 23A, No. 2, 1989, pp. 161-171.

Murphy, Jr., Paul and Corsi, Thomas M. "Performance Implications of the Sales Force Strategies of LTL General Freight Carriers," <u>Journal of the Transportation Research Forum</u>, Vol. XXX, No. 1, 1989, pp. 84-91.

Corsi, Thomas M. and Grimm, Curtis M. "Strategies and Performance in the Truckload General Freight Segment Before and After Deregulation," <u>Journal of the Transportation Research Forum</u>, Vol. XXX, No. 1, 1989, pp. 92-97.

Murphy, Jr., Paul and Corsi, Thomas M. "Modelling Sales Force Turnover Among LTL General Freight Carriers: A Management Perspective," <u>Transportation Journal</u>, Vol. 29, No. 1, 1989, pp. 25-37.

Grimm, Curtis M.; Corsi, Thomas M.; and Jarrell, Judith L. "U.S. Motor Carrier Cost Structure Under Deregulation," <u>The Logistics and Transportation Review</u>, Vol. 25, No. 3, 1989, pp. 231-250.

Smith, Raymond D.; Corsi, Thomas M.; and Grimm, Curtis M. "Motor Carrier Strategies and Performance," <u>Transportation Research Series A</u>, Vol. 24, No. 3, 1990, pp. 201-210.

Corsi, Thomas M. and Stowers, Joseph R.; "Effects of a Deregulated Environment on Motor Carriers: A Systematic, Multi-Segment Analysis," <u>Transportation Journal</u>, Vol. 30, No. 3, 1991, pp. 4-28.

Kling, James A.; Grimm, Curtis M.; and Corsi, Thomas M. "Strategies of Challenging Airlines at Hub-Dominated Airports," <u>Journal of the Transportation Research Forum</u>, Vol. XXXI, No. 2, 1991, pp. 359-370.

Kling, James A.; Grimm, Curtis M.; and Corsi, Thomas M. "Hub-Dominated Airports: An Empirical Assessment of Challenger Strategies," <u>The Logistics and Transportation Review</u>, Vol. 27, No. 3, 1991.

Corsi, Thomas M.; Grimm, Curtis M.; Smith, Ken G.; and Smith, Raymond D. "Deregulation, Strategic Change, and Firm Performance Among LTL Motor Carriers," <u>Transportation Journal</u>, Vol. 31, No. 1, 1991, pp. 4-13.

Smith, Raymond D.; Corsi, Thomas M.; Grimm, Curtis M.; and Smith, Kenneth G. "The Effects of LTL Motor Carrier Size on Strategy and Performance," <u>Logistics and Transportation Review</u>, Vol. 28, No. 2, June 1992, pp. 129-146.

Emerson, Carol J.; Gimm, Curtis M.; and Corsi, Thomas M. "The Advantage of Size in the U.S. Trucking Industry: An Application of the Survivor Technique," <u>Journal of the Transportation Research Forum</u>, Vol. XXXII, No. 2, 1992, pp. 369-378.

Corsi, Thomas M.; Grimm, Curtis M.; and Feitler, Jane. "The Impact of Deregulation on LTL Motor Carriers: Size, Structure, and Organization," <u>Transportation Journal</u>, Vol. 32, No. 2, 1992, pp. 24-31.

Grimm, Curtis M.; Corsi, Thomas M.; and Smith, Raymond D. "Determinants of Strategic Change in the LTL Motor Carrier Industry: A Discrete Choice Analysis," <u>Transportation Journal</u>, Vol. 32, No. 4, 1993, pp. 56-62.

Scheraga, Carl A.; Haslem, Jack; and Corsi, Thomas M. "The Financial Mobility of Motor Carriers: Pre- and Post-Deregulation," <u>Transportation Research, Series A</u>, Vol. 28A, No. 5, September 1994, pp. 401-414.

Xu, Kefeng; Windle, Robert; Grimm, Curtis; and Corsi, Thomas M. "Re-evaluating Returns to Scale in Transportation," <u>Journal of Transport Economics and Policy</u>, September 1994, pp.275-286.

Corsi, Thomas M.; Dresner, Martin; and Windle, Robert, "Air Passenger Forecasts: Principles and Practices," <u>Journal of the Transportation Research Forum</u>, Vol. 36, No. 2, 1997, pp. 42-62.

