

# WootenHart PLC
## The Business of Law

July 5, 2007

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 6 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

Gary C. Hancock, Esq.
Timothy E. Kirtner, Esq.
Gilmer, Sadler, Ingram, Sutherland & Hutton
65 East Main Street
P. O. Box 878
Pulaski, VA 24301

Byron R. Shankman, Esq.
P.O. Box 1859
Dublin, VA 24084

Gentleman:

RE: Winford Dallas Jones
v.
Loretta M. D'Souza, Personal Representative of
the Estate of Kristina Mae Arciszewski, deceased, et al.
Case No.: 7:06-CV-00547

Enclosed please find for your files the following:

1. Robinson Defendants' Answers to Plaintiff's First Interrogatories;
2. Robinson Defendants' Rule 26(a)(1) Disclosures;
3. Robinson Defendants' Responses to Plaintiff's First Request for Production of Documents;
4. Documents responsive to the above discovery requests; and
5. A CD containing an Excel spreadsheet file. This file is the "load sheet spreadsheet" that is referenced in the above discovery responses.

By copy of this letter, we are notifying the Clerk of this submission.

P.O. Box 12247
Roanoke, VA 24024

707 S. Jefferson St.
Suite 300, 707 Bldg.
Roanoke, VA 24016
Tel: (540) 343-2451
Fax: (540) 345-6417
www.wootenhart.com

Should you have any questions, please do not hesitate to give me a call.

Very truly yours,

**WOOTENHART PLC**

Robert Michael Doherty

Enclosures
c: John F. Corcoran, Clerk
s:\robinson_ch\19765\hancock ltr2.doc7/5/07jb