# GILMER, SADLER, INGRAM, SUTHERLAND & HUTTON, L.L.P.
ATTORNEYS AND COUNSELLORS AT LAW
MIDTOWN PROFESSIONAL OFFICE BUILDING
65 EAST MAIN STREET
POST OFFICE BOX 878
PULASKI, VIRGINIA 24301

TELEPHONE (540) 980-1360
FACSIMILE NO. (540) 980-5264

ANN L. BISHOP
Extension 21
abishop@gsish.com

July 10, 2007

Paul C. Kuhnel, Esquire
Wooten Hart PLC
P. O. Box 12247
Roanoke, VA 24024-2247

  Re: *Jones v. D'Souza, et al.*

Dear Paul:

  Enclosed please find an unexecuted copy of plaintiff's Answers to Interrogatories and Request for Production of Documents together with attachments. We will forward the executed signature page when Mr. Jones returns it to us. By copy of this letter, we are notifying the Clerk that we have responded.

  Best regards.

            Sincerely yours,

            Ann L. Bishop

bst
Enclosures
cc: John F. Corcoran, Clerk (w/o enclosures)