| | |
|---|---|
| **WINFORD DALLAS JONES,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **Civil Action No. 7:06-CV-00547** |
| : | |
| **LORETTA M. D'SOUZA, Personal** : | |
| **Representative of the ESTATE OF** : | |
| **KRISTINA MAE ARCISZEWSKI,** : | |
| **deceased, et al.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

## NOTICE OF DISMISSAL

**COMES NOW** Plaintiff, Winford Dallas Jones, by counsel, and in support of his Notice of Dismissal under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, states as follows:

1. On or about September 11, 2006, Plaintiff brought the present suit against the following defendants: Loretta M. D'Souza, Personal Representative of the Estate of Kristina Mae Arciszewski; AKJ Enterprises, Inc., d/b/a Unlimited Express; Elson Bolar; Dionnie Bolar; C. H. Robinson Worldwide, Inc., C. H. Robinson Company; C. H. Robinson Company Inc.; C. H. Robinson Company LP; C. H. Robinson International, Inc.; C. H. Robinson Operating Company LP; and C. H. Robinson Transportation

Company Inc.

2. Defendants Loretta M. D'Souza, Personal Representative of the Estate of Kristina Mae Arciszewski; AKJ Enterprises, Inc., d/b/a Unlimited Express; Elson Bolar; and Dionnie Bolar have not been served with process and have not filed an answer or other appropriate response.

3. Defendants C. H. Robinson Worldwide, Inc., C. H. Robinson Company; C. H. Robinson Company Inc.; C. H. Robinson Company LP; C. H. Robinson International, Inc.; C. H. Robinson Operating Company LP; and C. H. Robinson Transportation Company Inc. have all been served and have responded by Motion to Dismiss, which is now pending before the Court.

4. This suit is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the Court for dismissal of any of the defendants sought to be dismissed herein.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice as to Defendants Loretta M. D'Souza, Personal Representative of the Estate of Kristina Mae Arciszewski; Elson Bolar; Dionnie Bolar; and AKJ Enterprises, Inc., d/b/a Unlimited Express.

9. The present suit is not dismissed with respect to those claims brought against C. H. Robinson Worldwide, Inc., C. H. Robinson Company; C. H. Robinson

Company Inc.; C. H. Robinson Company LP; C. H. Robinson International, Inc.; C. H. Robinson Operating Company LP; and C. H. Robinson Transportation Company Inc.

>Respectfully submitted,
>
>**WINFORD DALLAS JONES**
>
>s/ Gary C. Hancock
>Of Counsel

Gary C. Hancock, VSB #16704
Timothy E. Kirtner, VSB #36938
Ann L. Bishop, VSB #43847
GILMER, SADLER, INGRAM, SUTHERLAND & HUTTON
P. O. Box 878, 65 East Main Street
Pulaski, VA 24301
540/980-1360 (telephone)
540/980-5264 (facsimile)

Byron R. Shankman, VSB #13485
P. O. Box 1859
Dublin, VA 24084

Counsel for Plaintiff, Winford Dallas Jones

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this 11th day of September 2007 electronically filed the foregoing Notice of Dismissal using the CM/ECF system which will send notification of such filing to Paul C. Kuhnel, Esquire, Wooten Hart PLC, P.O. Box 12247, Roanoke, Virginia 24024-2247, Counsel for C.H. Robinson Worldwide, Inc.; C.

3 of 4

Case 7:06-cv-00547-GEC-mfu   Document 38   Filed 09/11/07   Page 3 of 4   Pageid#: 276

H. Robinson Company; C. H. Robinson Company Inc.; C. H. Robinson Company LP; C. H. Robinson International, Inc.; C. H. Robinson Operating Company LP; and C. H. Robinson Transportation Company Inc.

        s/     Gary C. Hancock
Gary C. Hancock
Gilmer, Sadler, Ingram, Sutherland & Hutton
P. O. Box 878, 65 East Main Street
Pulaski, VA  24301
540/980-1360 (telephone)
540/980-5264 (facsimile)
ghancock@gsish.com