**7:05-cv-00312-gec** Canal Insurance Company v. AKJ Enterprises, Inc. et al
Glen E. Conrad, presiding
Date filed: 05/20/2005
Date terminated: 08/06/2007 Date of last filing: 08/13/2007

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed & Entered: | 05/20/2005 | Complaint |
| | Docket Text: COMPLAINT FOR INTERPLEADER against all defendants (Filing fee $ 250.), filed by Canal Insurance Company. 100 Day Notice due by 8/29/2005 120 Day Service due by 9/16/2005 (Attachments: # (1) Cover Letter# (2) Civil Cover Sheet)(ssm ) | | |
| 2 | Filed & Entered: | 05/20/2005 | Order |
| | Docket Text: ORDER of Investment for deposit of $1,000,000.00 into a CRIS account or other investor's deposit account with an appropriate financial institution @ the discretion of the Clerk, pursuant to US Treasury Circular 176, for the benefit of the person/persons to be determined entitled to the funds and whatelse as set forth in order. Signed by Judge James C. Turk (in Judge Conrad's absence on 05-20-05. (ssm ) | | |
| 3 | Filed & Entered: | 05/23/2005 | Summons Issued |
| | Docket Text: Summons Issued as to Purdy Brothers Trucking Company, Fireman's Fund Insurance Company, Great West Casualty Company, Virginia Department of Transportation, AKJ Enterprises, Inc., Loretta M. D'Souza, Charles Kevin Morris, Winford Dallas Jones. (ssm) | | |
| 4 | Filed & Entered: | 05/24/2005 | Order |
| | Docket Text: ORDER directing the Clerk to invest the funds in a CRIS interest bearing account pending further order of the court. Signed by Judge Glen E. Conrad on 5/24/05. (ssm ) | | |
| 5 | Filed & Entered: | 06/08/2005 | Answer to Complaint |
| | Docket Text: ANSWER to Complaint with Jury Demand by AKJ Enterprises, Inc., Loretta M. D'Souza.(Jessee, Roy) | | |
| 6 | Filed & Entered: | 06/08/2005 | Negative Corporate Disclosure Statement |
| | Docket Text: Negative Corporate Disclosure Statement by AKJ Enterprises, Inc.. (Jessee, Roy) | | |
| 7 | Filed & Entered: | 06/08/2005 | Negative Corporate Disclosure Statement |
| | Docket Text: Negative Corporate Disclosure Statement by Loretta M. D'Souza. (Jessee, Roy) | | |
| 8 | Filed & Entered: | 06/13/2005 | Negative Corporate Disclosure Statement |
| | Docket Text: Negative Corporate Disclosure Statement by Canal Insurance Company. (Peritz, Marc) | | |
| 9 | Filed & Entered: | 06/15/2005 | Return of Service |
| | Docket Text: RETURN of service of Summons issued to Virginia Department of Transportation on June 10, 2005 upon Evelyne Shelton, Admin. Asst. to Secretary of Transportation (Peritz, Marc) | | |
| 10 | Filed & Entered: | 06/15/2005 | Return of Service |
| | Docket Text: RETURN of service of Summons issued to Fireman's Fund Insurance Company on June 10, 2005 upon Christopher Savas, Registered Agent, CT Corp. (Peritz, Marc) | | |

| # | | | |
|---|---|---|---|
| 11 | *Filed & Entered:* | 06/15/2005 | Return of Service |
| | *Docket Text:* RETURN of service of Summons issued to AKJ Enterprises, Inc. on June 9, 2005 upon posted service at residence of Wayne Stanton, Registered Agent (Peritz, Marc) | | |
| 12 | *Filed & Entered:* | 06/20/2005 | Letter |
| | *Docket Text:* Letter by AKJ Enterprises, Inc.. (Jessee, Roy) | | |
| 13 | *Filed:* *Entered:* | 06/20/2005 06/21/2005 | Letter |
