CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 6 2007

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | : |
|  Plaintiff | : |
| v. | : Civil Action No. 7:05-cv-00312 |
| AKJ ENTERPRISES, et al., | : |
|  Defendants. | : |

## FINAL ORDER

WHEREAS, the plaintiff forwarded Check No. 900011938 to this Court, payable to the Clerk, in the amount of One Million Dollars ($1,000,000.00) representing the principal amount that is the subject of the Complaint for Interpleader; and

WHEREAS, by Order of Investment dated May 20, 2005, the Court ordered that the Clerk deposit Check No. 900011938 into an investor's deposit account, and the full interpleader funds are currently being held in such account and under the control of the Court; and

WHEREAS, all of the parties have agreed to a full and final settlement of the claims arising out of this action; and

WHEREAS, such full and final settlement includes an agreed-upon method to distribute the interpleader funds being held by the Court; and

WHEREAS, the balance, as of July 25, 2007, available for distribution among the parties is One Million Eighty-Six Thousand, Two Hundred Thirty-One Dollars and 10/100 ($1,086,231.10);

NOW, THEREFORE, it is this day **ORDERED** that the Clerk shall issue payment to or on behalf of the parties in the following amounts:

### Purdy Brothers Trucking Company:

| | |
|---|---|
| Payees: Purdy Brothers Trucking Company, Inc. | $ 110,000.00 |
| c/o Doug Surrett<br>Purdy Brothers Trucking Company, Inc.<br>P. O. Box 39<br>Loudon, Tennessee 37774 | |

### Charles Kevin Morris:

| | |
|---|---|
| Payees: Charles Kevin Morris and his attorney,<br>Steve Annand<br>c/o Steve Annand<br>The Cochran Firm<br>1100 New York Avenue, NW<br>West Tower, Suite 340<br>Washington, DC 20005 | $ 220,000.00 |

### Winford Dallas Jones:

| | |
|---|---|
| Payees:<br>MetLife Tower Resources Group, Inc.<br>(for purchase of annuity for Winford Dallas Jones)<br>c/o EPS Settlements Group<br>10201 Fairfax Blvd.<br>Suite 590<br>Fairfax, Virginia 22030 | $ 276,267.00 |

| | |
|---|---|
| Winford Dallas Jones and his attorneys,<br>Gilmer, Sadler, Ingram, Sutherland & Hutton, LLP<br>c/o Gary C. Hancock<br>P. O. Box 878<br>Pulaski, Virginia 24301 | $ 479,964.10 |

Total disbursement to all parties:     $1,086,231.10

In addition to the sums described above, any interest, minus the Clerk's fee, that has accrued from August 1, 2007 to the date of disbursement shall be paid to Winford Dallas Jones and his attorneys.

And there being no further action to be taken in this matter, it is hereby DISMISSED with prejudice and stricken from the Court's docket.

_____
United States District Judge

Date: AUGUST 6, 2007


REQUESTED BY:

WINFORD DALLAS JONES, JR.

By /s/ Timothy E. Kirtner


PURDY BROTHERS TRUCKING CO./FIREMAN'S FUND INSURANCE COMPANY

By /s/ Alvaro A. Inigo

CHARLES KEVIN MORRIS

By /s/ Stephen Annand

CANAL INSURANCE COMPANY

By /s/ Marc A. Peritz

GREAT WEST CASUALTY COMPANY

By /s/ Heather Bardot

AKJ ENTERPRISES and LORETTA M. D'SOUZA

By /s/ Roy Mark Jessee