UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WINFORD DALLAS JONES, | ) |
| Plaintiff, | ) |
| v. | ) |
| C.H. ROBINSON WORLDWIDE, INC., | ) |
| Defendant/Third Party Plaintiff. | ) |
| v. | ) Civil Action No. 7:06-CV-00547 |
| AKJ ENTERPRISES, INC., d/b/a Unlimited Express | ) |
| And | ) |
| ELSON BOLAR, | ) |
| And | ) |
| DONNIE BOLAR, | ) |
| Third Party Defendants. | ) |

## ROBINSON'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING PROPOSED SAFETY RATINGS FOR AKJ ENTERPRISES, INC.

COMES NOW defendant C.H. Robinson Worldwide, Inc., by counsel, and hereby moves the Court in advance of trial for an Order barring Plaintiff from offering any evidence relating to a proposed "unsatisfactory" safety rating of AKJ Enterprises, Inc. in May 2004.

As support therefor, Robinson refers the Court to its accompanying memorandum, and incorporates the same herein by reference.

WHEREFORE, Robinson asks that is motion be granted.

    Respectfully submitted,

    C.H. ROBINSON WORLDWIDE, INC.,

    By counsel,

    **/s://Robert Michael Doherty, Esq.**

Paul C. Kuhnel (VSB #28151)
Robert Michael Doherty (VSB #43997)
**WOOTENHART PLC**
707 S. Jefferson Street, Suite 300
P. O. Box 12247
Roanoke, VA  24024-2247
(540)343-2451
(540)345-6417 (facsimile)

    **Counsel for the Robinson Defendants**

## **CERTIFICATE**

I hereby certify that I electronically filed the foregoing with John F. Corcoran, Clerk, U. S. District Court, using the CM/ECF system which will send notification of such filing to the following on this **18**[th] day of **April, 2008**:

Gary C. Hancock, Esq.
Timothy E. Kirtner, Esq.
Gilmer, Sadler, Ingram, Sutherland & Hutton
65 East Main Street
P. O. Box 878
Pulaski, VA 24301

Byron R. Shankman, Esq.
P. O. Box 1859
Dublin, VA 24084

    **Co-Counsel for the Plaintiff**

                                    **/s:// Robert Michael Doherty, Esq.**

s:\robinson_ch\19765\motion in limine no 3--motion.doc4/18/2008rmd