```
 1              UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
 2                   ROANOKE DIVISION
 3    ------------------------------------
      WINFORD DALLAS JONES,            ) Civil Action No.
 4                                     ) 7:06-CV-00547
                          Plaintiff,   )
 5                                     )
      v.                               )
 6                                     )
      C.H. ROBINSON WORLDWIDE, INC.;   )
 7    and C.H. ROBINSON COMPANY; and   )
      C.H. ROBINSON COMPANY, INC.;     )
 8    and C.H. ROBINSON COMPANY,       )
      L.P.; and C.H. ROBINSON          )
 9    INTERNATIONAL, INC.; and C.H.    )
      ROBINSON OPERATING COMPANY,      )
10    L.P.; and C.H. ROBINSON          )
      TRANSPORTATION COMPANY, INC.,    )
11                                     )
                          Defendants.)
12
      ------------------------------------
13              VOLUME II, pages 105-214
14    30(b)(6) DEPOSITION OF:  Bruce W. Johnson
15    TAKEN AT:  C.H. Robinson Worldwide, Incorporated
                 14701 Charlson Road
16               Eden Prairie, Minnesota
17    DATE:        March 13, 2008
18    COMMENCING AT:  9:06 a.m.
19
20    Reported by:  Patrick J. Mahon
                     Registered Merit Reporter
21                   Certified Realtime Reporter
                     Job No. 4932
22
23
24                                          EXHIBIT
25                                             3
```

EXHIBIT
3

Case 7:06-cv-00547-GEC-mfu   Document 104-3   Filed 04/21/08   Page 1 of 4   Pageid#: 1692

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3       Timothy E. Kirtner
         Gilmer, Sadler, Ingram, Sutherland & Hutton, L.L.P.
 4       65 East Main Street
         Pulaski, Virginia 24301-0878
 5       540-980-1360

 6

     For the Defendants:
 7
         Paul C. Kuhnel
 8       Wooten Hart, PLC
         Suite 300, 707 Building
 9       707 South Jefferson Street
         Roanoke, Virginia 24016
10       540-343-2451

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 7:06-cv-00547-GEC-mfu   Document 104-3   Filed 04/21/08   Page 2 of 4   PageID#: 1693

1    Q.   Is there a particular reason that as of today 75
2 percent of C.H. Robinson's contract carriers consist of
3 small carriers?

4    A.   I'm sure there is, but I'd probably be somewhat
5 speculating as to why.

6    Q.   Well, subject to Mr. Kuhnel's objection, which
7 he's about to make, I'm going to ask you to go ahead and
8 answer that question.

9         MR. KUHNEL:   Well, I'll object to the form
10 of the question to the extent it calls for speculation.
11 You can answer, if you're able to.

12    A.   A lot of those things we talked about as to what
13 we market, I mean, that's important, those things are
14 important to small carriers.

15 BY MR. KIRTNER:

16    Q.   Okay.   Cash flow issues are important to small
17 carriers, correct?

18    A.   For the most part, correct.

19    Q.   And working with C.H. Robinson because of Quick
20 Pay and T-Chek helps small carriers to keep the wheels
21 rolling; is that correct?

22    A.   Correct.

23    Q.   Do you have any sense of -- strike that.

24      Do you have any ability to break that down any more
25 narrowly?  Specifically, what about carriers with less

Case 7:06-cv-00547-GEC-mfu   Document 104-3   Filed 04/21/08   Page 3 of 4   Pageid#: 1694

1 than 10 tractors, do you know what those numbers look

2 like?

3     A.   I don't know.

4     Q.   Could you estimate that?

5     A.   I wouldn't want to without further research.

6     Q.   Okay.  Do you have the ability to research that?

7     A.   Yes.

8     Q.   Understanding that you don't know how many of the

9 carriers who are in C.H. Robinson's contract carrier

10 program have less than 10 tractors, would it be your

11 experience that carriers who have fewer than 10 tractors

12 are more frequently in need of the Quick Pay and T-Chek

13 services?

14     A.   Yes.

15     Q.   Do you know how many tractors AKJ Enterprises

16 had?

17     A.   Not off the top of my head.

18          MR. KIRTNER:  Can we get this document

19 marked as Exhibit 12?

20          (Ex. 12 was marked for identification.)

21 BY MR. KIRTNER:

22     Q.   When we were here the last time, I think where we

23 left off is, you were beginning to talk something about

24 SafeStat and how C.H. Robinson is dealing with SafeStat.

25     A.   Correct.