| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Load Problem Data | T216991 | 8510819 | 9/7/2001 0:00 | OTHER | cons in rochester, mn, unloaded too many skids and now he's short at duluth, mn. | ATKIMIK | 9/10/2001 16:00 | SALSJON | 9/17/2001 12:12 | closing problem | | 11:53.2 | NULL |
| 87 | Load Problem Data | T216991 | 8510819 | 9/7/2001 0:00 | OTHER | cons in rochester, mn, unloaded too many skids and now he's short at duluth, mn. | ATKIMIK | 9/10/2001 16:00 | SALSJON | 9/17/2001 12:12 | | SALSJON | 05:50.5 | RAJPNAV |
| 88 | Load Problem Data | T216991 | 8510819 | 9/7/2001 0:00 | OTHER | cons in rochester, mn, unloaded too many skids and now he's short at duluth, mn. | ATKIMIK | 9/10/2001 16:00 | SALSJON | 9/17/2001 12:12 | cons1 gone for the day | RAJPNAV | 10:14.5 | NULL |
| 89 | Load Problem Data | T216991 | 8510819 | 9/7/2001 0:00 | OTHER | cons in rochester, mn, unloaded too many skids and now he's short at duluth, mn. | ATKIMIK | 9/10/2001 16:00 | SALSJON | 9/17/2001 12:12 | Please close problem for quick pay billing. | DAILEDW | 31:53.0 | NULL |
| 90 | Load Problem Data | T216991 | 8538069 | 9/7/2001 0:00 | DRLABOR | lumper | SEALANT | 9/6/2001 13:56 | KERWSAR | 9/17/2001 9:56 | spk to lynn at the 1st cons and she will check the inventory to see if too much was unldd and call back. | CHALRIC | 55:39.5 | NULL |
| 91 | Load Problem Data | T216991 | 8538069 | 9/7/2001 0:00 | DRLABOR | lumper | SEALANT | 9/6/2001 13:56 | KERWSAR | 9/17/2001 9:56 | approved | KERWSAR | 27:04.4 | NULL |
| 92 | Load Problem Data | T216991 | 8462700 | 9/11/2001 0:00 | OTHER | Rail is down in Matoon. Load is going by truck therefore they are not being sent all at once to accomadate the receiver. | HEILJEF | 8/30/2001 16:06 | ATKIMIK | 9/12/2001 8:35 | emailed donna for apoproval | KERWSAR | 21:45.8 | NULL |
| 93 | Load Problem Data | T216991 | 8462700 | 9/11/2001 0:00 | OTHER | Rail is down in Matoon. Load is going by truck therefore they are not being sent all at once to accomadate the receiver. | HEILJEF | 8/30/2001 16:06 | ATKIMIK | 9/12/2001 8:35 | NULL | HEILJEF | 35:26.0 | ATKIMIK |
| 94 | Load Problem Data | T216991 | 8552947 | 9/12/2001 0:00 | EQBAD | Monteagle, TN...having truck problems...won't start...road service on way...wcb w/ update | CARRMOR | 9/13/2001 2:33 | MCDAHOL | 9/14/2001 8:07 | delivered | ATKIMIK | 06:44.8 | MCDAHOL |
| 95 | Load Problem Data | T216991 | 8552947 | 9/12/2001 0:00 | EQBAD | Monteagle, TN...having truck problems...won't start...road service on way...wcb w/ update | CARRMOR | 9/13/2001 2:33 | MCDAHOL | 9/14/2001 8:07 | delivered cls9ing | MCDAHOL | 04:41.6 | MCDAHOL |
| 96 | Load Problem Data | T216991 | 9129141 | 10/19/2001 0:00 | PLATE | Beth/shipper says driver is not there yet | WASUIM | 10/19/2001 15:21 | DAILEDW | 10/29/2001 14:55 | still in TN-load going to deliver at 6am per salsjon- cons aware | MCDAHOL | 54:56.0 | DAILEDW |
| 97 | Load Problem Data | T216991 | 9129141 | 10/19/2001 0:00 | PLATE | Beth/shipper says driver is not there yet | WASUIM | 10/19/2001 15:21 | DAILEDW | 10/29/2001 14:55 | NULL | DAILEDW | 37:12.3 | NULL |
| 98 | Load Problem Data | T216991 | 9370880 | 11/7/2001 0:00 | DLATE | dr was sick last night and is still 4hrs out. he was to sick to call dr arrived at 3:30 and did not leave till 7:30 | MARSERI | 11/8/2001 7:22 | MARSERI | 11/9/2001 7:38 | Beth at shipper is waiting for a while for the driver. | WASIJIM | 29:41.8 | MARSERI |
