```
            UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION
----------------------------------------
WINFORD DALLAS JONES,              ) Civil Action No.
                                   ) 7:06-CV-00547
                    Plaintiff,     )
                                   )
  v.                               )
                                   )
C.H. ROBINSON WORLDWIDE, INC.;     )
and C.H. ROBINSON COMPANY; and     )
C.H. ROBINSON COMPANY, INC.;       )
and C.H. ROBINSON COMPANY,         )
L.P.; and C.H. ROBINSON            )
INTERNATIONAL, INC.; and C.H.      )
ROBINSON OPERATING COMPANY,        )
L.P.; and C.H. ROBINSON            )
TRANSPORTATION COMPANY, INC.,      )
                                   )
                    Defendants.    )
----------------------------------------
```

                VOLUME II, pages 105-214
30(b)(6) DEPOSITION OF: Bruce W. Johnson
TAKEN AT:   C.H. Robinson Worldwide, Incorporated
            14701 Charlson Road
            Eden Prairie, Minnesota
DATE:       March 13, 2008
COMMENCING AT:  9:06 a.m.

Reported by:  Patrick J. Mahon
              Registered Merit Reporter
              Certified Realtime Reporter
              Job No. 4932

EXHIBIT 5

612.332.4230    ESQUIRE DEPOSITION SERVICES - MINNEAPOLIS    FAX 612.332.

Case 7:06-cv-00547-GEC-mfu    Document 104-5    Filed 04/21/08    Page 1 of 4    Pageid#: 1698

```
 1  APPEARANCES:
 2  For the Plaintiff:
 3       Timothy E. Kirtner
         Gilmer, Sadler, Ingram, Sutherland & Hutton, L.L.P.
 4       65 East Main Street
         Pulaski, Virginia 24301-0878
 5       540-980-1360
 6
    For the Defendants:
 7
         Paul C. Kuhnel
 8       Wooten Hart, PLC
         Suite 300, 707 Building
 9       707 South Jefferson Street
         Roanoke, Virginia 24016
10       540-343-2451
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

612.332.4230    ESQUIRE DEPOSITION SERVICES - MINNEAPOLIS    FAX 612.332.

Case 7:06-cv-00547-GEC-mfu  Document 104-5  Filed 04/21/08  Page 2 of 4  Pageid#: 1699

1    A.  Correct.
2    Q.  Do you know why shippers did not want to use
3 conditional carriers?
4    A.  I could speculate.
5    Q.  Standing objection to that.  Go ahead.
6    A.  I think some of it was the fear from Schramm and
7 what they thought, that they could start being pulled
8 into lawsuits, as well, because it started after that
9 and kind of the general misunderstanding maybe of how
10 everything -- that they're not transportation, that's
11 not their core business.  So, I think there was
12 misunderstanding.
13   Q.  Do you ever look at T-Chek records to evaluate
14 whether you want to continue to deal with the carrier?
15   A.  T-Chek records of advances?
16   Q.  Of advances, yes.
17   A.  No.
18   Q.  Would a demonstrated reliance on T-Chek by a
19 carrier raise any concerns in your mind about the
20 financial condition of that carrier?
21   A.  The advances, again specifically to the advances?
22   Q.  Yes.
23   A.  And then repeat the end of that question.  I'm
24 sorry.
25   Q.  Would that raise any concerns in your mind about

1 the financial condition of the carrier?
2    A.  "Concerns" may not be the word I'd be looking
3 for, but it would -- it would raise questions about the
4 financial condition of the carrier perhaps.
5    Q.  And financial problems, cash flow problems for a
6 carrier, you would agree with me, could manifest
7 themselves in the condition of the trucks they run?
8    A.  Potentially, yes.
9    Q.  And also could manifest itself in the quality of
10 drivers they hire, correct?
11   A.  Potentially, yes.
12   Q.  So, you would agree with me that if you have some
13 information indicating that a carrier has cash flow and
14 financial problems, there could be a correlation to
15 those driver and vehicle maintenance issues, correct?
16   A.  Could be, yes.
17   Q.  But that's not something you routinely look at?
18   A.  No.
19   Q.  I don't want to go back through all the
20 hypotheticals that I've already posed, but, you know,
21 one of those was, given all this information on AKJ
22 Enterprises that's developed in the Express logs, if you
23 had conducted an investigation of them, would that have
24 involved looking at T-Chek?  Would that have been
25 something you would have done?