| | LoadNumber | VoucherNumber | VoucherCreateDate | VoucherAmount | VoucherAdjustedAmount | VoucherPaidAmount | CheckNumber | CheckCreateDate | DraftAmount | EFTAmount | PaperAmount | TChekAmount | TChekAccountAmount | WireAmount | OtherPaidAmount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | 21422085 | 27170811 | 12/17/2004 | 0 | 0 | 0 | NULL | NULL | 0 | 0 | 0 | 0 | 0 | 0 | NULL |
| 3 | 21422085 | 27174923 | 12/17/2004 | 0 | 0 | 0 | 18981440 | 5/20/2005 | 0 | -5784.72 | 0 | 0 | 0 | 0 | 0 |
| 4 | 21422085 | 27174985 | 12/17/2004 | 0 | 0 | 0 | 18981440 | 5/20/2005 | 0 | -860.27 | 0 | 0 | 0 | 0 | 0 |
| 5 | 11251422 | 15561850 | 6/3/2002 | 862 | 853.72 | 853.72 | 950678 | 6/3/2002 | 0 | 543.72 | 0 | 310 | 0 | 0 | 0 |
| 6 | 11251422 | 15561850 | 6/3/2002 | 862 | 853.72 | 853.72 | 15180248 | 8/4/2002 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | 13340392 | 18488373 | 6/27/2003 | 1079.4 | 705 | 705 | 15983455 | 6/27/2003 | 0 | 0 | 0 | 435 | 0 | 0 | 0 |
| 8 | 13340392 | 18488373 | 6/27/2003 | 1079.4 | 705 | 705 | 15983456 | 6/27/2003 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| 9 | 13340392 | 18488373 | 6/27/2003 | 1079.4 | 705 | 705 | 15963457 | 6/27/2003 | 0 | 0 | 0 | 210 | 0 | 0 | 0 |
| 10 | 13967722 | 18216350 | 2/28/2003 | 1050 | 1040.55 | 1040.55 | 10879005 | 2/26/2003 | 0 | 820.55 | 0 | 420 | 0 | 0 | 0 |
| 11 | 13967722 | 18216350 | 2/28/2003 | 1050 | 1040.55 | 1040.55 | 15651297 | 2/27/2003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | 15233899 | 23281577 | 4/26/2004 | 0 | 0 | NULL | 17026736 | 4/9/2004 | 0 | -139.92 | 0 | 0 | 0 | 0 | 0 |
| 13 | 15233899 | 23513071 | 4/26/2004 | 0 | 0 | NULL | 17101659 | 4/27/2004 | 0 | 139.92 | 0 | 0 | 0 | 0 | 0 |
| 14 | 15233899 | 19573372 | 7/1/2003 | 950 | 947.6 | 947.6 | 15988185 | 7/1/2003 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| 15 | 15233899 | 19573372 | 7/1/2003 | 950 | 947.6 | 947.6 | 15988186 | 7/1/2003 | 0 | 0 | 0 | 320 | 0 | 0 | 0 |
| 16 | 15233899 | 19573372 | 7/1/2003 | 950 | 947.6 | 947.6 | 15988187 | 7/1/2003 | 0 | 1150 | 0 | 410 | 0 | 0 | 0 |
| 17 | 15233899 | 19573372 | 7/1/2003 | 950 | 947.6 | 947.6 | 18981440 | 5/20/2005 | 0 | 157.6 | 0 | 0 | 0 | 0 | 0 |
| 18 | 15233899 | 23281285 | 4/9/2004 | 1200 | 1189.2 | 1189.2 | 17025588 | 4/9/2004 | 0 | 0 | 0 | 480 | 0 | 0 | 0 |
