**GILMER, SADLER, INGRAM, SUTHERLAND & HUTTON, L.L.P.**
ATTORNEYS AND COUNSELLORS AT LAW
MIDTOWN PROFESSIONAL OFFICE BUILDING
65 EAST MAIN STREET
POST OFFICE BOX 878
PULASKI, VIRGINIA 24301

TELEPHONE (540) 980-1360
FACSIMILE NO. (540) 980-5264

TIMOTHY E. KIRTNER
Extension 29
tkirtner@gsish.com

April 10, 2008

Robert M. Doherty, Esquire
Wooten Hart PLC
P. O. Box 12247
Roanoke, VA 24024-2247

> **Re:** ***Jones v. D'Souza, et al.***
> **Case No. 7:06-cv-00547**

Dear Mike:

I write, reluctantly, with regard to the T-Check information which you recently provided to us. We have compared the information provided to the excel spreadsheet data from the Express system. Based upon that spreadsheet data, we have identified almost 100 loads where we know from the Excel spreadsheet information that T-checks were issued, but for which there is no T-check information in your most recent production. I am enclosing a list of those load numbers with this letter. Is there a reason why this information was omitted from the prior production? Moreover, how much additional T-check information is out there which has not been produced and which we have not been able to identify through the Excel spreadsheet information?

I look forward to hearing from you.

Sincerely yours,

*Timothy*

Timothy E. Kirtner

TEK/bst
Enclosure

**EXHIBIT**
**10**

# MISSING T-CHECKS
## Load references omitted by CHR

**Year 2001:**

| | | | | | |
|---|---|---|---|---|---|
| 8091600 | 8117675 | 8129915 | 8145629 | 8230635 | 8308925 |
| 8355117 | 8405656 | 8510819 | 8538069 | 9112283 | 9201156 |
| 9265214 | | 9468390 | 9638436 | 9649144 | 9688436 |
| 9649144 | | | | | |

**Year 2002:**

| | | | | | |
|---|---|---|---|---|---|
| 8127723 | 8131240 | 8145629 | 10382249 | 10454709 | 10561086 |
| 10598382 | 10599869 | 10664565 | 10762110 | 11014233 | 11043610 |
| 11122643 | 11206053 | 11230573 | 11287284 | 11297024 | 11298252 |
| 11343245 | 11635712 | 11712779 | 11714126 | 11746699 | 11842742 |
| 12063465 | 12199163 | 12261307 | 12342496 | 12369227 | 12377517 |
| 12474409 | 12489514 | 12648032 | 12871395 | 12891756 | 12948603 |
| 12952584 | 13070555 | 13089984 | 13105839 | 13200939 | 13210208 |
| 13211490 | 13254867 | 13256414 | 13265601 | 13273954 | 13296052 |
| 13324204 | 13330552 | 13404573 | 13494274 | | |

**Year 2003:**

| | | | | | |
|---|---|---|---|---|---|
| 13535599 | 13648084 | 13652839 | 13657519 | 13661519 | 13710255 |
| 13716302 | 13721454 | 13878922 | 13885583 | 13993116 | 14229451 |
| 14392936 | 14491280 | 14609730 | 14649184 | 15124958 | 15213959 |
| 15726771 | 15905734 | 16235084 | 16640118 | | |

**Year 2004:**

18698425      19486182      19568584      19695220      20687967      21309645

21357513