# Caution Urged in the Use of SafeStat Data

SafeStat (short for Motor Carrier Safety Status Measurement System) is an automated, data driven analysis system designed by the Federal Motor Carrier Safety Administration (FMCSA). SafeStat combines current and historical carrier-based safety performance information to measure the relative (peer-to-peer) safety fitness of interstate commercial motor carriers and intrastate commercial motor carriers that transport hazardous materials. This information includes Federal and State data on crashes, roadside inspections, on-site compliance review results and enforcement history. SafeStat enables FMCSA to quantify and monitor the safety status of individual motor carriers on a monthly basis and thereby focus enforcement resources on carriers posing the greatest potential safety risk.

The States are required to provide standard, basic information about large truck and bus crashes to FMCSA within 90 days of the crash event, and the results of roadside inspections within 21 days of inspection. However, the completeness, timeliness and accuracy of crash data — and to a lesser extent roadside inspection data — vary from state-to-state. Accordingly, SafeStat's ability to accurately and objectively assess the safety fitness of individual motor carriers may be inconsistent and not conclusive without additional analysis.

### Temporary Removal of Accident Safety Evaluation Area (SEA) and Overall SafeStat Score

FMCSA has temporarily removed the motor carrier Accident SEA and Overall SafeStat Scores from its Analysis & Information Online (A&I) Web site while the agency works with its State partners to improve the timeliness, completeness and accuracy of large truck and bus safety data. Carriers can still access their own Accident SEA and Overall SafeStat Scores.

To view more information on the data quality of State-reported crashes and inspections, please refer to the:

STATE SAFETY DATA QUALITY ANALYSIS

---
**WARNING**

Because of State data variations, FMCSA cautions those who seek to use the SafeStat data analysis system in ways not intended by FMCSA. Please be aware that use of SafeStat for purposes other than identifying and prioritizing carriers for FMCSA and state safety improvement and enforcement programs may produce unintended results and not be suitable for certain uses.

---

FMCSA recommends that all motor carriers periodically verify the accuracy of their SafeStat data. A new system, DataQs, has been introduced by FMCSA for filing concerns about federal and state data released to the public. For information on how to file a data concern click here.

