CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Amos
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WINFORD DALLAS JONES, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00547 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| C.H. ROBINSON WORLDWIDE, INC., ) | By: Hon. Glen E. Conrad |
| ) | United States District Judge |
| Defendant. ) | |

This matter is before the court on the plaintiff's motion to compel discovery. By Order dated April 25, 2008, Magistrate Judge Michael F. Urbanski granted the motion to compel in part and denied it in part, ordering the defendant to produce certain requested e-mail communications for the following time periods: September 30, 2003 through October 6, 2003; October 20, 2003 through October 27, 2003; and April 25, 2004 through May 5, 2004. Magistrate Judge Urbanski also ordered that such records should be produced by 10:30 a.m. on April 28, 2008. On that date, the defendant informed the court that it would be unable to comply with the deadline set forth in the magistrate judge's order, but that such records could be produced by Friday, May 2, 2008. Furthermore, the plaintiff agreed that the requested dates could be further limited based upon the rulings announced by the court at the hearing on the parties' motions in limine which also took place on April 28, 2008. Therefore, it is hereby

ORDERED

that the defendant shall produce the requested e-mail communications for the following time periods: September 30, 2003 through October 6, 2003 and April 25, 2004 through May 5, 2004. These records shall be produced on or before May 2, 2008. If the defendant is unable to comply

with the terms of this Order, the court will reconsider the plaintiff's motion for sanctions and fashion an appropriate remedy at that time.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 29th day of April, 2008.

*/s/ Glen Conrad*
United States District Judge