

**WOOTEN**HART PLC
*The Business of Law*

April 25, 2008

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 29 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**VIA FACSMILE AND FIRST-CLASS MAIL**
The Honorable Michael F. Urbanski
Magistrate Judge
U.S. District Court for the
   Western District of Virginia
P.O. Box 38
Roanoke, Virginia 24002

Dear Judge Urbanski:

RE:   Winford Dallas Jones
       v.
       Loretta M. D'Souza, Personal Representative of
        the Estate of Kristina Mae Arciszewski, deceased, *et al.*
       <u>Case No.: 7:06-CV-00547</u>

I am writing to provide a status report on the parties' efforts to comply with the rulings you made yesterday afternoon. Earlier today, we provided Plaintiff's counsel with information regarding the number and dollar amounts, by year, of all T-Cheks obtained by AKJ Enterprises, Inc., for purposes of preparing an appropriate stipulation.

Regarding the production of emails, immediately after yesterday's hearing, Robinson set to work determining what would be required to restore and produce relevant emails for the date ranges in your Order. Robinson has determined that this process simply cannot be done before Monday morning and will be quite costly. In light of this, this afternoon, we made an alternative proposal to Plaintiff's counsel, which Plaintiff's counsel is considering. We hope to reach some understanding over the weekend.

Thank you for your assistance with this case. If you have any questions, or if I can provide any further information, please let me know.

P.O. Box 12247

Roanoke, VA 24024

707 S. Jefferson St.

Suite 300, 707 Bldg.

Roanoke, VA 24016

Tel: (540) 343-2451

Fax: (540) 345-6417

www.wootenhart.com

**RECEIVED IN CHAMBERS**

APR 29 2008

Hon. Michael F. Urbanski
U.S. Magistrate Judge

Have a nice weekend!

Very truly yours,

**WOOTENHART PLC**

Robert Michael Doherty

c:      Timothy Kirtner, Esq.

s:\robinson_ch\19765\urbanski ltr1.docApril 25, 2008rmd

2