INSTRUCTION NO. \_\_\_\_

Negligent hiring is the failure to exercise reasonable care to employ a safe independent contractor to do work which will involve an unreasonable risk of physical harm unless it is safely done.

*Philip Morris, Inc. v. Emerson*, 235 Va. 380 (1988)



9