CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 0 1 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WINFORD DALLAS JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| C. H. ROBINSON WORLDWIDE, INC., ) | Civil Action No. 7:06CV00547 |
| ) | |
| Defendant/Third Party Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| v. ) | |
| ) | By: Hon. Glen E. Conrad |
| AKJ ENTERPRISES, INC., ) | United States District Judge |
| d/b/a Unlimited Express ) | |
| ) | |
| and ) | |
| ) | |
| ELSON BOLAR, ) | |
| ) | |
| and ) | |
| ) | |
| DIONNIE BOLAR. ) | |
| ) | |
| Third Party Defendants. ) | |

The Court has before it *Robinson's Notice of Voluntary Dismissal Pursuant to Red. R. Civ. Pro. 41(c)* to dismiss, without prejudice, its third party claim against AKJ Enterprises, Inc., Elson Bolar, and Dionnie Bolar. It is accordingly,

**ADJUDGED and ORDERED**

that the claims of defendant/third party plaintiff, C. H. Robinson Worldwide, Inc., against AKJ Enterprises, Inc., Elson Bolar, and Dionnie Bolar shall be, and they hereby are, dismissed without prejudice, and these third party defendants are stricken from this case.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record.

Enter this 1st day of May, 2008.

*/s/ Glen Conrad*
UNITED STATES DISTRICT JUDGE