**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

WINFORD DALLAS JONES

Action No.: 7:06-cv-00547

Date: 5/5/08

–vs–

Judge: Hon. Glen E. Conrad

C.H. ROBINSON WORLDWIDE, INC.

Court Reporter. Clara Whitlock

## LIST OF WITNESSES

Attorney

Gary Hancock, Timothy Kirtner &
Ann Bishop

Attorney

Paul Kuhnel & Michael Doherty

PLAINTIFF/GOVERNMENT:

1. _____
2. _____
3. _____
4. _____

DEFENDANT:

1. _____
2. _____
3. _____
4. _____

**PROCEEDINGS:**

Parties present for Motion and housekeeping issues prior to Jury Trial.
Defendant's Motion[127] to Exclude Certain Testimony of Dr. Corsi heard.
Rulings as reflected in the record.
Time in Court: 22 minutes

Initials of Deputy Clerk: LB