# UNITED STATES DISTRICT COURT

Western        DISTRICT OF        Virginia

WINFORD DALLAS JONES

V.

C.H. ROBINSON WORLDWIDE INC

**EXHIBIT AND WITNESS LIST**

Case Number: 7:06-cv-00547

| PRESIDING JUDGE Hon. Glen E. Conrad | PLAINTIFF'S ATTORNEY Gary Hancock, Timothy Kirtner & Ann E | DEFENDANT'S ATTORNEY Paul Kuhnel & Michael Doherty |
|---|---|---|
| TRIAL DATE (S) 5/5/2008 | COURT REPORTER Judy Webb | COURTROOM DEPUTY Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/5/2008 | x | x | VA State Police Division Four Crash Team Report |
| 2 | | 5/5/2008 | x | x | State Of Utah Driver License Record for Kristina Mae Arciszewski |
| 3 | | 5/5/2008 | x | x | State of Georgia Motor Vehicle Report for Charles Kevin Morris |
| 4 | | 5/5/2008 | x | x | Driver Log Data Sheet |
| Joint | Ex | 5/5/2008 | x | x | Joint Exhibit #1 - Load Problem Data Spread Sheet |
| 5 | | 5/5/2008 | x | x | C.H. Robinson Carrier Load Confirmation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

Case 7:06-cv-00547-GEC-mfu   Document 130   Filed 05/05/08   Page 1 of 1   Pageid#: 1886