# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Virginia

WINFORD DALLAS JONES

V.

C.H. ROBINSON WORLDWIDE INC

**EXHIBIT AND WITNESS LIST**

Case Number: 7:06-cv-00547

| PRESIDING JUDGE<br>Hon. Glen E. Conrad | | | PLAINTIFF'S ATTORNEY<br>Gary Hancock, Timothy Kirtner & Ann E | | DEFENDANT'S ATTORNEY<br>Paul Kuhnel & Michael Doherty |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5/6/2008 | | | COURT REPORTER<br>Judy Webb | | COURTROOM DEPUTY<br>Linda Bright |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 6 | | 5/6/2008 | x | x | Resume - Dr. Thomas Corsi |
| 7 | | 5/6/2008 | x | x | SafeStat Information Sheet |
| 8 | | 5/6/2008 | x | x | SafeStat Effectiveness Study Update |
| 9 | | 5/6/2008 | x | x | Temporary Removal of Accident SEA and Overall SafeStat Score/ Ana |
| 10 | | 5/6/2008 | x | x | U.S. Dept of Transportation May 21, 2003 Report |
| 11 | | 5/6/2008 | x | x | U.S. Dept of Transportation July 25, 2003 Report |
| 12 | | 5/6/2008 | x | x | Automobile Loss Notice |
| 13 | | 5/6/2008 | x | x | Inspection Facsimile Report |
| 14 | | 5/6/2008 | x | x | FMCSA Motor Carrier |
| 15 | | 5/6/2008 | x | x | T Check Report re: AKJ Enterprises |
| 16 | | 5/6/2008 | x | x | C.H. Robinson Brochure |
| | | 5/6/2008 | | | Third Party Complaint (Received but not Admitted) |
| | | 5/6/2008 | | | Load Problem Data Sheet (Received but not Admitted) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages