# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

WINFORD DALLAS JONES

V.

C. H. ROBINSON WORLDWIDE IN

## EXHIBIT AND WITNESS LIST

Case Number: 7:06-cv-00547

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Glen E. Conrad | Gary Hancock, Timothy Kirtner & Ann E | Paul Kuhnel & Michael Doherty |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/7/2008 | Clara Whitlock | Linda Bright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/7/2008 | x | x | Contract Carrier Agreement |
|  | 2 | 5/7/2008 | x | x | Annette Sandberg Qualifications |
|  | 3 | 5/7/2008 | x | x | Inspector General's Report |
|  | 4 | 5/7/2008 | x | x | SafeStat Data Warning |
| 17 |  | 5/7/2008 | x | x | Remarks of Annette Sandberg to the National Trans. League 3/22/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages