IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WINFORD DALLAS JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00547 |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| C.H. ROBINSON WORLDWIDE, INC., | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

Do you find by a preponderance of the evidence that the defendant, C.H. Robinson Worldwide, Inc., is liable for the plaintiff's injuries?

✓ _____      _____
YES            NO


*Robert Stone*
Foreperson's Signature

Robert Stone
Foreperson's Printed Name

5/8/08
Date