1    Q.    That is a hot load, is it not?
2    A.    Could be one of the terms.
3    Q.    What other terms would there be?
4    A.    Expedited, team.
5    Q.    But "hot" would be one of those that
6 would designate a particularly important load or a
7 critical load?
8    A.    No.
9    Q.    What does it mean, then?
10   MR. DOHERTY:  I object to him talking about
11 what somebody else meant.
12   MR. HANCOCK:  Well, I don't know.
13 BY MR. HANCOCK:
14   Q.    Is "hot" a word that is used in the
15 C.H. Robinson vernacular?
16   A.    Yes.
17   Q.    Is it something used in your own
18 personal vernacular?
19   A.    Yes.
20   Q.    If you put "hot" on an entry on the
21 Express system, what would that mean to you?
22   A.    Hot for pickup, hot for delivery.
23   Q.    Does it designate generally some time
24 sensitivity?

1  A. Yes.
2  Q. You just glanced through the problem log
3  and now you're looking at an excerpt from the
4  driver log, Exhibits 4 and 6.
5      Is there anything in those logs that
6  tell you why the subject load was designated as
7  hot?
8  A. No.
9  Q. Where would one go to find that
10 information?
11 A. In the driver log. Be someone's
12 interpretation.
13 Q. And that's what we are looking at,
14 correct?
15 A. Correct.
16 Q. If you had been in any way involved in
17 designating the load as a hot load, where would you
18 have put that information? Where would you have
19 put that designation or that terminology?
20 MR. DOHERTY: I'm going to object to it
21 because it's a hypothetical.
22     But subject to that objection, you can
23 answer.
24 BY THE WITNESS: