1      (Court convened at 9:28 a.m.  Proceedings were had but

2  not transcribed at this time.)

3          SUSAN JANE CANNEDY, PLAINTIFF'S WITNESS, SWORN

4                     DIRECT EXAMINATION

5  BY MR. KIRTNER:

6  Q    Good morning, Ms. Cannedy.

7  A    Hello.

8  Q    Could you state your full name, please.

9  A    Susan Jane Cannedy.

10  Q    Just a few questions for you this morning, Ms. Cannedy.

11  Were you on Interstate 81 on September 12, 2004, around

12  8:30 in the evening?

13  A    Yes.

14  Q    And in which direction were you traveling?

15  A    We were going north.

16  Q    And did you, on that evening, observe an accident that

17  occurred on Interstate 81?

18  A    Yes, I did.

19  Q    Was that in Wythe County?

20  A    Yes.

21  Q    And was that an accident where a northbound

22  tractor-trailer crossed the median and struck a southbound

23  tractor-trailer?

24  A    Yes.

25  Q    Let me ask you a few questions about that northbound

EXHIBIT
C

1  tractor-trailer.

2      Had you noticed the northbound tractor-trailer that was

3  involved in that accident before the accident actually

4  occurred?

5  A    Yes, I had.

6  Q    And can you tell the jury what brought your attention to

7  that vehicle, even before the accident occurred.

8  A    Uh-huh.  I was the passenger in the car; my husband was

9  further left.  This was around the Fort Chiswell exit.  And I

10 noticed the truck had made an exit and was ascending the exit

11 ramp when suddenly it veered back down where there wasn't even

12 a lane, right into traffic.

13 Q    Now, was this -- you said ascending.  So this is a ramp

14 that goes up --

15 A    Yes.

16 Q    -- for those who aren't familiar with this one in

17 particular?

18 A    Yes.

19 Q    You describe it as a place where there wasn't a lane for

20 the truck to move back on.  Can you give us a little more

21 detail?  When you say there wasn't a lane, what do you mean by

22 that?

23 A    He pulled off to make the exit, and had already

24 decelerated, and was already ascending up to where there's a

25 stop sign where you would turn on the upper street, and so it

1  seemed to me he had already committed to the decision to exit.

2  It wasn't like he was just pulling off and then pulled back

3  on.  He had already pulled off, started to make the ascent,

4  and then suddenly pulled off down even a little incline.  I

5  almost wondered if the truck was going to tip when he did

6  that.

7  Q    Did that truck signal its intention to go back to the

8  left?

9  A    No.

10 Q    And you would understand what a deceleration lane is --

11 A    Yes.

12 Q    -- for the exit?

13      He had already passed the deceleration lane; is that

14 correct?

15 A    Yes.

16 Q    Did the swerving back onto the interstate cause a

17 reaction of cars around that truck?

18 A    Yes, because it was already busy traffic.  There were

19 several lanes there, and he just swerved back on, and people

20 kind of had to move to avoid hitting him.

21 Q    Now, did you continue to follow that truck as you went up

22 the interstate that evening?

23 A    Yes, because it continued on at a regular speed.  And we

24 had been in the left lane, and as traffic kind of moved and

25 everybody found their position, we were right behind that