1  tractor-trailer before it actually crossed into the median?
2  A    It wasn't in my view.  It wasn't in my line of vision,
3  no, not the southbound.
4  Q    Okay.  I meant to say northbound.  Did you see the
5  northbound truck?
6  A    I'm sorry.  The northbound truck, yes, I did observe it.
7  Q    Were you traveling northbound?
8  A    I was traveling northbound.
9  Q    And could you tell us just what you observed about that
10 northbound tractor-trailer before the accident actually
11 occurred.
12 A    Well, he passed me.  I had just got onto Interstate 81,
13 off of I-77, and I was just going past a Love's truck stop,
14 which is at Exit 84.  And just as I was passing the exit, the
15 northbound truck was passing me about the same time.  You've
16 got to keep in mind, seconds are passing by.  When he got to
17 about 100 feet in front of me, the tractor and the trailer
18 sort of did a wiggle, and when it did that, it -- just after
19 it did that, it went into the southbound lane.
20 Q    And how fast were you traveling?
21 A    65.
22 Q    Okay.  So did you have an estimate of the speed of the
23 northbound tractor-trailer as it was passing you?
24 A    Yes.  He was doing approximately 70 miles an hour.
25 Q    And did you actually see the collision that occurred?

EXHIBIT D