EXHIBIT B

## UNITED STATES DEPARTMENT OF TRANSPORTATION

| | | |
|---|---|---|
| **US DOT #:** 00939291 | **LEGAL:** AKJ ENTERPRISES INC | |
| | **OPERATING (DBA):** UNLIMITED XPRESS | |
| **REVIEW TYPE:** CR | **PHYSICAL ADDRESS:** 132 Forest Parkway B | |
| **STATUS:** Update | **COUNTY:** 063 Forest Park, GA, 30297 | |
| **PLACE:** Principal Office | **MAILING ADDRESS:** PO BOX 870094 | |
| **CENSUS TYPE:** Carrier | **COUNTY:** 121 MORROW, GA, 30287 | |
| **BUSINESS:** Corporation | **PHONE:** (770)477-8921 **TOLL FREE:** | **FAX #:** |
| | **E-MAIL:** DIONNIEB@BELLSOUTH.NET | |
| | **MC/MX #:** 404254 | **FEDERAL TAX ID #:** 58-2306407 (EIN) |

| OPERATION TYPE | INTERSTATE | INTRASTATE | OIC: 13 | TERRITORY: 1 |
|---|---|---|---|---|
| CARRIER OPERATION: | Non-HM | N/A | | |
| SHIPPER OPERATION: | N/A | N/A | | |

**CARRIER CLASSIFICATION:** (A)
Authorized

**CARGO CLASSIFICATION:** (A)
General Freight

| EQUIPMENT: | TRUCK | TRUCK TRACTOR | TRAILER | HM TANK TRUCK | HM TANK TRAILER | MOTOR COACH | SCHOOL BUS | LIMO | PASS. VAN |
|---|---|---|---|---|---|---|---|---|---|
| OWNED | 1 | 3 | | | | | | | |
| TERM LEASED | | 3 | | | | | | | |
| TRIP LEASED | | | | | | | | | |

| DRIVERS: | INTER | INTRA | | | |
|---|---|---|---|---|---|
| <100 Miles: | 2 | | Avg. Trip Leased Drivers/Mo.: | | Does carrier transport placardable quantities of HM? |
| >= 100 Miles: | 5 | | Total Drivers: | 7 | |
| | | | CDL Drivers: | 7 | No |

Questions about this report or the Federal Motor Carrier Safety or Hazardous Materials regulations may be addressed to the Federal Motor Carrier Safety Administration at:

Atlanta Federal Center, 61 Forsyth St SW, Suite 17T85
Atlanta, GA 30303-3104
Phone: (404)562-3620    Fax: (404)562-3704

**This report will be used to assess your safety compliance.**

| PERSON(S) INTERVIEWED: | Elson Bolar | Dionnie Bolar |
|---|---|---|
| TITLE(S): | President | Vice President |

**REPORTED BY:** _[signature]_  **TITLE:** SA   **CODE:** US0027   **DATE:** 05/21/2003
**RECEIVED BY:** _[signature]_   **TITLE:** President
MCS-151/CR CAPRI Version 4.4.6         PART A         Printed 05/21/2003 2:19 PM

## PART B

| 1 FEDERAL CRITICAL | PRIMARY: 382.301(a) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 4 | 5 | 5 | 5 |

DESCRIPTION:
Using a driver before the motor carrier has received a negative pre-employment controlled substance test result.

EXAMPLE:

Driver   b6,b7c   trip date 12/3/02.

| 2 FEDERAL | PRIMARY: 382.305(b)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 1 | | |

DESCRIPTION:
Failing to conduct random alcohol testing at an annual rate of not less than the applicable annual rate of the average number of driver positions.

EXAMPLE:

Driver   b6,b7c   tyip date 12/3/02.

| 3 FEDERAL | PRIMARY: 382.603 | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 2 | 2 | | |

DESCRIPTION:
Failing to ensure persons designated to determine that drivers undergo reasonable suspicion testing receive 60 minutes training for alcohol and/or 60 minutes of training for controlled substances.

