EXHIBIT C

# UNITED STATES DEPARTMENT OF TRANSPORTATION

| US DOT #: | 00939291 |
|---|---|

**LEGAL:** AKJ ENTERPRISES INC
**OPERATING (DBA):** UNLIMITED XPRESS
**PHYSICAL ADDRESS:** 132 Forest Parkway B
**COUNTY:** 121  Forest Park, GA, 30297
**MAILING ADDRESS:** PO BOX 870094
**COUNTY:** 121  MORROW, GA, 30287
**PHONE:** (404)675-0455   **TOLL FREE:**
**E-MAIL:** DIONNIEB@BELLSOUTH.NET
**FAX #:** (404)675-0457
**MC/MX #:** 404254
**FEDERAL TAX ID #:** 58-2306407 (EIN)

**REVIEW TYPE:** CR
**STATUS:** Update
**PLACE:** Principal Office
**CENSUS TYPE:** Carrier
**BUSINESS:** Corporation

## OPERATION TYPE

| | INTERSTATE | INTRASTATE | OIC: 13 | TERRITORY: 1 |
|---|---|---|---|---|
| CARRIER OPERATION: | Non-HM | Non-HM | | |
| SHIPPER OPERATION: | N/A | N/A | | |

**CARRIER CLASSIFICATION:** (A) Authorized

**CARGO CLASSIFICATION:** (A, V, W) General Freight; Commodities Dry Bulk; Refrigerated Foods

| EQUIPMENT: | TRUCK | TRUCK TRACTOR | TRAILER | HM TANK TRUCK | HM TANK TRAILER | MOTOR COACH | SCHOOL BUS | LIMO | PASS. VAN |
|---|---|---|---|---|---|---|---|---|---|
| OWNED | 1 | 4 | 3 | | | | | | |
| TERM LEASED | | 2 | 1 | | | | | | |
| TRIP LEASED | | | | | | | | | |

| DRIVERS: | INTER | INTRA | | | |
|---|---|---|---|---|---|
| <100 Miles: | | 3 | Avg. Trip Leased Drivers/Mo.: | | |
| >=100 Miles: | 4 | | Total Drivers: | 7 | Does carrier transport placardable quantities of HM? No |
| | | | CDL Drivers: | 7 | |

Questions about this report or the Federal Motor Carrier Safety or Hazardous Materials regulations may be addressed to the Federal Motor Carrier Safety Administration at:

Atlanta Federal Center, 61 Forsyth St SW, Suite 17T85
Atlanta, GA 30303-3104
Phone: (404)562-3620   Fax: (404)562-3704

**This report will be used to assess your safety compliance.**

**PERSON(S) INTERVIEWED:** Elson Boler,  Dionnie Boler
**TITLE(S):** President, Secretary
**REPORTED BY:** [signature]  **TITLE:** PM
**RECEIVED BY:** Dionnie Boler  **TITLE:** Secretary
**CODE:** US0544
**DATE:** 07/25/2003

MCS-151/CR CAPRI Version 4.4.8     PART A     Printed 07/25/2003 12:39 PM

### PART B

| 1 FEDERAL | PRIMARY: 382.301(a) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 5 | 1 | 5 |

**DESCRIPTION:**
Using a driver before the motor carrier has received a negative pre-employment controlled substance test result.

**EXAMPLE:**
b6,b7c   7/5/03, hired b6,b7c

| 2 FEDERAL | PRIMARY: 391.25(c)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 5 | 1 | 5 |

**DESCRIPTION:**
Failing to maintain a copy of the response from each State agency in the driver qualification file.

**EXAMPLE:**
b6,b7c   6/30/03

| 3 FEDERAL | PRIMARY: 391.51(b)(2) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 1 | 5 | 1 | 5 |

**DESCRIPTION:**
Failing to maintain inquiries into driver's employment record in driver's qualification file.

**EXAMPLE:**
b6,b7c   6/29/03

| 4 FEDERAL | PRIMARY: 391.51(b)(6) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 4 | 5 | 4 | 5 |

**DESCRIPTION:**
Failing to maintain a list or certificate relating to violations of motor vehicle laws and ordinances required by 391.27.

