IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WINFORD DALLAS JONES, | ) |
| Plaintiff, | ) Civil Action No. 7:06CV00547 |
| v. | ) **ORDER** |
| C.H. ROBINSON WORLDWIDE, INC., | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED

that the defendant's motion for judgment as a matter of law or, alternatively, for a new trial shall be and hereby is DENIED.

The Clerk is hereby directed to send certified copies of this order to all counsel of record.

ENTER: This 7th day of July, 2008.

_____
United States District Judge