Corsi, Thomas M. "Surface Freight Prospects," <u>Annals of the American Academy of Political and Social Sciences</u>, Vol. 553, September 1997, pp. 186-191.

Feitler, Jane; Corsi, Thomas M.; and Grimm, Curtis M., AMeasuring Firm Strategic Change in the Regulated and Deregulated Motor Carrier Industry: An Eighteen Year Evaluation,@ <u>Logistics and Transportation Review</u>, Vol. 33E, No. 3, September 1997, pp. 159-169.

Feitler, Jane; Corsi, Thomas M.; and Grimm, Curtis M., "Strategic and Performance Changes Among LTL Motor Carriers: 1976-1993," <u>Transportation Journal</u>, Vol. 37, No. 4, Summer 1998, pp. 5-12.

Boyson, Sandor; Corsi, Thomas M.; Dresner, Martin; and Rabinovich, Elliot," Managing Effective Third Party Logistics Partnerships: What Does It Take," <u>Journal of Business Logistics</u>, Vol. 20, No. 1, 1999, pp. 73-100.

Rabinovich, Elliot; Dresner, Martin; Windle, Robert J.; and Corsi, Thomas M., "Outsourcing of Integrated Logistics Functions: An Examination of Industry Practices," <u>International Journal of Physical Distribution and Logistics Management</u>, Vol 29, No. 5, 1999, pp.353-373.

Mejza, Michael C. and Corsi, Thomas M. "Assessing Motor Carrier Potential for Improving Safety Processes," <u>Transportation Journal</u>, Vol 38, No. 4, Summer 1999, pp. 36-50.

Corsi, Thomas M.; Windle, Robert J.; and Knemeyer, A. Michael, "Evaluating the Potential Impact of Interstate Highway Rights-of-Way Commecialization on Economic Activity at Interchanges," <u>Transportation Journal.</u>, Vol 39, No. 2, Winter 1999, pp. 16-25.

Corsi, Thomas M. and Schumann, Kurt A., "Fleet Fuel Purchasing Study," <u>Journal of Transportation Research</u>, Vol. 1, No. 1, 1999, pp. 1-10.

Corsi, Thomas M. and Schumann, Kurt A., "Fleet Fuel Purchasing Study: Private Fleets," <u>Journal of Transportation Research</u>, Vol. 2, No. 1, 2000, pp. 1-14.

Corsi, Thomas M. "Profile of Truckstop Driver Customers: National Survey Results," <u>Journal of Transportation Reserch,</u> Vol. 2, No. 1, 2000. pp. 41-54.

Corsi, Thomas M. and Boyson, Sandor, "The Real-Time Supply Chain," <u>Supply Chain Management Review</u>, Vol. 5, No. 1, January/February 2001, pp. 44-51.

Corsi, Thomas M.(with Sandor Boyson), "Real-Time e-Supply Chain Management: Diffusion of New Technologies and Business Practices," <u>Transportation Research: Series E (The Logistics and Transportation Review)</u>, Vol. 39, March 2003, pp. 79-82.

Corsi, Thomas M. (with Curtis Grimm and Kirk Patterson), "Adopting New Technologies for Supply Chain Management," <u>Transportation Research: Series E (The Logistics and Transportation Review)</u>, Vol. 39, March 2003, pp. 95-122.

Corsi, Thomas M. (with Sandor Boyson and Alexander Verbraeck), "The e-Supply Chain Portal: a Core Business Model," <u>Transportation Research: Series E (The Logistics and Transportation Review)</u>, Vol. 39, March 2003, pp. 175-192.

Corsi, Thomas M. (with A. Micheal Knemeyer and Paul Murphy),"A Comparison of Key Logistics Outsourcing Relationship Constructs Across Levels of Partnership Development," <u>Journal of Business Logistics</u>, March 2003, Vol. 24, No. 1, pp. 77-110.

Corsi, Thomas M. (with Michael Mejza and Richard Barnard), "Driver Management Practices of Motor Carriers with High Compliance and Safety Performance," <u>Transportation Journal</u>, Summer 2003, Vol. 42, No. 4, pp. 16-29..