| | *Docket Text:* Letter by CT Corporation. (ssm, ) | | |
| 14 | *Filed & Entered:* | 08/24/2005 | Answer to Complaint |
| | *Docket Text:* ANSWER to Complaint *of Purdy Brothers Trucking Company, Inc. and Fireman's Fund Insurance Company as Subrogee* by Purdy Brothers Trucking Company, Fireman's Fund Insurance Company.(Inigo, Alvaro) | | |
| 15 | *Filed & Entered:* | 10/18/2005 | Answer to Complaint |
| | *Docket Text:* RESPONSIVE PLEADING/ ANSWER to Complaint by Winford Dallas Jones (Hancock, Gary) | | |
| 16 | *Filed & Entered:* | 11/04/2005 | Notice (Other) |
| | *Docket Text:* NOTICE by Canal Insurance Company *of Dismissal as to Defendant VDOT* (Peritz, Marc) | | |
| 17 | *Filed & Entered:* | 11/14/2005 | Answer to Complaint |
| | *Docket Text:* ANSWER to Complaint by Charles Kevin Morris as Subrogee(ssm ) | | |
| 18 | *Filed & Entered:* | 11/15/2005 | Letter |
| | *Docket Text:* Scheduling Letter to all counsel of record. (ssm) | | |
| 19 | *Filed & Entered:* | 11/15/2005 | Magistrate's Notice |
| | *Docket Text:* Magistrate's Notice to counsel. (ssm, ) | | |
| 20 | *Filed & Entered:* | 11/28/2005 | Notice (Other) |
| | *Docket Text:* NOTICE by AKJ Enterprises, Inc., Loretta M. D'Souza *Notice of Bankruptcy Filing* (Jessee, Roy) | | |
| 21 | *Filed & Entered:* | 12/15/2005 | Answer to Complaint |
| | *Docket Text:* ANSWER to Complaint by Great West Casualty Company.(Bancroft, Steven) | | |
| 22 | *Filed & Entered:* | 02/01/2006 | Positive Corporate Disclosure Statement |
| | *Docket Text:* Positive Corporate Disclosure Statement by Great West Casualty Company identifying Old Republic International Corporation as Corporate Parent. (Bardot, Heather) | | |
| 23 | *Filed & Entered:* | 05/17/2006 | Discovery Letter |
| | *Docket Text:* DISCOVERY LETTER re: Transmittal of discovery requests by Winford Dallas Jones.(Hancock, Gary) | | |
| 24 | *Filed:* *Entered:* | 05/17/2006 05/18/2006 | Order Staying Case |
| | *Docket Text:* ORDER STAYING CASE and whatelse as set forth in order pending conclusion of bankruptcy matters. Signed by Judge Glen E. Conrad on 5/17/06. (ssm, ) | | |
| 25 | *Filed & Entered:* *Terminated:* | 06/26/2006 07/14/2006 | Motion for Miscellaneous Relief |

| | | | |
|---|---|---|---|
| 26 | Filed & Entered: | 07/14/2006 | Order on Motion for Miscellaneous Relief |
| | Docket Text: ORDER granting [25] Motion to Lift Stay and Setting Response Deadline for Motions of 11-01-06. Signed by Judge Glen E. Conrad on 7/14/06. (ssm, ) | | |
|  | Docket Text: MOTION Lift of bankruptcy stay by Winford Dallas Jones. (Hancock, Gary) | | |
| 27 | Filed & Entered: | 07/14/2006 | Order Referring Case to Magistrate Judge |
| | Docket Text: ORDER REFERRING CASE to Magistrate Judge Michael F. Urbanski. Signed by Judge Glen E. Conrad on 7/13/06. (ssm, ) | | |
| 28 | Filed & Entered: | 07/18/2006 | Discovery Letter |
| | Docket Text: CERTIFICATE REGARDING DISCOVERY by Charles Kevin Morris.(ssm) | | |
| 29 | Filed & Entered: | 07/20/2006 | Order |
| | Docket Text: ORDER Settlement Conference set for 9/5/2006 11:00 AM in Roanoke before Magistrate Judge Michael F. Urbanski.. Signed by Judge Michael F. Urbanski on 7/20/06. (ssm, ) | | |
| 30 | Filed: Entered: | 08/25/2006 08/30/2006 | Order |