| 99 | Load Problem Data | T216991 | 9370880 | 11/7/2001 0:00 | DLATE | dr was sick last night and is still 4hrs out. he was to sick to call dr arrived at 3:30 and did not leave till 7:30 | MARSERI | 11/8/2001 7:22 | MARSERI | 11/9/2001 7:38 | customer aware. | MARSERI | 38:10.6 | MARSERI |
| 100 | Load Problem Data | T216991 | 9370880 | 11/7/2001 0:00 | DLATE | dr was sick last night and is still 4hrs out. he was to sick to call dr arrived at 3:30 and did not leave till 7:30 | MARSERI | 11/8/2001 7:22 | MARSERI | 11/9/2001 7:38 | del | MARSERI | 29:12.3 | MARSERI |
| 101 | Load Problem Data | T216991 | 9370880 | 11/7/2001 0:00 | DLATE | dr was sick last night and is still 4hrs out. he was to sick to call dr arrived at 3:30 and did not leave till 7:30 | MARSERI | 11/8/2001 7:22 | MARSERI | 11/9/2001 7:38 | dr 5mins away from cons | MARSERI | 02:22.7 | ATKIMIK |
| 102 | Load Problem Data | T216991 | 9474606 | 11/15/2001 0:00 | DLATE | driver called in from atlanta and didn't move last night b/c we couldn't t chek | ATKIMIK | 11/16/2001 8:12 | WRIGGAR | 11/21/2001 13:24 | left VM for driver to call me for an update. | ATKIMIK | 23:20.5 | WRIGGAR |
| 103 | Load Problem Data | T216991 | 9474606 | 11/15/2001 0:00 | DLATE | driver called in from atlanta and didn't move last night b/c we couldn't t chek | ATKIMIK | 11/16/2001 8:12 | WRIGGAR | 11/21/2001 13:24 | NULL | WRIGGAR | 23:36.1 | WRIGGAR |
| 104 | Load Problem Data | T216991 | 9474606 | 11/15/2001 0:00 | DLATE | driver needs T-chek for fuel. says his carrier has no$ in com checks for him. says he can't go anywhere | DOYLKEV | 11/15/2001 18:35 | WRIGGAR | 11/21/2001 13:23 | NULL | WRIGGAR | 23:20.5 | WRIGGAR |
| 105 | Load Problem Data | T216991 | 9474606 | 11/15/2001 0:00 | DLATE | driver needs T-chek for fuel. says his carrier has no$ in com checks for him. says he can't go anywhere | DOYLKEV | 11/15/2001 18:35 | WRIGGAR | 11/21/2001 13:23 | NULL | WRIGGAR | 23:36.1 | WRIGGAR |
| 106 | Load Problem Data | T216991 | 9766180 | 12/11/2001 0:00 | WEATHER | Dr is 50 miles north of KS, he said it's snowing so hard he cannot see, he will be shutting down for a couple of hrs until it clears up, wcb when running again. | BERNJOH | 12/12/2001 2:24 | WRIGGAR | 12/13/2001 9:06 | delivered | WRIGGAR | 06:19.0 | WRIGGAR |
| 107 | Load Problem Data | T216991 | 9907459 | 12/27/2001 0:00 | NOAPP | TALKED TO RYAN AT THE CONS... NO PRIOR ARRANGEMENTS WERE MADE FOR A SATURDAY DELY... THE EARLIEST HE CAN GET THIS GUY OFFLOADED IS MONDAY AT 4AM | CASTCYN | 12/29/2001 8:41 | SALSJON | 1/7/2002 7:32 | closing problem | SALSJON | 31:51.9 | NULL |
| 108 | Load Problem Data | T216991 | 9907459 | 12/27/2001 0:00 | NOAPP | TALKED TO RYAN AT THE CONS... NO PRIOR ARRANGEMENTS WERE MADE FOR A SATURDAY DELY... THE EARLIEST HE CAN GET THIS GUY OFFLOADED IS MONDAY AT 4AM | CASTCYN | 12/29/2001 8:41 | SALSJON | 1/7/2002 7:32 | driver asking for money for layover from saturday. Winston showed up saturdat | SALSJON | 47:19.6 | SALSJON |
| 109 | Load Problem Data | T216991 | 9907459 | 12/27/2001 0:00 | NOAPP | TALKED TO RYAN AT THE CONS... NO PRIOR ARRANGEMENTS WERE MADE FOR A SATURDAY DELY... THE EARLIEST HE CAN GET THIS GUY OFFLOADED IS MONDAY AT 4AM | CASTCYN | 12/29/2001 8:41 | SALSJON | 1/7/2002 7:32 | spoke to customer they are conferring with the cons, to confirm the delivery information | KESSJOH | 47:25.6 | KESSJOH |