| 19 | 18890743 | 23281285 | 4/9/2004 | 1200 | 1189.2 | 1189.2 | 17026736 | 4/9/2004 | 0 | 709.2 | 0 | 0 | 0 | 0 | 0 |
| 20 | 8706442 | 24093944 | 8/2/2004 | 1580 | 1585.59 | 1585.59 | 17287382 | 8/2/2004 | 0 | 0 | 0 | 574 | 0 | 0 | 0 |
| 21 | 8706442 | 24093944 | 8/2/2004 | 1580 | 1585.59 | 1585.59 | 17287383 | 8/2/2004 | 0 | 0 | 0 | 45 | 0 | 0 | 0 |
| 22 | 8706442 | 24093944 | 8/2/2004 | 1580 | 1585.59 | 1585.59 | 17309071 | 8/11/2004 | 0 | 946.59 | 0 | 0 | 0 | 0 | 0 |
| 23 | 20355684 | 24714913 | 7/13/2004 | 2230 | 2230 | 2030 | 17450550 | 7/13/2004 | 0 | 0 | 0 | 880 | 0 | 0 | 0 |
| 24 | 20355684 | 24714913 | 7/13/2004 | 2230 | 2230 | 2030 | 17532384 | 7/30/2004 | 0 | 1150 | 0 | 0 | 0 | 0 | 0 |
| 25 | 20388878 | 24736845 | 7/14/2004 | 1150 | 1150 | 1150 | 17456608 | 7/14/2004 | 0 | 0 | 0 | 460 | 0 | 0 | 0 |
| 26 | 20388878 | 24736845 | 7/14/2004 | 1150 | 1150 | 1150 | 17554839 | 8/4/2004 | 0 | 890 | 0 | 0 | 0 | 0 | 0 |
| 27 | 20422188 | 24758430 | 7/15/2004 | 1150 | 1139.65 | 1139.65 | 17463187 | 7/15/2004 | 0 | 0 | 0 | 460 | 0 | 0 | 0 |
| 28 | 20422188 | 24758430 | 7/15/2004 | 1150 | 1139.65 | 1139.65 | 17512600 | 7/27/2004 | 0 | 679.65 | 0 | 0 | 0 | 0 | 0 |
| 29 | 20433146 | 24857962 | 7/22/2004 | 1500 | 1486.5 | 1486.5 | 17493631 | 7/22/2004 | 0 | 0 | 0 | 600 | 0 | 0 | 0 |
| 30 | 20433146 | 24857962 | 7/22/2004 | 1500 | 1486.5 | 1486.5 | 17495257 | 7/22/2004 | 0 | 886.5 | 0 | 0 | 0 | 0 | 0 |
| 31 | 21013521 | 25316718 | 8/20/2004 | 1700 | 1684.7 | 1684.7 | 17631770 | 8/20/2004 | 0 | 0 | 0 | 880 | 0 | 0 | 0 |
| 32 | 21013521 | 25316718 | 8/20/2004 | 1700 | 1684.7 | 1684.7 | 17673468 | 8/29/2004 | 0 | 1004.7 | 0 | 0 | 0 | 0 | 0 |
| 33 | 21025192 | 25279815 | 8/18/2004 | 1300 | 1288.15 | 1288.15 | 17620942 | 8/18/2004 | 0 | 0 | 0 | 510 | 0 | 0 | 0 |
| 34 | 21025192 | 25279815 | 8/18/2004 | 1300 | 1288.15 | 1288.15 | 17673464 | 8/30/2004 | 0 | 778.15 | 0 | 0 | 0 | 0 | 0 |
| 35 | 21030917 | 25388317 | 8/25/2004 | 915 | 906.68 | 906.68 | 17654900 | 8/25/2004 | 0 | 0 | 0 | 360 | 0 | 0 | 0 |
| 36 | 21030917 | 25388317 | 8/25/2004 | 915 | 906.68 | 906.68 | 17673466 | 8/29/2004 | 0 | 546.68 | 0 | 0 | 0 | 0 | 0 |
| 37 | 21066309 | 25342028 | 8/23/2004 | 1250 | 1238.45 | 1238.45 | 17640712 | 8/28/2004 | 0 | 0 | 0 | 480 | 0 | 0 | 0 |
| 38 | 21066309 | 25342028 | 8/23/2004 | 1250 | 1238.45 | 1238.45 | 17673466 | 8/28/2004 | 0 | 758.45 | 0 | 0 | 0 | 0 | 0 |