EXAMPLE:

Driver   b6,b7c   trip date 3/2/03, Elson Bolar, company President not trained.

| 4 FEDERAL | PRIMARY: 391.51(b)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 6 | 1 | 6 |

DESCRIPTION:
Failing to maintain driver's employment application in driver's qualification file.

EXAMPLE:

Driver   b6,b7c   3/1/03.

RECEIVED BY: [signature]   TITLE: President [signature]

MCS-151/CR CAPRI Version 4.4.6   PART B   Printed: 05/21/2003   2:21 PM



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) USDOT: 00939291 | | | DATE: 05/21/2003 PAGE: 2 | |
|---|---|---|---|---|---|

## PART B

| 5 FEDERAL CRITICAL | PRIMARY: 391.51(b)(2) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 4 | 6 | 4 | 6 |

**DESCRIPTION:**
Failing to maintain inquiries into driver's driving record in driver's qualification file.

**EXAMPLE:**
Driver    **b6,b7c**    trip date 3/5/03.

| 6 FEDERAL | PRIMARY: 391.51(b)(2) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 3 | 6 | 3 | 6 |

**DESCRIPTION:**
Failing to maintain inquiries into driver's employment record in driver's qualification file.

**EXAMPLE:**
Driver    **b6,b7c**    trip date 3/5/03.

| 7 FEDERAL | PRIMARY: 391.51(b)(5) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 2 | 1 | 2 |

**DESCRIPTION:**
Failing to maintain a note relating to the annual review of the driver's driving record as required by 391.25(c)(2).

**EXAMPLE:**
Driver    **b6,b7c**    trip date 3/3/03.

| 8 FEDERAL | PRIMARY: 391.51(b)(6) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 2 | 1 | 2 |

**DESCRIPTION:**
Failing to maintain a list or certificate relating to violations of motor vehicle laws and ordinances required by 391.27.

**EXAMPLE:**
Driver    **b6,b7c**    trip date 3/5/03.

RECEIVED BY: *[signature]*    TITLE: President

MCS-151/CR CAPRI Version 4.4.6    PART B    Printed: 05/21/2003    2:21 PM



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) USDOT: 00939291 | | DATE: 05/21/2003 PAGE: 3 |
|---|---|---|---|

## PART B

| 9 FEDERAL | PRIMARY: 395.3(a)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| DESCRIPTION: | | 4 | 131 | 2 | 5 |

Requiring or permitting driver to drive more than 10 hours.

**EXAMPLE:**

Trip date 12/5/02, Driver   **b6,b7c**

| 10 FEDERAL | PRIMARY: 395.3(b)(2) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| DESCRIPTION: | | 5 | 96 | 1 | 5 |

Requiring or permitting driver to drive after having been on duty more than 70 hours in 8 consecutive days.

**EXAMPLE:**

Trip dates 3/1-8/03, Driver   **b6,b7c**

| 11 FEDERAL CRITICAL | PRIMARY: 395.8(a) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| DESCRIPTION: | | 28 | 151 | 2 | 5 |

Failing to require driver to make a record of duty status.

**EXAMPLE:**

Trip date 12/8/02, Driver   **b6,b7c**

| 12 FEDERAL CRITICAL | PRIMARY: 395.8(e) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| DESCRIPTION: | | 14 | 131 | 3 | 5 |

False reports of records of duty status.

**EXAMPLE:**

Driver   **b6,b7c**   trip date 4/8/03.

| RECEIVED BY: [signature] | TITLE: [signature] President |
|---|---|
| MCS-151/CR CAPRI Version 4.4.6 | PART B    Printed: 05/21/2003   2:21 PM |



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) USDOT: 00939291 | | DATE: 05/21/2003 PAGE: 4 | |
|---|---|---|---|---|

## PART B

| 13 FEDERAL | PRIMARY: 396.3(b)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| DESCRIPTION: | | 5 | 5 | 5 | 5 |

Failing to keep a maintenance record which identifies the vehicle, including make, serial number, year, and tire size.

**EXAMPLE:**

All company vehicle maintenance files must have make, year, serial number, and tire size.