**EXAMPLE:**
b6,b7c   6/29/03

RECEIVED BY: _[signature]_   TITLE: _Sec._

MCS-151/CR CAPRI Version 4.4.6                       PART B                       Printed: 07/28/2003   12:40 PM



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) USDOT: 00939291 | DATE: 07/25/2003 PAGE: 2 |
|---|---|---|

## PART B

| 5 FEDERAL | PRIMARY: 395.3(a)(1) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 2 | 153 | 1 | 5 |

**DESCRIPTION:**

Requiring or permitting driver to drive more than 10 hours.

**EXAMPLE:**

6/18/03, b6,b7c

| 6 FEDERAL CRITICAL | PRIMARY: 395.3(b)(2) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 15 | 118 | 1 | 5 |

**DESCRIPTION:**

Requiring or permitting driver to drive after having been on duty more than 70 hours in 8 consecutive days.

**EXAMPLE:**

6/1-6/8/03, b6,b7c

| 7 FEDERAL | PRIMARY: 395.8(f) | NUMBER FOUND | NUMBER CHECKED | DRIVERS/VEHICLES IN VIOL | CHKD |
|---|---|---|---|---|---|
| | | 111 | 153 | 4 | 5 |

**DESCRIPTION:**

Failing to require driver to prepare record of duty status in form and manner prescribed.

**EXAMPLE:**

b6,b7c  7/7/03. Not showing bill of lading number or commodity hauled.

| SAFETY FITNESS RATING INFORMATION: | | | |
|---|---|---|---|
| Total Miles Operated: | 1,000,000 | OOS Vehicles (CR): | 0 |
| Recordable Crashes | 1 | # of Vehicles Inspected (CR): | 0 |
| Recordable Crashes / Million Miles: | 1.000 | OOS Vehicles (MCMIS): | 1 |
| | | # of Vehicles Inspected (MCMIS): | 5 |

RECEIVED BY: *Diannie Bolan* TITLE: *Sec.*

MCS-151/CR CAPRI Version 4.4.6    PART B    Printed: 07/25/2003   12:40 PM



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) USDOT: 00939291 | DATE: 07/25/2003 PAGE: 3 |
|---|---|---|

## PART B

Your proposed safety rating is

### CONDITIONAL

| RATING FACTORS | | # OF POINTS | |
|---|---|---|---|
| | | ACUTE | CRITICAL |
| Factor 1: | S | 0 | 0 |
| Factor 2: | S | 0 | 0 |
| Factor 3: | U | 0 | 2 |
| Factor 4: | S | 0 | 0 |
| Factor 5: | N | 0 | 0 |
| Factor 6: | S | - | - |

RECEIVED BY: *[signature]* Dionne Belo

TITLE: *[signature]*

MCS-151/CR CAPRI Version 4.4.6    PART B    Printed: 07/25/2003    12:40 PM



| COMPLIANCE REVIEW | UNLIMITED XPRESS (AKJ ENTERPRISES INC dba)  USDOT: 00939291 | DATE: 07/25/2003 |
|---|---|---|
| | | PAGE: 4 |

## PART B

The Federal Motor Carrier Safety Administration headquarters office in Washington, D.C. will notify you of your rating in a forthcoming official notice. If your rating is "satisfactory" or is an improvement upon a previous "unsatisfactory" rating, it is a "final rating" and becomes effective on the date of the official notice. If your rating is the same as your previous rating (except satisfactory ratings), or is a downgrade upon a previous rating, it is a "proposed rating" and will become a final rating 61-days after the date indicated on the official notice.

Owners or operators of commercial motor vehicles (except for those that are designed or used to transport hazardous material for which placarding is required and/or are designed or used to transport passengers), who have been declared "unfit" may not operate in interstate commerce beginning on the 61st day after the date of such fitness determination and may not reestablish interstate operations until they become fit for such transportation. An owner or operator is unfit when the Federal Motor Carrier Safety Administration (FMCSA) issues a final "unsatisfactory" safety rating (49 USC 31144(c) and 49 CFR 385.13(a)). All Federal departments, agencies, or instrumentalities are prohibited from using any owner or operator who is unfit by virtue of having a final unsatisfactory safety rating (49 USC 31144(e) and 49 CFR 385.13(b)). Owners and operators are "fit" when the FMCSA issues a final "conditional" or "satisfactory" safety rating.