Corsi, Thomas M. (with Curtis M. Grimm and Kirk Patterson), "Diffusion of Supply Chain Technologies," <u>Transportation Journal</u>, Summer 2004, Vol. 43, No. 3, pp. 5-23.

Corsi, Thomas M. (with David E. Cantor and Curtis M. Grimm), "Safety Technology Adoption Patterns in the U.S. Motor Carrier Industry," <u>Transportation Journal</u>, Summer 2006, Vol. 45, No. 3, pp. 20-45.

Corsi, Thomas M. (with Sandor Boyson, Alexander Verbraeck, Stijn-Pieter Van Houten, Chaodong Han, and John R. Macdonald), "The Real-Time Global Supply Chain Game: New Educational Tool for Developing Supply Chain Management Professionals," <u>Transportation Journal</u>, Summer 2006, Vol. 45, No. 3, pp. 61-73.

Thomas M. Corsi, (with David Cantor and Curtis M. Grimm), " Drivers of Motor Carrier Safety Technology Adoption," forthcoming <u>Transportation Research, Part E, Logistics and Transportation Review</u>, 2007.

## Articles in Edited Volumes

Mayer, Harold M. and Corsi, Thomas M. "Northeastern Ohio Urban Complex," in <u>Contemporary Metropolitan America, Volume 3: Nineteenth Century Inland Centers and Ports</u>, Association of American Geographers, Comparative Metropolitan Analysis Project, John Adams, editor, Cambridge, Massachusetts: Ballinger Publishing Co., 1976, pp. 109-179.

Corsi, Thomas M. and Fanara, Jr., Philip. "Effects of New Entrants on Motor Carrier Safety," in <u>Transportation Safety in an Age of Deregulation</u>, Leon Moses and Ian Savage, editors, London, England: Oxford University Press, 1989, pp. 241-258.

Corsi, Thomas M. "Survey of Inland Terminal Operators," in <u>Landside Access to U.S. Ports</u>, Transportation Research Board, National Research Council, Special Report 238, National Academy Press, 1993, pp. 177-190.

Corsi, Thomas M. "Motor Carrier Industry Structure and Operations," in <u>International Symposium on Motor Carrier Transportation</u>, Transportation Research Board, National Research Council, National Academy Press, Washington, D.C., 1994, pp. 38-60.

Corsi, Thomas M. and Boyson, Sandor, "North America: Insights and Challenges," in David Hensher, editor, <u>Transport and Supply Chain and Logistics Handbook</u>, University of Sdyney, Sdyney, Australia, forthcoming 2001.

Thomas M. Corsi, "The Truckload Carrier Segment," in Dale Belman and Chelsea White III, editors, <u>Trucking in the Information Age</u>, Ashgate Publishing Co. (UK), 2005, pp. 21-42.

## Monographs

Corsi, Thomas M. <u>National Transportation Organizations: Their Roles in the Policy Development & Implementation Process</u>, Eno Transportation Foundation, Lansdowne, Virginia, 1994.

## Articles in Journals with Internal Review Boards

Corsi, Thomas M. "Development at Interchanges: The Ohio Turnpike," <u>Traffic Quarterly</u>, Vol. XXIX, No. 1, 1975, pp. 65-79.

Corsi, Thomas M. "The Policy of the ICC in Trucking Merger, Control, and Acquisition of Certificate Cases, 1965-1972," <u>ICC Practitioners' Journal</u>, Vol. 43, No. 1, 1975, pp. 24-38.

Corsi, Thomas M. and Harvey, Milton E. "Travel Behavior Under Increases in Gasoline Prices," <u>Traffic Quarterly</u>, Vol. XXXI, No. 3, 1977, pp. 30-36.

Corsi, Thomas M. and Boisjoly, Russell P. "An Identification of the Distinguishing Characteristics of Acquired Trucking Firms," <u>ICC Practitioners' Journal</u>, Vol. 48, No. 5, 1981, pp. 560-578.

Boisjoly, Russell P. and Corsi, Thomas M. "The Long-Run Effects of Merger in the Motor Carrier Industry: The Implications of Deregulation," <u>ICC Practitioners' Journal</u>, Vol. 49, No. 3, 1982, pp. 280-293.

Corsi, Thomas M.; Gardner, Leland; and Tuck, J. Michael. "The ICC and Owner-Operators: Leasing Rule Modifications," <u>ICC Practitioners' Journal</u>, Vol. 51, No. 1, 1983, pp. 54-76.