| | Docket Text: ORDER directing that a representative of Great West Casualty (UIM Carrier) attend settlement conference 09/05/06. Signed by Judge Michael F. Urbanski on 08/25/06. (ssm ) | | |
| 31 | Filed & Entered: Terminated: | 09/14/2006 01/12/2007 | Motion for Attorney Fees |
| | Docket Text: MOTION for Attorney Fees by Winford Dallas Jones. (Hancock, Gary) | | |
| 32 | Filed & Entered: Terminated: | 09/18/2006 01/12/2007 | Motion for Attorney Fees |
| | Docket Text: MOTION for Attorney Fees by AKJ Enterprises, Inc., Loretta M. D'Souza. (Jessee, Roy) | | |
| 33 | Filed & Entered: Terminated: | 10/06/2006 01/12/2007 | Motion for Attorney Fees |
| | Docket Text: MOTION for Attorney Fees *and Costs Related to Mediation* by Canal Insurance Company. (Peritz, Marc) | | |
| 34 | Filed & Entered: | 10/11/2006 | Order |
| | Docket Text: ORDER directing parties W. Jones, Purdy Bros. Trucking, amd Great West Casualty to contact court and schedule settlement conference. Signed by Judge Glen E. Conrad on 10/10/06. (ssm, ) | | |
| 35 | Filed & Entered: | 10/11/2006 | Order |
| | Docket Text: ORDER directing defts who have not yet done so to file any requests for attys fees and costs within 10 days - after which time court will issue sanctions order against Purdy Bros for violation of settlement conference order. Signed by Judge Michael F. Urbanski on 10/11/2006. (ssm, ) | | |
| 36 | Filed & Entered: Terminated: | 10/13/2006 01/12/2007 | Motion for Attorney Fees |
| | Docket Text: MOTION for Attorney Fees by Charles Kevin Morris. (Attachments: # (1) Exhibit 1# (2) Cover Letter)(ssm ) | | |
| 37 | Filed & Entered: | 10/17/2006 | Order |
| | Docket Text: ORDER - Continued Settlement Conference set for 11/17/2006 10:00 AM in | | |

| | | | |
|---|---|---|---|
| | | | Roanoke before Magistrate Judge Michael F. Urbanski. Signed by Judge Michael F. Urbanski on 10/17/2006. (sd, ) |
| 38 | *Filed & Entered:* | 10/20/2006 | Response in Opposition to Motion |
| | *Docket Text:* RESPONSE in Opposition re [31] MOTION for Attorney Fees, [36] MOTION for Attorney Fees *Opposition to Motions for Fees and Objection to Entry of Sanctions Order* filed by Purdy Brothers Trucking Company. (Attachments: # (1) Exhibit Affidavit of Doug Surrett# (2) Exhibit Affidavit of Steve Cox# (3) Exhibit Affidavit of Stacey K. Hydrick)(Inigo, Alvaro) | | |
| 39 | *Filed & Entered:* | 11/28/2006 | Notice of Hearing |
| | *Docket Text:* NOTICE of Hearing: Status Conference set for 1/19/2007 02:00 PM in Roanoke before Magistrate Judge Michael F. Urbanski. (sd, ) | | |
| 40 | *Filed & Entered:* | 11/29/2006 | Notice of Hearing |
| | *Docket Text:* Amended NOTICE of Hearing: Status Conference set for 1/31/2007 02:00 PM in Roanoke before Magistrate Judge Michael F. Urbanski. (sd, ) | | |
| 41 | *Filed & Entered:* | 01/11/2007 | Settlement Agreement |
| | *Docket Text:* SETTLEMENT AGREEMENT by Winford Dallas Jones. (Hancock, Gary) | | |
| 42 | *Filed & Entered:* | 01/12/2007 | Order Dismissing Case |
| | *Docket Text:* ORDER DISMISSING CASE. Signed by Judge Glen E. Conrad on 01/11/2007. (lab) | | |
| 43 | *Filed & Entered:*<br>*Terminated:* | 01/15/2007<br>01/30/2007 | Motion to Vacate |
| | *Docket Text:* MOTION to Vacate by Winford Dallas Jones. (Hancock, Gary) | | |