| 110 | Load Problem Data | T216991 | 10157233 | 1/29/2002 0:00 | DRLABOR | lumper cost is $60 | ATKIMIK | 1/30/2002 7:32 | SNIDWES | 1/30/2002 8:59 | NULL | JONETIA | 21:15.6 | NULL |
| 111 | Load Problem Data | T216991 | 10157233 | 1/29/2002 0:00 | DRLABOR | lumper cost is $60 | ATKIMIK | 1/30/2002 7:32 | SNIDWES | 1/30/2002 8:59 | NULL | SNIDWES | 58:45.5 | NULL |
| 112 | Load Problem Data | T216991 | 10157233 | 1/29/2002 0:00 | INFOWRG | Shipper changed to 23d | JONETIA | 1/28/2002 16:21 | JONETIA | 1/28/2002 16:21 | NULL | JONETIA | 21:15.6 | NULL |
| 113 | Load Problem Data | T216991 | 10157233 | 1/29/2002 0:00 | INFOWRG | Shipper changed to 23d | JONETIA | 1/28/2002 16:21 | JONETIA | 1/28/2002 16:21 | NULL | SNIDWES | 58:45.5 | NULL |
| 114 | Load Problem Data | T216991 | 10415083 | 2/20/2002 0:00 | PAPERWORK | CARRIER LEFT PW AT WEIGHT STATION....CAN WE GET A FAXED COPY TO RECEIVER? | ATKIMIK | 2/22/2002 7:47 | CORTMAX | 2/23/2002 10:39 | fixed | CORTMAX | 39:26.8 | CORTMAX |
| 115 | Load Problem Data | T216991 | 10454709 | 2/26/2002 0:00 | ACCT | talked to Elson said that he would refax pw. | MOORYUS | 3/4/2002 10:24 | DAVIARM | 3/5/2002 7:53 | received legible pw | DAVIARM | 52:34.1 | NULL |
| 116 | Load Problem Data | T216991 | 10438517 | 3/1/2002 0:00 | OTHER | driver unloaded at final drop and still had 2 skids for Jacksonville left on the truck. driver said they were loaded on the in front of the Kissimmee skids (Ray Baily @ shipper also said loaded correctly) | NEHRNAT | 3/4/2002 13:36 | NEHRNAT | 3/5/2002 9:24 | 2 skids delivered last night per Bill Scoggins @ cons | NEHRNAT | 24:16.0 | NULL |
| 117 | Load Problem Data | T216991 | 10438517 | 3/1/2002 0:00 | OTHER | driver unloaded at final drop and still had 2 skids for Jacksonville left on the truck. driver said they were loaded on the in front of the Kissimmee skids (Ray Baily @ shipper also said loaded correctly) | NEHRNAT | 3/4/2002 13:36 | NEHRNAT | 3/5/2002 9:24 | Bill @ cons is contacting Brian to make sure the 2 skids came in | NEHRNAT | 17:27.8 | NULL |
| 118 | Load Problem Data | T216991 | 10438517 | 3/1/2002 0:00 | OTHER | driver unloaded at final drop and still had 2 skids for Jacksonville left on the truck. driver said they were loaded on the in front of the Kissimmee skids (Ray Baily @ shipper also said loaded correctly) | NEHRNAT | 3/4/2002 13:36 | NEHRNAT | 3/5/2002 9:24 | BOL is signed by the driver, so he did sign for it at the shipper | NEHRNAT | 24:23.4 | NULL |
| 119 | Load Problem Data | T216991 | 10438517 | 3/1/2002 0:00 | OTHER | driver unloaded at final drop and still had 2 skids for Jacksonville left on the truck. driver said they were loaded on the in front of the Kissimmee skids (Ray Baily @ shipper also said loaded correctly) | NEHRNAT | 3/4/2002 13:36 | NEHRNAT | 3/5/2002 9:24 | comp checked the driver to take the 2 skids back to Jacksonville. driver knows to try to make it in before 7pm. is on his way. faxing a copy of the BOL to cons. | NEHRNAT | 23:33.0 | NULL |