| 39 | 21074932 | 25346260 | 8/23/2004 | 1300 | 1288.15 | 1288.15 | 17641758 | 8/23/2004 | 0 | 0 | 0 | 510 | 0 | 0 | 0 |
| 40 | 21074932 | 25346260 | 8/23/2004 | 1300 | 1288.15 | 1288.15 | 17673466 | 8/29/2004 | 0 | 778.15 | 0 | 0 | 0 | 0 | 0 |
| 41 | 21090599 | 25370898 | 8/24/2004 | 1450 | 1436.95 | 1436.95 | 17649172 | 8/24/2004 | 0 | 0 | 0 | 580 | 0 | 0 | 0 |
| 42 | 21090599 | 25370898 | 8/24/2004 | 1450 | 1436.95 | 1436.95 | 17673466 | 8/29/2004 | 0 | 856.95 | 0 | 0 | 0 | 0 | 0 |
| 43 | 21156202 | 25479084 | 8/31/2004 | 1075 | 1065.33 | 1065.33 | 17683474 | 8/31/2004 | 0 | 0 | 0 | 430 | 0 | 0 | 0 |
| 44 | 21156202 | 25479084 | 8/31/2004 | 1075 | 1065.33 | 1065.33 | 17694440 | 9/2/2004 | 0 | 635.33 | 0 | 0 | 0 | 0 | 0 |
| 45 | 8775339 | 25623432 | 9/10/2004 | 1315 | 1303.17 | 1303.17 | 17730984 | 9/10/2004 | 0 | 0 | 0 | 526 | 0 | 0 | 0 |
| 46 | 8775339 | 25623432 | 9/10/2004 | 1315 | 1303.17 | 1303.17 | 17746642 | 9/14/2004 | 0 | 777.17 | 0 | 0 | 0 | 0 | 0 |
| 47 | 21312279 | 25970752 | 10/1/2004 | 1250 | 1250 | 1250 | 17837094 | 10/1/2004 | 0 | 0 | 0 | 500 | 0 | 0 | 0 |
| 48 | 21312279 | 25970752 | 10/1/2004 | 1250 | 1250 | 1250 | 17845940 | 10/4/2004 | 0 | 750 | 0 | 0 | 0 | 0 | 0 |
| 49 | 10878077 | 15177361 | 4/22/2002 | 1308 | 1295.88 | 1295.88 | 935794 | 4/22/2002 | 0 | 0 | 0 | 410 | 0 | 0 | 0 |
| 50 | 10878077 | 15177361 | 4/22/2002 | 1308 | 1295.88 | 1295.88 | 935795 | 4/22/2002 | 0 | 0 | 0 | 90 | 0 | 0 | 0 |
| 51 | 15177361 | 15177361 | 4/22/2002 | 1308 | 1295.88 | 1295.88 | 15123008 | 4/25/2002 | 0 | 795.88 | 0 | 0 | 0 | 0 | 0 |
| 52 | 11781422 | 15790175 | 6/26/2002 | 1600 | 1585.6 | 1585.6 | 960422 | 6/26/2002 | 0 | 0 | 0 | 640 | 0 | 0 | 0 |
| 53 | 11781422 | 15790175 | 6/26/2002 | 1600 | 1585.6 | 1585.6 | 15222983 | 7/2/2002 | 0 | 945.6 | 0 | 0 | 0 | 0 | 0 |
| 54 | 12114698 | 16146274 | 8/2/2002 | 975 | 966.23 | 966.23 | 975458 | 8/2/2002 | 0 | 0 | 0 | 390 | 0 | 0 | 0 |
| 55 | 12114698 | 16146274 | 8/2/2002 | 975 | 966.23 | 966.23 | 15272527 | 8/2/2002 | 0 | 576.23 | 0 | 0 | 0 | 0 | 0 |
| 56 | 13121320 | 17672591 | 12/31/2002 | 1325 | 325 | 325 | 1055614 | 12/31/2002 | 0 | 0 | 0 | 530 | 0 | 0 | 0 |
| 57 | 13121320 | 17672591 | 12/31/2002 | 1325 | 325 | 325 | 15920662 | 6/13/2003 | 0 | -205 | 0 | 0 | 0 | 0 | 0 |



EXHIBIT 9