**SAFETY FITNESS RATING INFORMATION:**

| | |
|---|---|
| Total Miles Operated: | 1,000,000 |
| Recordable Crashes: | 1 |
| Recordable Crashes / Million Miles: | 1.000 |

| | |
|---|---|
| OOS Vehicles (CR): | 0 |
| # of Vehicles Inspected (CR): | 0 |
| OOS Vehicles (MCMIS): | 1 |
| # of Vehicles Inspected (MCMIS): | 5 |

Your proposed safety rating is

**UNSATISFACTORY**

| RATING FACTORS | | # OF POINTS | |
|---|---|---|---|
| | | ACUTE | CRITICAL |
| Factor 1: | S | 0 | 0 |
| Factor 2: | U | 0 | 2 |
| Factor 3: | U | 0 | 4 |
| Factor 4: | S | 0 | 0 |
| Factor 5: | N | 0 | 0 |
| Factor 6: | S | - | - |

RECEIVED BY: [signature]
TITLE: President
MCS-151/CR CAPRI Version 4.4.6
PART B
Printed: 05/21/2003  2:21 PM



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba)<br>USDOT: 00939291 | DATE: 05/21/2003<br>PAGE: 5 |
|---|---|---|

## PART B

**YOUR ABILITY TO OPERATE IN INTERSTATE COMMERCE WILL BE AFFECTED BY A FINAL UNSATISFACTORY SAFETY RATING.**

**EFFECTIVE DATE:** The Federal Motor Carrier Safety Administration (FMCSA) headquarters office in Washington, D.C. will notify you of your rating in a forthcoming official notice. Your unsatisfactory safety rating will take effect 61-days after the date on the notice of the "proposed" rating (49 CFR 385.11(c)(1)).

**PROHIBITION:** Owners or operators of commercial motor vehicles (except for those that are designed or used to transport hazardous materials for which placarding is required and/or are designed or used to transport passengers), who have been declared "unfit" may not operate in interstate commerce beginning on the 61st day after the date of such fitness determination and may not reestablish interstate operations until they become fit for such transportation. An owner or operator is unfit when the Federal Motor Carrier Safety Administration (FMCSA) issues a final "unsatisfactory" safety rating (49 USC 31144(c) and 49 CFR 385.13(a)). All Federal departments, agencies, or instrumentalities are prohibited from using any owner or operator who is unfit by virtue of having a final unsatisfactory safety rating (49 USC 31144(e) and 49 CFR 385.13(b)). Owners and operators are "fit" when the FMCSA issues a final "conditional" or "satisfactory" safety rating.

An owner or operator receiving a notice of a proposed "unsatisfactory" safety rating from the FMCSA must improve that rating to "conditional" or "satisfactory" within 60 days from the date of the notice. Owners or operators who fail to improve upon their rating within this 60-day period are prohibited from operating in interstate commerce beginning on the 61st day after the date of the rating notice. You may also be subject to State laws that would allow the suspension and/or revocation of vehicle registration privileges.

**APPEAL RIGHTS:** Owners or operators of commercial motor vehicles may appeal proposed safety rating in the following manners:

**[A] REQUESTS FOR A CHANGE TO SAFETY RATING BASED UPON CORRECTIVE ACTIONS (49 CFR 385.17):** A request for a change to a safety rating for corrective action may be made at any time. This request must be made in writing to the FMCSA Service Center for the geographic area where the carrier maintains its principal place of business (See 49 CFR 390.27). The request must be based upon evidence that the carrier has taken corrective actions and that its operations currently meet the safety fitness standards and factors specified in 49 CFR 385.5 and 385.7. The FMCSA will make a final determination based upon the documentation submitted and any other additional relevant information. A written decision will be issued by the FMCSA. Any motor carrier whose request for change is denied may, within 90-days after the denial, request administrative review under 49 CFR 385.15.