Corrective action must be taken for the violations (deficiencies) listed on Part B of this review.

APPEAL RIGHTS: [A] 49 CFR 385.17: A request for a change to a safety rating for corrective action may be made at any time. This request must be made in writing to the FMCSA Service Center for the geographic area where the carrier maintains its principal place of business (See 49 CFR 390.27). The request must be based upon evidence that the carrier has taken corrective actions and that its operations currently meet the safety fitness standards and factors specified in 49 CFR 385.5 and 385.7. The FMCSA will make a final determination based upon the documentation submitted and any other additional relevant information. A written decision will be issued by the FMCSA. Any motor carrier whose request for change is denied may, within 90-days after the denial, request administrative review under 49 CFR 385.15.

[B] 49 CFR 385.15: A request may be made to the FMCSA to conduct an administrative review if you believe that an error was committed in assigning the proposed safety rating or when your request under 49 CFR 385.17 was denied. This request must be made within 90 days of the date of the proposed safety rating issued under 49 CFR 385.11(c) or a final rating issued under 49 CFR 385.11(b), or within 90-days of the date of an Order denying your request for a rating change under 49 CFR 385.17.

| RECEIVED BY: _Dionnie Bola_ | TITLE: Sec. |
|---|---|
| MCS-151/CR CAPRI Version 4.4.6 | PART B   Printed: 07/25/2003   12:40 PM |



| COMPLIANCE UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) | DATE: 07/25/2003 |
|---|---|
| REVIEW   USDOT: 00939291 | PAGE: 1 |

**Requirements and/or Recommendations**

1. Ensure all drivers are fully and properly qualified before operating in interstate commerce. Maintain a complete file for each driver documenting the qualification process.

2. Establish a system to control drivers' hours of service. Do not dispatch drivers who don't have adequate hours available to complete assigned trips legally. Do not allow drivers to exceed the 10, 15 and 60/70 hour limits.

3. Periodically review the maintenance and inspection records for all lease vehicles as required by Part 396 of the FMCSR. Keep a record to document these reviews and notify the vehicle owner of any violations you detect.

4. Within 15 days, send a letter to our office describing what actions you have taken in response to this review to ensure you are complying with the Federal Motor Carrier Safety Regulations.

5. This review will result in a Safety Rating.

6. A "Carrier Profile" is available (from a contractor hired by the US D.O.T.) which lists information on Driver/Vehicle Inspections which have been performed on your drivers/vehicles, and which were uploaded into the mainframe D.O.T. computer in Washington. A copy is available for $27.50 by writing to "OMC - Data Dissemination Program, P.O. Box 3248, Merrifield, VA 22116. Phone: (800) 832-5660.

7. Ensure that all drivers are fully and properly qualified before operating in interstate commerce. Maintain a complete file as required for each driver, documenting the qualification process.

8. Ensure all drivers subject to pre-employment, random, reasonable cause, post accident, return to duty, and/or follow-up controlled substance testing are tested as required by Part 382 of the FMCSR.

9. Maintain all required controlled substance testing records including yearly summaries, quarterly summaries, test information, test results, records of training and any other record required by Part 382 of the FMCSR

RECEIVED BY: *Dionnie Belar*    TITLE: *Sec*

MCS-151/CR CAPRI Version 4.4.6    PART B - RECOMMENDATIONS    Printed: 07/25/2003    12:43 PM



| UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) | Date: 07/25/2003 |
|---|---|
| USDOT: 00939291    State #: | Page No: 1 |

### Safety Fitness Rating Report

This report lists the facts which were used to determine the Safety Fitness Rating for the above motor carrier. A check mark identifies the range within which the data fell when determining the Safety Fitness Rating. All information within a FACTOR block relates only to that FACTOR.