Corsi, Thomas M. and Grimm, Curtis M. "Transportation Education in the 1980s: An Examination of Teaching Materials," <u>Transportation Practitioners Journal</u>, Vol. 52, No. 1, 1984, pp. 27-39.

### BOOKS

Winston, Clifford; Corsi, Thomas M.; Grimm, Curtis M.; and Evans, Carol A., <u>The Economic Effects of Surface Freight Deregulation</u>, 1990, The Broookings Institution, Washington, D.C.

Boyson, Sandor; Corsi, Thomas M.; Dresner, Martin; and Harrington, Lisa, <u>Logistics and the Extended Enterprise: Benchmarks and Best Practices for the Manufacturing Professional</u>. New York: John Wiley & Sons, 1999.

Corsi, Thomas M. (with Sandor Boyson and Lisa Harrington) <u>In Real Time: Managing the New Supply Chain</u>, Praeger Books, 2004, 166 pages

### PUBLISHED PROCEEDINGS

Corsi, Thomas M.; Schmitt, Robert P.; and Beimborn, Edward A. "Voter Response to Highway and Transit Referenda: A Case Study in Milwaukee County, 1974," <u>Transportation Research Forum Proceedings</u>, Vol. XVI, No. 1, 1975, pp. 80-90.

Corsi, Thomas M. and Roberts, Merrill J. "Rail/Truck Market Share Dynamics, 1963-1972," <u>Transportation Research Forum Proceedings</u>, Vol. XVIII, No. 1, 1977, pp. 532-544.

McGinnis, Michael A. and Corsi, Thomas M. "Effects of Product Characteristics and Individual Shipper Attitudes on the Use of Alternative Transportation Modes," <u>Transportation Research Forum Proceedings</u>, Vol. XIX, No. 1, 1978, pp. 314-322.

Heilmann, Ronald L. and Corsi, Thomas M. "Modeling the Shipper's Route Choice for the Movement of Goods: An Application to General Cargo Exports," <u>Transportation Research Forum Proceedings</u>, Vol. XIX, No. 1, 1978, pp. 450-455.

Corsi, Thomas M. "Use of Travel Survey Data to Design a Commuter Ridesharing Program," <u>Applied Geography Proceedings</u>, Vol. 1, 1978, pp. 183-192.

Corsi, Thomas M. and Harvey, Milton H. "Travel Trends and Energy," <u>Proceedings of the National Outdoor Recreation Trends Symposium</u>, Vol. 1, U.S. Department of Agriculture, Forest Service, General Technical Report, NE-57, 1980, pp. 59-70.

Boisjoly, Russell P. and Corsi, Thomas M. "The Aftermath of the Motor Carrier Act of 1980: Entry, Exit, and Merger," <u>Transportation Research Forum Proceedings</u>, Vol. XXIII, No. 1, 1982, pp. 258-264.

Corsi, Thomas M. and Roberts, Merrill J. "Patterns of Discrimination in the Collective Ratemaking System," <u>Transportation Research Forum Proceedings</u>, Vol. XXIII, No. 1, 1982, pp. 621-630.

Corsi, Thomas M. and Agar, Michael H. "Dynamics of Owner-Operator Behavior and Profitability: 1978 Versus 1984," <u>Transportation Research Forum Proceedings</u>, Vol. XXVI, No. 1, 1985, pp. 123-136.

Corsi, Thomas M.; Grimm, Curtis M.; and Lundy, Robert. "ICC Exemptions of Rail Services: Summary and Evaluation," <u>Transportation Research Forum Proceedings</u>, Vol. XXVI, No. 1, 1985, pp. 86-92.

Corsi, Thomas M.; Grimm, Curtis M.; and Smith, Raymond D. "Motor Carrier Strategies in a Changing Environment: An Empirical Analysis," <u>Transportation Research Forum Proceedings</u>, Vol. XXVII, No. 1, 1986, pp. 177-180.

Corsi, Thomas M.; Boyson, Sandor; Dresner, Martin; et. al. Logistics Challenges and Opportunities in the 1990s: A National Survey of Corporate Logistics Best Practices, Council of Logistics Management, <u>Annual Conference Proceedings</u>, October 1995, pp. 61-80.