| 44 | *Filed & Entered:* | 01/30/2007 | Order on Motion to Vacate |
| | *Docket Text:* ORDER granting [43] Motion to Vacate and reinstating this case to active docket. Signed by Judge Glen E. Conrad on 1/29/2007. (ssm, ) | | |
| 45 | *Filed & Entered:* | 01/31/2007 | Notice of Hearing |
| | *Docket Text:* Amended NOTICE of Hearing: Status Conference set for 2/28/2007 02:00 PM in Roanoke before Magistrate Judge Michael F. Urbanski. (mka, ) | | |
| 46 | *Filed:*<br>*Entered:* | 01/31/2007<br>02/01/2007 | In Chambers Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Michael F. Urbanski : In Chambers Conference held on 1/31/2007. (ssm, ) | | |
| 47 | *Filed & Entered:* | 02/01/2007 | Order |
| | *Docket Text:* ORDER setting Telephone Status Conference set for 2/28/2007 02:00 PM in Roanoke before Magistrate Judge Michael F. Urbanski.. Signed by Judge Michael F. Urbanski on 1/31/07. (ssm) | | |
| 48 | *Filed:*<br>*Entered:* | 02/02/2007<br>02/06/2007 | Order |
| | *Docket Text:* ORDER TERMINATING MOTION for Attorney Fees *and Costs Related to Mediation*[33] filed by Canal Insurance Company,, MOTION for Attorney Fees[31] filed by Winford Dallas Jones,, MOTION for Attorney Fees[32] filed by AKJ Enterprises, Inc.,, Loretta M. D'Souza,, MOTION for Attorney Fees[36] filed by Charles Kevin Morris, . Signed by Judge Michael F. Urbanski on 2/2/07. (ssm ) | | |
| | *Filed:* | 02/23/2007 | Order |

| | | | |
|---|---|---|---|
| 49 | *Entered:* | 02/27/2007 | |
| | *Docket Text:* ORDER Scheduling Conference set for 2/28/2007 02:00 PM in Roanoke before Magistrate Judge Michael F. Urbanski.. Signed by Judge Michael F. Urbanski on 2/23/07. (ssm, ) | | |
| 50 | *Filed & Entered:* | 02/28/2007 | Notice of Hearing |
| | *Docket Text:* NOTICE of Hearing: Status Conference set for 3/6/2007 01:30 PM (via conference call)in Roanoke before Magistrate Judge Michael F. Urbanski. (sd, ) | | |
| 51 | *Filed & Entered:* | 03/02/2007 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Michael F. Urbanski : Status Conference held on 02/28/2007. (lab) | | |
| 52 | *Filed & Entered:* | 08/06/2007 | Letter |
| | *Docket Text:* Letter by Winford Dallas Jones. (Hancock, Gary) | | |
| 53 | *Filed & Entered:* | 08/06/2007 | Order Dismissing Case |
| | *Docket Text:* FINAL ORDER DISMISSING CASE. Signed by Judge Glen E. Conrad on 8/6/07. (ssm ) | | |
| -- | *Filed & Entered:* | 08/10/2007 | Disbursement Made |
| | *Docket Text:* Disbursement made as to Purdy Brothers Trucking Company. (erf) | | |
| -- | *Filed & Entered:* | 08/10/2007 | Disbursement Made |
| | *Docket Text:* Disbursement made as to Winford Dallas Jones. (erf) | | |
| -- | *Filed & Entered:* | 08/10/2007 | Disbursement Made |
| | *Docket Text:* Disbursement made to Metlife Tower Resources Group, Inc with regard to annuity purchased for Winford Dallas Jones. (erf) | | |
| -- | *Filed & Entered:* | 08/10/2007 | Disbursement Made |
| | *Docket Text:* Disbursement made as to Charles Kevin Morris. (erf) | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/17/2008 11:56:53 | | | |
| PACER Login: | wh0076 | Client Code: | 19765 |
| Description: | History/Documents | Search Criteria: | 7:05-cv-00312-gec |
| Billable Pages: | 3 | Cost: | 0.24 |