| 120 | Load Problem Data | T216991 | 10438517 | 3/1/2002 0:00 | OTHER | driver unloaded at final drop and still had 2 skids for Jacksonville left on the truck. driver said they were loaded on the in front of the Kissimmee skids (Ray Baily @ shipper also said loaded correctly) | NEHRNAT | 3/4/2002 13:36 | NEHRNAT | 3/5/2002 9:24 | Ray said driver had 3 different BOLs for the 3 separte PO#'s going to Jacksonville, driver saying he only had 2. Driver will take the 2 skids back to Jacksonville. Per Brian, whse manager, will take up to 7pm. If later, will have to wait till 11pm. | NEHRNAT | 39:04.1 | NULL |
| 121 | Load Problem Data | T216991 | 10612214 | 3/19/2002 0:00 | EQBAD | driver refused at shipper b/c of damaged trailer. crack in ceiling turned out to be major damage. carrier is deadheading truck home to get fixed. | ATKIMIK | 3/18/2002 17:01 | OWENTIM | 3/19/2002 10:06 | problem fixed | OWENTIM | 05:46.8 | OWENTIM |
| 122 | Load Problem Data | T216991 | 10668573 | 3/25/2002 0:00 | ACCT | can someone chng status to delivered, so we can pay carrier? Thanks. | HATCTEI | 4/5/2002 15:37 | DANDLAS | 4/8/2002 7:54 | closing paying carrier | DANDLAS | 53:57.3 | NULL |
| 123 | Load Problem Data | T216991 | 10664565 | 3/27/2002 0:00 | DLATE | driver got stuck behind a car wreck and is late for delivery appt. | ATKIMIK | 3/29/2002 8:08 | GRENGRE | 3/29/2002 9:06 | send him in | GRENGRE | 06:21.4 | NULL |
| 124 | Load Problem Data | T216991 | 10695359 | 3/28/2002 0:00 | DETENT | driver just got backed into a dock, driver is worried about delivery appt and dention pay$ | ATKIMIK | 3/28/2002 15:33 | ATKIMIK | 3/28/2002 15:47 | (per dr-trk was sealed at shipper) per harrgre, dr will fax a copy of pw to atkimik | FRIEDAV | 38:44.7 | FRIEDAV |
| 125 | Load Problem Data | T216991 | 10695359 | 3/28/2002 0:00 | DETENT | driver just got backed into a dock, driver is worried about delivery appt and dention pay$ | ATKIMIK | 3/28/2002 15:33 | ATKIMIK | 3/28/2002 15:47 | keep track of time.. lemme know | HARRGRE | 34:47.6 | NULL |

EXHIBIT 4

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 288 | Load Problem Data | T216991 | 12167976 | 8/2/2002 0:00 | ACCT_PA | Load Number 12167976 Profit Allocation error. Associated Rates error. Please contact Chicago Help Desk if you have questions. | SYSTEM | 8/13/2002 11:09 | FORDBET | 8/14/2002 15:30 | NULL | FORDBET | 29:45.2 | NULL |
| 289 | Load Problem Data | T216991 | 12167976 | 8/2/2002 0:00 | ACCT_PA | Load Number 12167976 Profit Allocation error. Associated Rates error. Please contact Chicago Help Desk if you have questions. | SYSTEM | 8/13/2002 11:09 | FORDBET | 8/14/2002 15:30 | product was refused due to shippers neglegance and product code was late - took to nordic simply for storage until shipper figured out what to do with the 9 pallets of refused product. | HAMLKRI | 08:55.2 | HAMLKRI |
| 290 | Load Problem Data | T216991 | 12167976 | 8/2/2002 0:00 | DAMAGE | Please follow up on claim potential with carrier and F.W. office and update the load. | CAMECOR | 8/10/2002 20:58 | ROWSKRI | 8/16/2002 8:40 | NULL | FORDBET | 29:45.2 | NULL |
| 291 | Load Problem Data | T216991 | 12167976 | 8/2/2002 0:00 | DAMAGE | Please follow up on claim potential with carrier and F.W. office and update the load. | CAMECOR | 8/10/2002 20:58 | ROWSKRI | 8/16/2002 8:40 | product was refused due to shippers neglegance and product code was late - took to nordic simply for storage until shipper figured out what to do with the 9 pallets of refused product. | HAMLKRI | 08:55.2 | HAMLKRI |
| 292 | Load Problem Data | T216991 | 12077276 | 8/5/2002 0:00 | ACCT | Elson/carr stated he refax bol again | HARDCAR | 8/12/2002 9:56 | DELGANG | 8/14/2002 15:02 | pw is good | DELGANG | 02:10.7 | NULL |