| | LoadNumber | VoucherNumber | VoucherCreateDate | VoucherAmount | VoucherAdjustedAmount | VoucherPaidAmount | CheckNumber | CheckCreateDate | DraftAmount | EFTAmount | PaperAmount | TChekAmount | TChekAccountAmount | WireAmount | OtherPaidAmount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 13358184 | 17638929 | 12/26/2002 | 1160 | 1160 | 1160 | 1053568 | 12/26/2002 | 0 | 0 | 0 | 460 | 0 | 0 | 0 |
| 59 | 13358184 | 17638929 | 12/26/2002 | 1160 | 1160 | 1160 | 1502449 | 2/14/2003 | 0 | 700 | 0 | 0 | 0 | 0 | 0 |
| 60 | 13417079 | 17668246 | 12/31/2002 | 1500 | 1160 | 1160 | 15338883 | 12/31/2002 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 81 | 16412113 | 20662847 | 10/8/2003 | 1100 | 1477.5 | 1477.5 | 16293150 | 10/6/2003 | 0 | 1477.5 | 0 | 0 | 0 | 0 | 0 |
| 82 | 16412113 | 20662847 | 10/8/2003 | 1100 | 1100 | 1100 | 16581882 | 12/15/2003 | 0 | 0 | 0 | 440 | 0 | 0 | 0 |
| 63 | 16687219 | 21092499 | 11/6/2003 | 590 | 1100 | 1100 | 18413792 | 11/6/2003 | 0 | 860 | 0 | 0 | 0 | 0 | 0 |
| 64 | 19181675 | 23561497 | 4/28/2004 | 1200 | 590 | 590 | 17111266 | 4/28/2004 | 0 | 0 | 0 | 590 | 0 | 0 | 0 |
| 65 | 19181675 | 23561497 | 4/28/2004 | 1200 | 1238.45 | 1238.45 | 17151580 | 5/7/2004 | 0 | 758.45 | 0 | 480 | 0 | 0 | 0 |
| 66 | 19289049 | 23840278 | 5/17/2004 | 2141 | 1238.45 | 1238.45 | 17193460 | 5/17/2004 | 0 | 0 | 0 | 810 | 0 | 0 | 0 |
| 67 | 19289049 | 23840278 | 5/17/2004 | 2141 | 2121.04 | 2121.04 | 17195972 | 5/18/2004 | 0 | 1311.04 | 0 | 0 | 0 | 0 | 0 |
| 68 | 20621595 | 25045644 | 8/3/2004 | 1700 | 2121.04 | 2121.04 | 17547270 | 8/29/2004 | 0 | 0 | 0 | 880 | 0 | 0 | 0 |
| 69 | 20621595 | 25045644 | 8/3/2004 | 1700 | 1684.7 | 1684.7 | 17673486 | 8/29/2004 | 0 | 1004.7 | 0 | 0 | 0 | 0 | 0 |
| 70 | 20652169 | 24984181 | 7/29/2004 | 800 | 1684.7 | 1684.7 | 17528545 | 7/29/2004 | 0 | 0 | 0 | 310 | 0 | 0 | 0 |
| 71 | 20652169 | 24984181 | 7/29/2004 | 800 | 792.85 | 792.85 | 17545763 | 8/3/2004 | 0 | 482.85 | 0 | 0 | 0 | 0 | 0 |
| 72 | 20763181 | 25022087 | 8/2/2004 | 1300 | 792.85 | 792.85 | 17540388 | 8/2/2004 | 0 | 0 | 0 | 520 | 0 | 0 | 0 |
| 73 | 20763181 | 25022087 | 8/2/2004 | 1300 | 1386.8 | 1386.8 | 17575699 | 8/9/2004 | 0 | 866.8 | 0 | 0 | 0 | 0 | 0 |
| 74 | 19895521 | 24785592 | 7/16/2004 | 1035 | 1386.8 | 1386.8 | 17464967 | 7/16/2004 | 0 | 0 | 0 | 410 | 0 | 0 | 0 |