**[B] ADMINISTRATIVE REVIEW (49 CFR 385.15):** A request may be made to the FMCSA to conduct an administrative review if you believe that an error was committed in assigning the proposed safety rating or when your request under 49 CFR 385.17 was denied. This request must be made within 90 days of the date of the proposed safety rating issued under 49 CFR 385.11(c) or within 90-days of the date of an Order denying your request for a rating change under 49 CFR 385.17.

Owners or operators may seek administrative review (49 CFR 385.15) by filing a petition for Review at the following address: U.S. DOT Dockets, United States Department of Transportation, 400 7th Street, SW., Room PL-401, Washington, D.C. 20590. A copy of the Petition must also be sent to: The Chief Safety Officer, Federal Motor Carrier Safety Administration (Attention: Adjudications Counsel), 400 7th Street, SW., Room 3419, Washington, D.C. 20590. The appeal should include a copy of this compliance review and the forthcoming official notice from the FMCSA headquarters office. All subsequent filings must also be served in the same manner.

The FMCSA will conduct a review of the request and issue a decision within 45-days of receipt of that request (49 CFR

| RECEIVED BY: [signature] | TITLE: President |
|---|---|
| MCS-151/CR CAPRI Version 4.4.6 | PART B      Printed: 05/21/2003   2:21 PM |



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) USDOT: 00939291 | DATE: 05/21/2003 |
|---|---|---|
| | | PAGE: 6 |

## PART B

385.15(e)(1) and 385.17(e)(1)). The FMCSA highly recommends that owners and operators file requests for administrative review (49 CFR 385.15) within 15-days from the date on the notice of the "proposed" rating (49 CFR 385.15(c)(1)). This will allow sufficient time to review the request and issue a written decision before the prohibitions on operating in interstate commerce take effect. Administrative review requests must be made within 90 days of the date on the notice of the "proposed" rating (49 CFR 385.15(c)(2)). However, failure to petition within 15-days from the date on the notice of the "proposed" rating may prevent the FMCSA from issuing a final decision before the prohibitions on interstate transportation takes effect (49 CFR 385.15(c)(1)).

A petition to contest the rating or a request for a change in the rating will not automatically postpone the effective date of your final rating.

RECEIVED BY: [signature]    TITLE: President

MCS-151/CR CAPRI Version 4.4.6    PART B    Printed: 05/21/2003    2:21 PM



| COMPLIANCE UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) | DATE: 05/21/2003 |
| --- | --- |
| REVIEW  USDOT: 00939291 | PAGE: 1 |

## Requirements and/or Recommendations

1. Ensure all drivers' records of duty status are accurate. Check records against supporting documents to verify accuracy. Prohibit falsification of duty status records by any of your drivers.

2. Ensure all drivers subject to pre-employment, random, reasonable cause, post accident, return to duty, and/or follow-up controlled substance testing are tested as required by Part 382 of the FMCSR.

3. Ensure all drivers are fully and properly qualified before operating in interstate commerce. Maintain a complete file for each driver documenting the qualification process.

4. Require all drivers to prepare complete, accurate records of duty status for each day, and to submit them within 13 days. Maintain all duty status records on file, with all supporting documents, for at least 6 months.

5. Establish a system to control drivers' hours of service. Do not dispatch drivers who don't have adequate hours available to complete assigned trips legally. Do not allow drivers to exceed the 10, 15 and 60/70 hour limits.

6. Establish a systematic maintenance records program for all vehicles. Maintain a complete file for each subject vehicle, recording all repair, maintenance and inspection operations performed.

7. Within 15 days, send a letter to our office describing what actions you have taken in response to this review to ensure you are complying with the Federal Motor Carrier Safety Regulations.

8. This report contains citations of regulations that are deemed serious in nature and could result in penalties against your company and/or your drivers.

9. Notice: Recurring violations of the same or related acute or critical regulations (violations of the same Part in Title 49 of the Code of Federal Regulations) that result in three enforcement actions within a six-year period will cause the maximum penalties by law to be assessed for the third enforcement action.