---

**FACTOR 1**  General  (CFR Parts 387, 390)

VIOLATIONS AFFECTING RATING    POINTS
NONE
TOTAL POINTS:  0  = SATISFACTORY

√ 0 Point = Satisfactory
1 Point = Conditional
>1 Point = Unsatisfactory

---

**FACTOR 2**  Driver Qualification  (CFR Parts 382, 383, 391)

VIOLATIONS AFFECTING RATING    POINTS
NONE
TOTAL POINTS:  0  = SATISFACTORY

√ 0 Point = Satisfactory
1 Point = Conditional
>1 Point = Unsatisfactory

---

**FACTOR 3**  Operational/Driving  (CFR Parts 392, 395)

VIOLATIONS AFFECTING RATING    POINTS
F   395.3(b)(2)                2  (C)
TOTAL POINTS:  2  = UNSATISFACTORY

0 Point = Satisfactory
1 Point = Conditional
√ >1 Point = Unsatisfactory

---

**FACTOR 4**  Vehicle/Maintenance  (CFR Parts 393, 396, Performance Data (OOS%))

VIOLATIONS AFFECTING RATING    POINTS    Out-of-Service (OOS) Percentage: 20.0
NONE
TOTAL POINTS:  0  & 20.0% OOS =  SATISFACTORY  (see chart)

| Fewer than 3 inspections | 3 or more Inspections | |
|---|---|---|
| Rate same as other Regulatory Factors 1, 2, and 3<br><br>0 Point = Satisfactory<br>1 Point = Conditional<br>>1 Point = Unsatisfactory | OOS Less than 34% | OOS 34% or Higher |
| | √ Satisfactory | Conditional |
| | Conditional<br>If a pattern of Non-Compliance with a Critical or an Acute Violation | Unsatisfactory<br>If a pattern of Non-Compliance with a Critical or an Acute Violation |

---

**FACTOR 5**  Hazardous Material  (CFR Parts 397, 171, 177, 180)

Not Applicable - Not a carrier of Hazardous Material

---

**FACTOR 6**  Crash (Recordable Crash Rate)

( ( Recordable Crashes)  X  (1 million) )  ÷  (Total Miles)  =  Rate

Factor Rating cannot be less than satisfactory because carrier has only one crash

---

RECEIVED BY: *Dionnie Bolar*     TITLE: *Sec.*

CAPRI Version 4.4.6

Printed   07/25/2003  12:44 PM



| UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) | Date: 07/25/2003 |
|---|---|
| USDOT: 00939291  State #: | Page No: 2 |

## Safety Fitness Rating Report

**OVERALL SAFETY FITNESS RATING:**
Number of Factors (1-6) shown above as less than satisfactory

| Unsatisfactory | Conditional | | |
|---|---|---|---|
| 1 | 0 | = | CONDITIONAL |

**FORMULA TO CALCULATE THE OVERALL SAFETY FITNESS RATING**

Number of Factors

| | Unsatisfactory | Conditional | OVERALL RATING |
|---|---|---|---|
| | 0 | 2 or fewer | Satisfactory |
| | 0 | 3 or more | Conditional |
| √ | 1 | 2 or fewer | Conditional |
| | 1 | 3 or more | Unsatisfactory |
| | 2 | 0 or more | Unsatisfactory |

RECEIVED BY: *Dionne Bolar*    TITLE: *Sec*

CAPRI Version 4.4.6

Printed 07/25/2003 12:44 PM



| INTRA-AGENCY UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) | DATE: 07/25/2003 |
| --- | --- |
| MEMORANDUM USDOT: 00939291 | PAGE: 1 |

## PART C

**Reason for Review:** Subject Request

**Planned Action:** Compliance Monitoring

SafeStat Category = B

### Parts Reviewed Certification (C = Reviewed, N = Not Reviewed)

| 325 | 382 | 383 | 387 | 390 | 391 | 392 | 393 | 395 | 396 | 397 | 398 | 399 | 171 | 172 | 173 | 177 | 178 | 180 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| N | C | C | C | C | C | C | C | C | C | N | N | N | N | N | N | N | N | N |