Corsi, Thomas M. (with Thomas Keane and Kris Braaten, "Motor Carrier Industry Profile Study: Safety Performance by Motor Carrier Industry Segment," International Truck and Bus Safety Reserach & Policy Symposium, Center for Transportation Research, the University of Tennessee, April 2002 (Proceedings), pp. 15-28.

Corsi, Thomas M. (with Martin Newhouse, Alok Shukla, and Peter Chandler), "Passenger Motor Carriers: A Safety Performance Profile," International Truck and Bus Safety Reserach & Policy Symposium, Center for Transportation Research, the University of Tennessee, April 2002 (Proceedings), pp. 523-548.

Corsi, Thomas M. (with Alexander Verbraeck, Stijn-Pieter van Houten, Sandor Boyson), "Training For Today's Supply Chains: An Introduction to The Distributor Game," Proceedings of the 2005 Winter Simulation Conference, Orlando Florida, M. E. Kuhl, N. M. Steiger, F. B. Armstrong, and J. A. Joines, eds.

OTHER PRESENTATIONS

"Voter Response to Highway and Transit Referenda: A case study in Milwaukee County, 1974." Paper presented at the Transportation Research Forum meetings in Toronto, Canada, November 1974 (with Robert P. Schmitt and Edward A. Beimborn).

"The Effect of Motor Fuel Shortages and Higher Prices Upon the Transportation Planning Process." Paper presented at the meetings of the Regional Science Association in Toronto, Canada, November 1976.

"Impact of the Energy Crisis on Travel Behavior: Some Implications for the Transportation Planning Process." Paper presented at the meetings of the Transportation Research Board in Washington, D.C., January 1977 (with Milton E. Harvey).

"Rail/Truck Market Share Dynamics, 1963-1972." Paper presented at the Transportation Research Forum meetings in Atlanta, Georgia, October 1977 (with Merrill J. Roberts).

"Use of Travel Survey Data to Design a Commuter Ridesharing Program." Paper presented at the Applied Geography Conference in Binghamton, New York, September 1978.

"Effects of Product Characteristics and Individual Shipper Attitudes on the Use of Alternative Transportation Modes." Paper presented at the Transportation Research Forum meetings in New York, New York, October 1978 (with Michael A. McGinnis).

"Modeling the Shipper's Route Choice for the Movement of Goods: An Application to General Cargo Exports." Paper presented at the Transportation Research Forum meetings in New York, New York, October 1978 (with Ronald L. Heilmann).

"Determination of Characteristics Associated with Market Dominance-Guidelines for Changes in Regulatory Policy." Paper presented at the Applied Geography Conference in Binghamton, New York, September 1979.

"The Effects of Mergers on Motor Carrier Performance." Paper presented at the Institute for Decision Sciences meetings in New Orleans, Louisiana, November 1978 (with Russell P. Boisjoly).

"Consequences of Regulatory Reform on the Owner-Operator Segment." Paper presented at the Transportation Research Board meetings in Washington, D.C., January 1980.

"An Identification of the Distinguishing Characteristics of Acquired Trucking Firms." Paper presented at the Western Finance Association meetings in San Diego, California, June 1980 (with Russell P. Boisjoly).

"Planning for Changing Urban Travel Patterns in Response to Continuing Fuel Price Increases." Paper presented at Applied Geography Conference in Kent, Ohio, September 1980.

"The Long-Run Effects of Merger and the Implication of Deregulation on the Motor Carrier Industry." Paper presented at the Financial Management Association meetings in New Orleans, Louisiana, October 1980.

"Energy in the 1980s--Implications and Coping Strategies for Recreation and Tourism--Implications for Private Suppliers." Paper presented at the National Recreation and Parks Association Congress for Recreation and Parks in Phoenix, Arizona, October 1980.

"Framework for Analyzing the Summer 1979 Fuel Crisis--The New York State Experience." Paper presented at the Transportation Research Board meetings in Washington, D.C., January 1981 (with Ron Bixby).

"The State Role in Energy Contingency Planning: An Evaluation of Alternative Measures." Paper presented at the Applied Geography Conference in Phoenix, Arizona, October 1981.