| 293 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DLATE | Cons is telling us this load did not deliver. please contact carrier for eta. | GERDADA | 8/15/2002 9:23 | GERDADA | 8/15/2002 10:17 | NULL | GERDADA | 17:11.4 | NULL |
| 294 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DLATE | Cons is telling us this load did not deliver. please contact carrier for eta. | GERDADA | 8/15/2002 9:23 | GERDADA | 8/15/2002 10:17 | dr at cons now....will check in..if trouble getting unldd will call back | WRIGGAR | 49:42.0 | WRIGGAR |
| 295 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DLATE | Cons is telling us this load did not deliver. please contact carrier for eta. | GERDADA | 8/15/2002 9:23 | GERDADA | 8/15/2002 10:17 | driver got tires replaced yesterday, also stuck behind auto accident outside nashville about 6pm last night. tracking to seymour in now. | ATKIMIK | 28:17.5 | ATKIMIK |
| 296 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DLATE | Cons is telling us this load did not deliver. please contact carrier for eta. | GERDADA | 8/15/2002 9:23 | GERDADA | 8/15/2002 10:17 | nevermind...money already added. | ATKIMIK | 44:39.4 | ATKIMIK |
| 297 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DLATE | Cons is telling us this load did not deliver. please contact carrier for eta. | GERDADA | 8/15/2002 9:23 | GERDADA | 8/15/2002 10:17 | per driver...delivery rescheduled for 23.59 tonight | WRIGGAR | 10:29.8 | WRIGGAR |
| 298 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DRLABOR | $100 for unload...at 11pm last night...please add custy money. gracias. | ATKIMIK | 8/16/2002 7:44 | ATKIMIK | 8/16/2002 7:45 | NULL | GERDADA | 17:11.4 | NULL |
| 299 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DRLABOR | $100 for unload...at 11pm last night...please add custy money. gracias. | ATKIMIK | 8/16/2002 7:44 | ATKIMIK | 8/16/2002 7:45 | dr at cons now....will check in..if trouble getting unldd will call back | WRIGGAR | 49:42.0 | WRIGGAR |
| 300 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DRLABOR | $100 for unload...at 11pm last night...please add custy money. gracias. | ATKIMIK | 8/16/2002 7:44 | ATKIMIK | 8/16/2002 7:45 | driver got tires replaced yesterday, also stuck behind auto accident outside nashville about 6pm last night. tracking to seymour in now. | ATKIMIK | 28:17.5 | ATKIMIK |
| 301 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DRLABOR | $100 for unload...at 11pm last night...please add custy money. gracias. | ATKIMIK | 8/16/2002 7:44 | ATKIMIK | 8/16/2002 7:45 | nevermind...money already added. | ATKIMIK | 44:39.4 | ATKIMIK |
| 302 | Load Problem Data | T216991 | 8131240 | 8/13/2002 0:00 | DRLABOR | $100 for unload...at 11pm last night...please add custy money. gracias. | ATKIMIK | 8/16/2002 7:44 | ATKIMIK | 8/16/2002 7:45 | per driver...delivery rescheduled for 23.59 tonight | WRIGGAR | 10:29.8 | WRIGGAR |
| 303 | Load Problem Data | T216991 | 12241577 | 8/13/2002 0:00 | EQBAD | TRAILER WAS REJECTED TWICE- - HOLES IN THE ROOF, DR TRIED TO REPAIR, SHP SAYS STILL A SAFETY ISSUE- - REJECTED - -CARR WCB IN AM 07:00- - THEY MIGHT HAVE ANOTHER TRAILER IN AREA IN A FEW HOURS | CARDTON | 8/13/2002 2:49 | ATKIMIK | 8/13/2002 7:34 | bouncing carrier...does not have another van near BEN | ATKIMIK | 34:17.6 | ATKIMIK |