| 75 | 19895521 | 24785592 | 7/16/2004 | 1035 | 1025.63 | 1025.63 | 17509470 | 7/26/2004 | 0 | 615.63 | 0 | 0 | 0 | 0 | 0 |
| 76 | 20307838 | 24604974 | 7/8/2004 | 800 | 1025.63 | 1025.63 | 17418732 | 7/8/2004 | 0 | 0 | 0 | 320 | 0 | 0 | 0 |
| 77 | 20307838 | 24604974 | 7/8/2004 | 800 | 792.8 | 792.8 | 17443335 | 7/12/2004 | 0 | 472.8 | 0 | 0 | 0 | 0 | 0 |
| 78 | 20316891 | 24685603 | 7/12/2004 | 850 | 792.8 | 792.8 | 17443335 | 7/12/2004 | 0 | 0 | 0 | 340 | 0 | 0 | 0 |
| 79 | 20316891 | 24685603 | 7/12/2004 | 850 | 842.35 | 842.35 | 17441960 | 7/12/2004 | 0 | 502.35 | 0 | 0 | 0 | 0 | 0 |
| 80 | 20096919 | 24645836 | 7/8/2004 | 1475 | 842.35 | 842.35 | 17429511 | 7/8/2004 | 0 | 0 | 0 | 610 | 0 | 0 | 0 |
| 81 | 20096919 | 24645836 | 7/8/2004 | 1475 | 1462.03 | 1462.03 | 17525879 | 7/30/2004 | 0 | 852.03 | 0 | 0 | 0 | 0 | 0 |
| 82 | 20348792 | 24984589 | 7/29/2004 | 875 | 1462.03 | 1462.03 | 17477408 | 7/19/2004 | 0 | 0 | 0 | 350 | 0 | 0 | 0 |
| 83 | 20348792 | 24984589 | 7/29/2004 | 875 | 867.13 | 867.13 | 17528600 | 7/29/2004 | 0 | 517.13 | 0 | 0 | 0 | 0 | 0 |
| 84 | 20366153 | 24709135 | 7/13/2004 | 1180 | 867.13 | 867.13 | 17537935 | 8/1/2004 | 0 | 0 | 0 | 460 | 0 | 0 | 0 |
| 85 | 20366153 | 24709135 | 7/13/2004 | 1180 | 1125.28 | 1125.28 | 17448512 | 7/13/2004 | 0 | 0 | 0 | 40 | 0 | 0 | 0 |
| 86 | 20366153 | 24709135 | 7/13/2004 | 1180 | 1125.28 | 1125.28 | 17448513 | 7/13/2004 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 87 | 20514101 | 24805825 | 7/19/2004 | 1300 | 1125.28 | 1125.28 | 17587939 | 8/11/2004 | 0 | 625.28 | 0 | 0 | 0 | 0 | 0 |
| 88 | 20514101 | 24805825 | 7/19/2004 | 1300 | 1288.15 | 1288.15 | 17477408 | 7/19/2004 | 0 | 0 | 0 | 510 | 0 | 0 | 0 |
| 89 | 20348792 | 24934027 | 7/27/2004 | 1125 | 1288.15 | 1288.15 | 17524805 | 7/29/2004 | 0 | 778.15 | 0 | 0 | 0 | 0 | 0 |
| 90 | 20500008 | 24934027 | 7/27/2004 | 1125 | 1114.73 | 1114.73 | 17514501 | 7/27/2004 | 0 | 0 | 0 | 440 | 0 | 0 | 0 |
| 91 | 20534463 | 24881798 | 7/23/2004 | 900 | 1114.73 | 1114.73 | 17548685 | 8/3/2004 | 0 | 674.73 | 0 | 0 | 0 | 0 | 0 |
| 92 | 20534463 | 24881798 | 7/23/2004 | 900 | 891.9 | 891.9 | 17498873 | 7/23/2004 | 0 | 0 | 0 | 360 | 0 | 0 | 0 |
| 93 | 20534463 | 24881798 | 7/23/2004 | 900 | 891.9 | 891.9 | 17524805 | 7/29/2004 | 0 | 531.9 | 0 | 0 | 0 | 0 | 0 |
| 94 | 20616517 | 24949212 | 7/28/2004 | 875 | 868.93 | 668.93 | 17519744 | 7/28/2004 | 0 | 0 | 0 | 270 | 0 | 0 | 0 |