RECEIVED BY: [signature]  TITLE: President

MCS-151/CR CAPRI Version 4.4.6   PART B - RECOMMENDATIONS   Printed: 05/21/2003   6:14 PM



**UNLIMITED XPRESS (AKJ ENTERPRISES INC dba)**
USDOT: 00939291    State #:

Date: 05/21/2003
Page No: 1

## Safety Fitness Rating Report

This report lists the facts which were used to determine the Safety Fitness Rating for the above motor carrier. A check mark identifies the range within which the data fell when determining the Safety Fitness Rating. All information within a FACTOR block relates only to that FACTOR.

### FACTOR 1 — General (CFR Parts 387, 390)

VIOLATIONS AFFECTING RATING    POINTS
NONE

√ 0 Point = Satisfactory
1 Point = Conditional
>1 Point = Unsatisfactory

TOTAL POINTS: 0 = SATISFACTORY

### FACTOR 2 — Driver Qualification (CFR Parts 382, 383, 391)

VIOLATIONS AFFECTING RATING    POINTS
F 382.301(a)    1 (C)
F 391.51(b)(2)    1 (C)

0 Point = Satisfactory
1 Point = Conditional
√ >1 Point = Unsatisfactory

TOTAL POINTS: 2 = UNSATISFACTORY

### FACTOR 3 — Operational/Driving (CFR Parts 392, 395)

VIOLATIONS AFFECTING RATING    POINTS
F 395.8(a)    2 (C)
F 395.8(e)    2 (C)

0 Point = Satisfactory
1 Point = Conditional
√ >1 Point = Unsatisfactory

TOTAL POINTS: 4 = UNSATISFACTORY

### FACTOR 4 — Vehicle/Maintenance (CFR Parts 393, 396, Performance Data (OOS%))

VIOLATIONS AFFECTING RATING    POINTS
NONE

Out-of-Service (OOS) Percentage: 20.0

TOTAL POINTS: 0 & 20.0% OOS = SATISFACTORY (see chart)

| Fewer than 3 Inspections | 3 or more Inspections | |
|---|---|---|
| Rate same as other Regulatory Factors 1, 2, and 3<br><br>0 Point = Satisfactory<br>1 Point = Conditional<br>>1 Point = Unsatisfactory | OOS Less than 34% | OOS 34% or Higher |
| | √ Satisfactory | Conditional |
| | Conditional | Unsatisfactory |
| | If a pattern of Non-Compliance with a Critical or an Acute Violation | If a pattern of Non-Compliance with a Critical or an Acute Violation |

### FACTOR 5 — Hazardous Material (CFR Parts 397, 171, 177, 180)

Not Applicable - Not a carrier of Hazardous Material

RECEIVED BY: _[signature]_    TITLE: President

CAPRI Version 4.4.6

Printed  05/21/2003  2:24 PM



| | | |
|---|---|---|
| UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) | | Date: 05/21/2003 |
| USDOT: 00939291    State #: | | Page No: 2 |

## Safety Fitness Rating Report

**FACTOR 6**

### Crash (Recordable Crash Rate)

$$((\text{Recordable Crashes}) \times (1\ \text{million})) \div (\text{Total Miles}) = \text{Rate}$$

**Factor Rating cannot be less than satisfactory because carrier has only one crash**

---

### OVERALL SAFETY FITNESS RATING:

Number of Factors (1-6) shown above as less than satisfactory

| Unsatisfactory | Conditional | | |
|---|---|---|---|
| 2 | 0 | = | **UNSATISFACTORY** |

### FORMULA TO CALCULATE THE OVERALL SAFETY FITNESS RATING

| | Number of Factors | | |
|---|---|---|---|
| | Unsatisfactory | Conditional | OVERALL RATING |
| | 0 | 2 or fewer | Satisfactory |
| | 0 | 3 or more | Conditional |
| | 1 | 2 or fewer | Conditional |
| | 1 | 3 or more | Unsatisfactory |
| √ | 2 | 0 or more | Unsatisfactory |

---

RECEIVED BY: _[signature]_    TITLE: President

CAPRI Version 4.4.6

Printed   05/21/2003 2:24 PM