**Prior Reviews**  
05/21/2003

**Prosecutions**  
05/21/2003

**Followup**  
Federal

**Special Studies**  
1)

**Gross Revenue:** $428,000  **For Year Ending:** 12/31/2002

### Unsat/Unfit Information

Does Passenger Vehicle transport more than 15 passengers, including driver?
Does carrier transport placardable quantities of HM?
**Unsat/Unfit Rule:** 9. Follow-up - 60-Day Rule for conditional

### Remarks:

This review was conducted with Elson and Dionnie Bolar. All documents were provided by them. This carrier has completely changed their driver staff since the last review. The carrier has made strides towards compliance but still has some problems.

The carrier failed to have one of their new drivers take a pre employment drug test. The carrier stated that they believed they had sent all new drivers to be tested but they must have missed one. All other aspects of thier program are in place. They have conducted one random test so far this year.

Their DQ files are in overall pretty good shape with a few documents missing.

The carrier has just hired someone last week who will be reviewing all RODS. As of now there is no system to control hours of service. This is evident by the 70 hour violations found on driver ▓▓▓▓▓▓. No enforcement will be taken as ▓▓▓▓▓ was the only violator and the carrier is taking action to correct the problem.

Mr. Bolar is in charge on the maintenance and all files are being properly maintained.

Overall this carrier has improved since the last review. Compliance monitoring is recommended at this time. The carrier has spent $1100 at JJ Keller and is making an attempt towards compliance with the FMCSR's

|  | INTRA-AGENCY UNLIMITED XPRESS (AKJ ENTERPRISES INC dba) MEMORANDUM USDOT: 00939291 | DATE: 07/25/2003 PAGE: 2 |
|---|---|---|

**PART C**

| Principal Reviewer Signature | Code No. US0544 | Upload Authorized: YES NO Authorized by: | Date: |
|---|---|---|---|
| Assistant Reviewer Signature | Code No. | Uploaded: YES NO Verified by: | Failure Code: Date: 7-25-03 |

MCS-151/CR CAPRI Version 4.4.6     PART C     Printed: 07/25/2003 12:59 PM

# Enforcement Case Report

Case #: GA-2003-0250-US0027
U.S. DOT #: 00939291
EIN #: 58-2306407
Subject: AKJ Enterprises Inc
dba Unlimited Xpress
Po Box 870094
Morrow, GA 30287

| Violations | Violation Description | Number Discovered | Number Documented |
|---|---|---|---|
| 382.301(a) | Using a driver before the motor carrier has received a negative pre-employment controlled substance test result. | 4 | 2 |

| | | | |
|---|---|---|---|
| Investigation Assigned | 06/11/2003 | Reviewed by: Pam Rice | |
| Investigation Completed | 06/23/2003 | Title: APS | |
| Date NOC Served | | Date: 7-11-03 | |

Safety Investigator's Signature _____ Code #: US0027

Page 1 of 1

Case Number: GA-2003-0250-US0027

# Continuation Sheet

## DESCRIPTION OF SUBJECT:

See Part A of CR. Additionally, see lettered exhibit A, document # 1.

## REASON FOR CONTACT:

This review was initiated due to the carrier being listed as a SafeStat-C carrier.

## KNOWLEDGE AND WILLFULNESS:

According to the carrier officials, this company has been in operation for approximately two years and has had serval roadside inspections since the company's start-up. Additionally, see lettered exhibit A, document # 2.

## ENFORCEMENT REASON:

Enforcement action is being initiated due to the carrier's continued non-compliance with the Federal Motor Carrier Safety Regulations, specifically, for the carrier using drivers prior to receiving a negative pre-employment controlled substance tests.

## DEFENSES:

The carrier officials offered no defenses for the violations discovered.

## ADDITIONAL INFORMATION:

# REVIEWER NOTES

Case Number: GA-2003-0250-US0027

This report is of good quality. The UFA assessed penalty amount of $2,000 falls within the penalty range.