"Patterns of Discrimination in the Collective Ratemaking System." Paper presented at the Transportation Research Forum meetings in New Orleans, Louisiana, October 1982 (with Merrill J. Roberts).

"The Aftermath of the Motor Carrier Act of 1980: Entry, Exit, and Merger." Paper presented at the Transportation Research Forum meetings in New Orleans, Louisiana, October 1982 (with Russell P. Boisjoly).

"Shifts in Indicators of Motor Carrier Bankruptcies: Before and After the Motor Carrier Act." Paper presented at the Transportation Research Forum meetings in Boston, Massachusetts, October 1984 (with Russell P. Boisjoly).

"ICC Exemptions of Rail Services: Summary and Evaluation." Paper presented at the Transportation Research Board meetings in Washington, D.C., January 1985.

"Small Transit Insurance Programs: Current Status and the Group Purchase Alternative." Paper presented at the Transportation Research Board meetings in Washington, D.C., January 1985 (with Philip Fanara, Jr. and Merrill J. Roberts).

"Dynamics of Owner-Operator Behavior and Profitability: 1978 Versus 1984." Paper presented at the Transportation Research Forum meetings in Amelia Island, Florida, November 1985 (with Michael H. Agar).

"I.C.C. Exemptions of Rail Services: Summary and Evaluation." Paper presented at the Transportation Research Forum meetings in Amelia Island, Florida, November 1985 (with Curtis M. Grimm and Robert Lundy).

"Motor Carrier Strategies in a Changing Environment: An Empirical Analysis." Paper presented at the Transportation Research Forum meeting in Seattle, Washington, October 1986 (with Curtis M. Grimm).

"Mobility Barriers in the Motor Carrier Industry." Paper presented at the Transportation Research Forum meeting in San Antonio, Texas, November 1987 (with Curtis M. Grimm).

"Sales Force Management in a Deregulated Environment: General Freight Carriers." Paper presented at the Transportation Research Forum meeting in San Antonio, Texas, November 1987 (with Paul R. Murphy, Jr.).

"Deregulation, New Entrants, and the Safety Learning Curve." Paper presented at the Transportation Research Forum meeting in Toronto, Canada, November 1988 (with Philip Fanara, Jr.).

"ATLFs: Driving Owner-Operators into the Sunset." Paper presented at the Transportation Research Forum meeting in Toronto, Canada, November 1988 (with Curtis M. Grimm).

"Performance Implications of the Sales Force Strategies of LTL General Freight Carriers." Paper presented at the Transportation Research Forum meeting in Williamsburg, Virginia, November 1989 (with Paul Murphy, Jr.).

"Strategies and Performance in the Truckload General Freight Segment Before and After Deregulation." Paper presented at the Transportation Research Forum meeting in Williamsburg, Virginia, November 1989 (with Curtis M. Grimm).

"Strategies of Challenging Airlines at Hub-Dominated Airports." Paper presented at the Transportation Research Forum meeting in Long Beach, California, October 1990 (with James A. Kling and Curtis M. Grimm).

"Size, Strategy, and Performance: LTL Motor Carriers." Paper presented at the Transportation Research Board meeting in Washington, D.C., January 1991 (with Raymond D. Smith and Curtis M. Grimm).

"The Advantage of Size in the U.S. Trucking Industry: An Application of the Survivor Technique." Paper presented at the Transportation Research Forum meeting in New Orleans, Louisiana, November 1991 (with Carol J. Emerson and Curtis M. Grimm).

"Motor Carrier Performance Measures." Paper presented at the Highway-Related Transportation Industry Productivity Measures Symposium in Arlington, Virginia, November 1992.

"Perspectives on Key Freight Issues and Developments: The University Perspective." Paper presented at the Transportation Research Board meeting in Washington, D.C., January 1993.

"Motor Carrier Industry Dynamics: Assessing Future Regulatory Policy," Paper presented at the Conference of the Transportation Industry of the Future, Conference Sponsored by the Office of the Secretary, U.S. Department of Transportation, January 9, 1995.

"Logistics Challenges and Opportunities in the 1990s," Paper presented at the ATA Logistics Council, Atlanta, Georgia, March 6, 1995.

"Insider's Look at the Trucking Industry's Future," Paper presented at Annual Spring Meeting of the ATA Foundation, Tarpon Springs, Florida, April 27, 1995.