| 304 | Load Problem Data | T216991 | 12241577 | 8/13/2002 0:00 | EQBAD | TRAILER WAS REJECTED TWICE- - HOLES IN THE ROOF, DR TRIED TO REPAIR, SHP SAYS STILL A SAFETY ISSUE- - REJECTED - -CARR WCB IN AM 07:00- - THEY MIGHT HAVE ANOTHER TRAILER IN AREA IN A FEW HOURS | CARDTON | 8/13/2002 2:49 | ATKIMIK | 8/13/2002 7:34 | emailed atkimik and culimil 2 make aware | CARDTON | 49:55.5 | NULL |
| 305 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | DLATE | need to find out why driver did not make it to charleston until 11pm..he was in fairmount wv at 2pm | NERKHAR | 8/16/2002 11:56 | ATKIMIK | 8/19/2002 16:00 | arrived at 11pm empty at 5am | ATKIMIK | 41:51.1 | ATKIMIK |
| 306 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | DLATE | need to find out why driver did not make it to charleston until 11pm..he was in fairmount wv at 2pm | NERKHAR | 8/16/2002 11:56 | ATKIMIK | 8/19/2002 16:00 | closing | ATKIMIK | 00:23.5 | ATKIMIK |
| 307 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | DLATE | need to find out why driver did not make it to charleston until 11pm..he was in fairmount wv at 2pm | NERKHAR | 8/16/2002 11:56 | ATKIMIK | 8/19/2002 16:00 | dr in Morgantown,WV | WRIGGAR | 46:59.3 | WRIGGAR |
| 308 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | DLATE | need to find out why driver did not make it to charleston until 11pm..he was in fairmount wv at 2pm | NERKHAR | 8/16/2002 11:56 | ATKIMIK | 8/19/2002 16:00 | left VM for Robert to call night disp when he gets empty | ATKIMIK | 06:35.6 | ATKIMIK |
| 309 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | EQBAD | Driver broke down about 10pm near Heagerstown, MD. Battery died and fuel filter was shot. Driver is up and rolling. | ATKIMIK | 8/15/2002 10:02 | ATKIMIK | 8/16/2002 7:42 | arrived at 11pm empty at 5am | ATKIMIK | 41:51.1 | ATKIMIK |
| 310 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | EQBAD | Driver broke down about 10pm near Heagerstown, MD. Battery died and fuel filter was shot. Driver is up and rolling. | ATKIMIK | 8/15/2002 10:02 | ATKIMIK | 8/16/2002 7:42 | closing | ATKIMIK | 00:23.5 | ATKIMIK |
| 311 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | EQBAD | Driver broke down about 10pm near Heagerstown, MD. Battery died and fuel filter was shot. Driver is up and rolling. | ATKIMIK | 8/15/2002 10:02 | ATKIMIK | 8/16/2002 7:42 | dr in Morgantown,WV | WRIGGAR | 46:59.3 | WRIGGAR |
| 312 | Load Problem Data | T216991 | 12261307 | 8/14/2002 0:00 | EQBAD | Driver broke down about 10pm near Heagerstown, MD. Battery died and fuel filter was shot. Driver is up and rolling. | ATKIMIK | 8/15/2002 10:02 | ATKIMIK | 8/16/2002 7:42 | left VM for Robert to call night disp when he gets empty | ATKIMIK | 06:35.6 | ATKIMIK |
| 313 | Load Problem Data | T216991 | 12199163 | 8/19/2002 0:00 | ACCT | elson/carr will fax lumper receipt | HARDCAR | 8/22/2002 14:51 | DAVIARM | 8/27/2002 8:38 | NULL | DIOMKIN | 57:06.0 | NULL |
| 314 | Load Problem Data | T216991 | 12199163 | 8/19/2002 0:00 | ACCT | elson/carr will fax lumper receipt | HARDCAR | 8/22/2002 14:51 | DAVIARM | 8/27/2002 8:38 | received lumper receipt | DAVIARM | 37:47.4 | NULL |
| 315 | Load Problem Data | T216991 | 12199163 | 8/19/2002 0:00 | NOAPP | no appt avail to meet RAD. Will del on 8/21 14:00. order# 545985 | DIOMKIN | 8/6/2002 13:57 | DIOMKIN | 8/6/2002 13:57 | NULL | DIOMKIN | 57:06.0 | NULL |