| 95 | 20616517 | 24949212 | 7/28/2004 | 875 | 668.93 | 668.93 | 17545783 | 8/3/2004 | 0 | 398.93 | 0 | 0 | 0 | 0 | 0 |
| 96 | 20763389 | 25090831 | 8/5/2004 | 1800 | 1783.65 | 1783.65 | 17562209 | 8/5/2004 | 0 | 0 | 0 | 710 | 0 | 0 | 0 |
| 97 | 20763389 | 25090831 | 8/5/2004 | 1800 | 1783.65 | 1783.65 | 17591450 | 8/12/2004 | 0 | 1073.65 | 0 | 0 | 0 | 0 | 0 |
| 98 | 20803018 | 25099063 | 8/6/2004 | 1800 | 1863.8 | 1863.8 | 17564196 | 8/6/2004 | 0 | 0 | 0 | 710 | 0 | 0 | 0 |
| 99 | 20803018 | 25099063 | 8/6/2004 | 1800 | 1863.8 | 1863.8 | 17564197 | 8/6/2004 | 0 | 0 | 0 | 90 | 0 | 0 | 0 |
| 100 | 20803018 | 25099063 | 8/6/2004 | 1800 | 1863.8 | 1863.8 | 17673466 | 8/29/2004 | 0 | 1063.8 | 0 | 0 | 0 | 0 | 0 |
| 101 | 20879818 | 25197868 | 8/12/2004 | 1400 | 1387.4 | 1387.4 | 17595197 | 8/12/2004 | 0 | 0 | 0 | 580 | 0 | 0 | 0 |
| 102 | 20879818 | 25197868 | 8/12/2004 | 1400 | 1387.4 | 1387.4 | 17673486 | 8/29/2004 | 0 | 827.4 | 0 | 0 | 0 | 0 | 0 |
| 103 | 20902952 | 25149273 | 8/10/2004 | 1000 | 991 | 991 | 17580565 | 8/10/2004 | 0 | 0 | 0 | 400 | 0 | 0 | 0 |
| 104 | 20902952 | 25149273 | 8/10/2004 | 1000 | 991 | 991 | 17599659 | 8/13/2004 | 0 | 591 | 0 | 0 | 0 | 0 | 0 |
| 105 | 20854306 | 25197084 | 8/12/2004 | 1100 | 1100 | 1100 | 17595126 | 8/12/2004 | 0 | 0 | 0 | 440 | 0 | 0 | 0 |
| 106 | 20854306 | 25197084 | 8/12/2004 | 1100 | 1100 | 1100 | 17595127 | 8/12/2004 | 0 | 0 | 0 | 60 | 0 | 0 | 0 |
| 107 | 20854306 | 25197084 | 8/12/2004 | 1100 | 1100 | 1100 | 17661943 | 8/29/2004 | 0 | 800 | 0 | 0 | 0 | 0 | 0 |
| 108 | 21148321 | 25611451 | 9/9/2004 | 1100 | 1100 | 1100 | 17727157 | 9/9/2004 | 0 | 0 | 0 | 440 | 0 | 0 | 0 |
| 109 | 21148321 | 25611451 | 9/9/2004 | 1100 | 1100 | 1100 | 17727732 | 9/9/2004 | 0 | 660 | 0 | 0 | 0 | 0 | 0 |
| 110 | 21157723 | 25549180 | 9/3/2004 | 900 | 891.9 | 891.9 | 17703928 | 9/3/2004 | 0 | 0 | 0 | 380 | 0 | 0 | 0 |
| 111 | 21369951 | 25625159 | 9/10/2004 | 1350 | 891.9 | 891.9 | 17707952 | 9/5/2004 | 0 | 531.9 | 0 | 0 | 0 | 0 | 0 |
| 112 | 21369951 | 25625159 | 9/10/2004 | 1350 | 1337.85 | 1337.85 | 17731197 | 9/10/2004 | 0 | 0 | 0 | 540 | 0 | 0 | 0 |
| | 21369951 | 25625159 | 9/10/2004 | 1350 | 1337.85 | 1337.85 | 17755894 | 9/15/2004 | 0 | 797.85 | 0 | 0 | 0 | 0 | 0 |

Case 7:06-cv-00547-GEC-mfu   Document 104-9   Filed 04/21/08   Page 2 of 2   Pageid#: 1715