"A Transportation Best Practices Evaluation," Paper presented at Annual Meeting of the Council of Logistics Management, October 1995, San Diego, California (with Martin Dresner).

"Bundling of Logistics Outsourcing Services," Paper presented at Annual Meeting of the Council of Logistics Management, October 1998, Anaheim, California.

OTHER PUBLICATIONS

Corsi, Thomas M. "A Look Ahead at U.S. Trucking," Journal of Commerce, January 24, 1995, p. 10A.

Corsi, Thomas M. "Third-Party Logistics Providers: A Viable Option for Trucking Firms," <u>Western Highway Institute News</u>, January/February 1995, p. 3-4.

Corsi, Thomas M. and Boyson, Sandor, "Emerging Logistics: Adopting the Emerging Best Practices," <u>Executive Excellence</u>, Vol. 16, No. 6, June 1999, pp. 19-20.

Corsi, Thomas M. and Boyson, Sandor, "Matching Demand and Supply in Realtime: The Value of Supply Chain Collaboration," <u>Global Purchasing and Supply Chain Management</u>, October 1999, pp. 130-133.

COURSES TAUGHT

## Ph.D. Dissertation Committees

Michael A. McGinnis, committee member, Currently, Faculty, School of Business, University of Alabama.

Edward Morash, committee member, Currently, Faculty, School of Business, Michigan State University

Paul R. Murphy, Jr., committee member, Currently, Faculty, School of Business, John Carroll University.

Raymond D. Smith (major advisor and chairperson), 1988, Currently, Faculty, School of Business and Management, Howard University, Washington, D.C..

James A. Kling (major advisor and chairperson), 1989, Currently, Professor, School of Business and Management, Niagara University, Buffalo, NY.

Robert Trempe (major advisor and chairperson), 1991, Currently, Program Manager, ASD International.

Judith L. Jarrell (major advisor and chairperson), 1992, Currently, Federal Express Corporation.

Carol Emerson, committee member, 1995, Currently Faculty, School of Business and Management, University of Denver, Denver, Colorado.

Jane Feitler (major advisor and chairperson), 1995, Currently, Menlo Logistics Corporation.

Michael Mejza (major advisor and chairperson), 1998, Currently Faculty, School of Business and Management, University of Nevada-Las Vegas, Las Vegas, Nevada.

Michael Knemeyer (major advisor and chairperson), 2000, Currently, Faculty Member, School of Business, Ohio State University.

Elliott Rabinovich, committee member, 2001, Currently, Faculty Member, School of Business, Arizona State University

Kirk Patterson (major advisor and chairperson), 2002, Currently, Faculty Member, Air Force Institute of Technology

Matthew Morris (major advisor and chairperson), 2005, Currently, Faculty Member, University of Manitoba

David Cantor (major advisor and chairperson), 2007, Currently, Faculty Member, University of North Florida

GRANTS, HONORS, AWARDS, AND OTHER RECOGNITIONS

<u>International Cargo Potential at BWI Airport</u>, Office of Transportation Planning, Maryland State Department of Transportation, Co-Principal Investigator, June 1980 - July 1981, $30,000 (Paul M. Schonfeld, Co-Principal Investigator).

<u>Follow-Up Investigation of Specific International Air Cargo Markets at BWI</u>, Office of Transportation Planning, Maryland State Department of Transportation, Principal Investigator, August 1981 -June 1982, $10,000.

<u>Rail Exemption Program</u>, Office of Policy and Analysis, Interstate Commerce Commission, Co-Principal Investigator, July 1981 - June 1983, $110,000 (Merrill J. Roberts, Co-Principal Investigator).

<u>Review of Shipper/Carrier Comments to Proposed Railroad Exemptions</u>, Office of Transportation Analysis, Interstate Commerce Commission, Co-Principal Investigator, July 1983 - July 1984, $25,000 (Merrill J. Roberts, Co-Principal Investigator).

<u>Evaluation of Insurance Programs of Small Urban and Rural Transit Systems</u>, Mass Transit Administration, Maryland Department of Transportation, Co-Principal Investigator, July 1983 - March 1984, $33,000 (Philip Fanara, Jr. and Merrill J. Roberts, Co-Principal Investigators).