| 316 | Load Problem Data | T216991 | 12199163 | 8/19/2002 0:00 | NOAPP | no appt avail to meet RAD. Will del on 8/21 14:00. order# 545985 | DIOMKIN | 8/6/2002 13:57 | DIOMKIN | 8/6/2002 13:57 | received lumper receipt | DAVIARM | 37:47.4 | NULL |
| 317 | Load Problem Data | T216991 | 12342496 | 8/22/2002 0:00 | CARRERROR | carrier no show for delivery which is also causing us to blow load#12320569 | GREEBEN | 8/24/2002 9:38 | WRIGGAR | 8/27/2002 11:14 | delivered, closing | WRIGGAR | 13:51.8 | WRIGGAR |
| 318 | Load Problem Data | T216991 | 12342496 | 8/22/2002 0:00 | CARRERROR | carrier no show for delivery which is also causing us to blow load#12320569 | GREEBEN | 8/24/2002 9:38 | WRIGGAR | 8/27/2002 11:14 | dr called CH dispatch several times but was placed on hold and ran out of mins on cell phone, dr has no money to move truck and dr's dispatch is still not aware because dr has not gotten ahold of anyone yet | ACKECHR | 45:29.9 | NULL |
| 319 | Load Problem Data | T216991 | 12342496 | 8/22/2002 0:00 | CARRERROR | carrier no show for delivery which is also causing us to blow load#12320569 | GREEBEN | 8/24/2002 9:38 | WRIGGAR | 8/27/2002 11:14 | driver is tracking to N. Indianapolis. Giving him a T Chek to buy more fuel and sending to cons. | ATKIMIK | 42:40.6 | ATKIMIK |
| 320 | Load Problem Data | T216991 | 12342496 | 8/22/2002 0:00 | CARRERROR | carrier no show for delivery which is also causing us to blow load#12320569 | GREEBEN | 8/24/2002 9:38 | WRIGGAR | 8/27/2002 11:14 | instructed driver to call ATKIMIK back @ 7:15am today for update on this del and reload with it | ACKECHR ` | 47:33.3 | NULL |
| 321 | Load Problem Data | T216991 | 12342496 | 8/22/2002 0:00 | CARRERROR | carrier no show for delivery which is also causing us to blow load#12320569 | GREEBEN | 8/24/2002 9:38 | WRIGGAR | 8/27/2002 11:14 | per John (dr) he stopped in IND for fuel, eat and shower, dr filled up with fuel and went to take shower (apprx. 45mins) and came back out to truck and realized his fuel had been siphoned from tanks | ACKECHR | 44:35.6 | NULL |
| 322 | Load Problem Data | T216991 | 12369227 | 8/23/2002 0:00 | O&S | 678.386.4170 Dave/driver is at receiver but a few skids have tipped over and needs to hire a lumper to restack the freight. | ATKIMIK | 8/26/2002 13:08 | ATKIMIK | 8/27/2002 7:36 | NULL | WALLPAT | 02:57.8 | NULL |
| 323 | Load Problem Data | T216991 | 12369227 | 8/23/2002 0:00 | O&S | 678.386.4170 Dave/driver is at receiver but a few skids have tipped over and needs to hire a lumper to restack the freight. | ATKIMIK | 8/26/2002 13:08 | ATKIMIK | 8/27/2002 7:36 | 98 cases of 3 pak/ one gallons. item # 3p1gclsspr. 10 different pallets. | WALLPAT | 21:34.3 | WALLPAT |
| 324 | Load Problem Data | T216991 | 12369227 | 8/23/2002 0:00 | O&S | 678.386.4170 Dave/driver is at receiver but a few skids have tipped over and needs to hire a lumper to restack the freight. | ATKIMIK | 8/26/2002 13:08 | ATKIMIK | 8/27/2002 7:36 | Carrier can dump product. | WALLPAT | 02:43.1 | WALLPAT |
| 325 | Load Problem Data | T216991 | 12369227 | 8/23/2002 0:00 | O&S | 678.386.4170 Dave/driver is at receiver but a few skids have tipped over and needs to hire a lumper to restack the freight. | ATKIMIK | 8/26/2002 13:08 | ATKIMIK | 8/27/2002 7:36 | closing but keeping on hold until we get weight tickets. | ATKIMIK | 35:28.2 | ATKIMIK |