<u>Design of a Systematic Data Collection Program for Air Cargo at BWI Airport</u>, Office of Transportation Planning, Maryland Department of Transportation, Principal Investigator, May 1984 - January 1985, $18,000.

<u>Small Business and Regulatory Change: The Case of Independent Truckers</u>, National Science Foundation, Co-Principal Investigator, July 1984 - December 1985, $25,000 (Michael H. Agar, Co-Principal Investigator).

<u>Benefit-Cost Analysis of Exempting Overweight Containers on State Route 50</u>, State Highway Administration, State of Maryland, Co-Principal Investigator, October 1987 - December 1987, $32,000 (Curtis M. Grimm and Merrill J. Roberts, Co-Principal Investigators).

<u>International Management, Marketing, and Transportation: A Program for Curriculum and Program Development, Research and Professional Outreach</u>, U.S. Department of Education, Business and International Education Program, Co-Principal Investigator, September 1988 - August 1990, $132,000 (Lee Preston, Co-Principal Investigator).

<u>Analysis of BWI Passenger Data</u>, Maryland State Aviation Administration, Co-Principal Investigator, April 1992-July 1992, $15,000 (Martin Dresner and Robert Windle).

<u>Economic Analysis of Dump Service Permit System in the State of Maryland</u>, Prepared for the State Highway Administration, Principal Investigator, September 1992-April 1993, $20,000.

<u>Transportation Best Practices Study</u>, Office of Transportation, Emergency Management, and Analytical Services, U.S. Department of Energy, Investigator on this project with Graduate School of Management and Technology, University of Maryland-University College, 1994-1997.

<u>Passenger Forecast for BWI</u>, Maryland State Aviation Administration, Co-Principal Investigator, May 1995-April 1996, $60,000 (Martin Dresner and Robert Windle).

<u>Measuring Exposure in the Diverse Commercial Motor Carrier Industry</u>, Federal Motor Carrier Safety Administration, Federal Highway Administration, Principal Investigator, June 1998-July 2000, $150,000, Phase 1.

<u>Measuring Exposure in the Diverse Commercial Motor Carrier Industry</u>, Federal Motor Carrier Safety Administration, Federal Highway Administration, Principal Investigator, July 2000-June 2002, $200,000, Phase 2.

<u>Bus Industry Profile</u>, Federal Motor Carrier Safety Administration, Principal Investigator, July 2000-June 2001, $90,000.

<u>Intermodal Portal for the Delivery of Intermodal Transportation Services</u>, Department of Management and Budget and the Maryland Department of Transportation, Principal Investigator (with Sandor Boyson), July 2000 to June 2001, $350,000.

Corsi, Thomas M., Principal Investigator, <u>Measuring Exposure in the Diverse Motor Carrier Industry</u>, Federal Highway Administration, Federal Motor Carrier Safety Administration, U.S. Department of Transportation, Washington, D.C., July 2002-June 2003 Phases 3 & 4: $150,000

Corsi, Thomas M. and Robert Windle, Principal Investigators, <u>Fueling Prosperity: A Study of the Economic Activity of Interstate Interchange Businesses and the Impact of Commercialization</u>, National Association of Truck Stop Operators, 2002/2003, $100,000.

Corsi, Thomas M.; Boyson, Sandor; and Gansler, Jacques. Portal Development for Himars Weapons Systems, U.S. Department of the Army, (joint project with School of Public Affairs, $2.5 million, September 2003-August 2004.

Corsi, Thomas M, Principal Investigator, <u>Measuring Exposure in the Diverse Motor Carrier Industry</u>, Federal Highway Administration, Federal Motor Carrier Safety Administration, U.S. Department of Transportation, Washington, D.C., July 2003-August 2005, Phase 5, $140,000.

Corsi, Thomas M., Boyson, Sandor, and Dresner, Martin, Future of Wholesale Food Markets, Maryland Food Center Authority, $170,000, September 2004-August 2005.

Pyke Johnson Award for the best paper in the area of planning and administration of transportation facilities, Transportation Research Board, 1985.

Regular Common Carrier Conference Award for the best research paper of relevance to motor carriers, Transportation Research Forum Annual Meeting, September 1986.

Best Airline Paper and Best Overall paper, Transportation Research Forum Annual Meeting, October 1990.

..........................................................................................